IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE<br><br>    Plaintiff,<br><br>v.<br><br>HATZ ONE LLC, et al.<br><br>    Defendants. | CASE NO.: 24-CV-01606<br><br>JUDGE: BRIDGET MEEHAN BRENNAN |

## DISCLAIMER OF INTEREST

Now Comes Defendant, Flagstar Bank, N.A. successor in interest to New York Community Bankcorp, Inc. s/b/m New York Community Bank by and through the undersigned counsel and for its Answer to Plaintiff's Complaint, disclaims any and all right, title and interest in and to the subject premises or to any part thereof described in the Complaint. Defendant states that its mortgage has been satisfied and there no longer has an interest in the subject premises. A copy of said Satisfaction is attached hereto as Exhibit "A".

As such, Defendant Flagstar Bank, N.A. successor in interest to New York Community Bankcorp, Inc. s/b/m New York Community Bank requests that it be dismissed from this action.

Respectfully submitted:

*/s/ Phillip Barragate*
_____
Phillip Barragate 0063017
Lender Legal, PLLC
Attorneys for Plaintiff
1800 Pembrook Drive Suite 250
Orlando, FL 32810
Phone: (407) 730-4644
pbarragate@lenderlegal.com

**CERTIFICATE OF SERVICE**

       The undersigned certifies that a copy of the foregoing was served on the following parties by email, through the clerk's online filing system or ordinary U.S. Mail, postage pre-paid on October 31, 2024.

Brendan L. Heil, Esq.
Matthew D. Gurbach, Esq.
1100 Superior Avenue, Suite 1600
Cleveland, OH 44114
Attorney for Plaintiff

Justin W. Ristau, Esq.
100 South Third Street
Columbus, OH 43215
Attorney for Plaintiff

Amanda J. Martinsek, Esq.
1100 Skylight Office Tower
1660 West Second St
Cleveland, OH 44113
Attorney for Defendants Hatz One LLC,
Hatz Two LLC, Cleveland 2 LLC, Cleveland 3, LLC and
Mendel Steiner

Cory D. Steinmetz, Esq.
30 East Broad Street, 14th Floor
Columbus, OH 43215
Attorney for Defendant State of Ohio, Department of Taxation

BGT Personnel, LP
5850 Granite Parkway, Suite 730
Plano, TX 74024

                              */s/ Phillip Barragate*
                              _____
                              Phillip Barragate 0063017

Doc # 202410210627 Recorded: 10/21/2024 04:13 PM  Page 1 of 9
Case: 1:24-cv-01606-BMB Doc #: 18 Filed: 10/31/24 3 of 11. PageID #: 607
202410210627 RELS
10/21/2024 04:13 PM
AMT $0.00      RCPT# 20241021000156
CONV $0.00     PAID BY Simplifile

EXLHIBIT A

*Michael Chambers*
CUYAHOGA COUNTY FISCAL OFFICE

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS,

that NEW YORK COMMUNITY BANK, a New York banking corporation, having its principal place of business at NYCB Plaza, 102 Duffy Avenue, 3rd Floor, Hicksville, New York 11801, County of Nassau,

DOES HEREBY CERTIFY, that the mortgage hereinafter described HAS BEEN PAID, and does hereby consent that the same be discharged of record against the premises described on the attached Schedule A:

Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of June 1, 2015 made by SIG Shaker Square LLC to New York Community Bank, in the principal sum of $12,000,000.00, and interest, and duly recorded in the Cuyahoga County, Ohio Office on June 1, 2015, as File No. 201506010145.

Which Mortgage has not been further assigned of record.

Said premises known as and by street address: **See Exhibit A.**

IN WITNESS WHEREOF, said party of the first part has duly executed this Satisfaction of Mortgage and it shall be effective as of the day and year listed herein.

Dated as of: September 17th, 2018.

NEW YORK COMMUNITY BANK

BY: *Maria Barbadaes*
MARIA BARBADAES
First Senior Vice President

State of New York )
County of Nassau ) ss.:

On the 17th day of September 2018, before me the undersigned, personally appeared MARIA BARBADAES, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature]*
Notary Public
RICHARD THOMAS LOMBARD JR.
Notary Public, State of New York
No: 02LO6234381
Qualified in NASSAU County
Commission Expires JANUARY 18, 2019

This instrument prepared by:
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn: Richard T. Lombard, Jr.

2

Satisfaction of Mortgage

# Exhibit A

Parcel No. 144-09-013
2805 Ludlow Road, Cleveland, OH 44120

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being part of Sublots Nos. 248 and 249, and all of Sublot No. 247 in a Re-Subdivision of The Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 18 and 19 of Cuyahoga County Records, and part of Sublot Nos. 208 and 209 in Re-Allotment of part of a Re-Subdivision of The Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 acre Lot No. 430 and part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 6 of Cuyahoga County Records, together forming a parcel of land bounded and described as follows: Beginning on the Northeasterly line of Ludlow Road, S.E., at the most Southerly corner of said Sublot No.247; thence North 40 deg. 55' 10" West, along said Northeasterly line of Ludlow Road, S.E., 177.99 feet to a point of a curve; thence continuing Northwesterly along the said Northeasterly line on a curved line deflecting to the right, 12.08 feet to the Southerly end of the turnout between said Northeasterly line of Ludlow Road, S. E., and the Southerly line of Drexmore Road, S.E., as dedicated in Volume 113 of Maps, Page 24 of Cuyahoga County Records, said curved line having a radius of 150 feet and a chord which bears North 38 deg. 26' 40" West, 12.08 feet; thence Northeasterly along said turnout on a curved line deflecting to the right 45.59 feet to a point of tangency in the Southerly line of Drexmore Road, S. E., said curved line having a radius of 20 feet and a chord which bears North 29 deg. 00' 20" East, 36.34 feet; thence South 85 deg. 41' 9" East, along the Southerly line of Drexmore Road, S.E., 210.89 feet; thence South 4 deg. 18' 51" West, 74.84 feet to the most Easterly corner of said Sublot No. 247; thence Southerly 49 deg. 04' 50" West along the Southeasterly line of said Sublot No. 247, 130 feet to the place of beginning, as appears by said plat, be the same more or less, but subject to all legal highways.

Parcel No. 144-10-011
2825 S. Moreland Blvd., Cleveland, OH 44120

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being Sublot No. 251 in a re-subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 acre Lot Nos. 422 and 430 and part of Original Warrensville Township Lot Nos. 11, 21 and 31 as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning in the Southwesterly line of Ludlow Road, S.E. at the most Easterly corner of said Sublot No. 251; thence Northwesterly along the Southwesterly line of Ludlow Road, S.E. 221.30 feet to the Easterly end of a turnout between said Southwesterly line of Ludlow Road, S.E. and the Easterly line of East 132nd Street (now known as Moreland Boulevard, S.E.; thence Westerly

3

Satisfaction of Mortgage

along said turnout on an arc of a circle deflecting to the left, 36.46 feet to a point in the Easterly line of East 132nd Street; thence Southerly along said Easterly line 186.58 feet to a point of curve at the intersection of said Easterly line of East 132nd Street and the Easterly curved line of Hampton Road, S.E. (formerly South Hampton Boulevard); thence Southerly along said Easterly curved line of Hampton Road, S.E. 57.92 feet to the Southwesterly corner of said Sublot No. 251; thence Easterly along the Southerly line of said Sublot, 104.55 feet to an angle; thence Northeasterly along the Southeasterly line of said Sublot, 90 feet to the place of beginning, as appears by said plat, be the same more or less, but subject to all legal highways.

Parcel No. 144-10-012
2843 S. Moreland Blvd., Cleveland, OH 44120

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being Sublot No. 278 in a Re-Subdivision of The Van Sweringen Co.'s Subdivision No. 11, of part of Original 100 Acre Lot No. 422 and 430 and Warrensville Township Lot Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and being 80.00 feet front on the Easterly side of Hampton Road, and extending back 104.55 feet on the Northerly line, 130.74 feet on the Southerly line, and having a rear line of 75.00 feet, as appears by said plat, be the same more or less, but subject to all legal highways.

Parcel No. 144-10-013
2851 Hampton Rd, Cleveland, OH 44120

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being Sublot Nos. 276 and 277 in a re subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot Nos. 422 and 430 and part of Original Warrensville Township Lot Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 150 feet front on the Easterly side of South Hampton Boulevard, 130.74 feet on the Northwesterly line, 161.94 feet on the Southeasterly line, and 138 feet in the rear, as appears by said plat, be the same more or less, but subject to all legal highways.

Parcel No. 731-14-012
14101 South Woodland Rd., Shaker Heights, OH 44120

Situated in the City of Shaker Heights, County of Cuyahoga and State of Ohio, and known as being Sublot No. 186 in a Re-Allotment of a Re-Subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot No. 430 of part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records, and being 94.06 feet front on the Northerly line of South Woodland Road (formerly Buckeye Road); 75.80 feet on the Northerly side of a curved turnout between the Northerly line of South Woodland Road and the Northeasterly line of South Moreland Boulevard, 65.64 feet on the Easterly line, 163.97 feet on the irregular Northwesterly

4

line, and 150 feet in the rear, as appears by said plat, be the same more or less, but subject to all legal highways.

Situated in the City of Shaker Heights, County of Cuyahoga and State of Ohio, and known as being part of Sublot No. 187 in a Re-Allotment of a Re-Subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot No. 430 of part of Original Warrensville Township Lot Nos. 21 and 31 as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records and bounded and described as follows:

Beginning at a point in the curved turnout joining the Northeasterly side of South Moreland Boulevard (170 feet wide) with the Northerly side line of South Woodland Road (Buckeye Road) (60 feet wide), all as shown in plat entitled "A Reallotment of Sub Lots 100-125; 141; 186-204, 205-226 of a Resubdivision of The Van Sweringen Company's Subdivision No. 11." Said point is 18 feet Northwesterly (measured along said curved turnout) from the most Southerly corner of Sub Lot No. 187 in said Reallotment recorded in Volume 50 of Maps, Page 8; thence Southeasterly (measured along said curved turnout) 18 feet to the said most Southerly corner of Sublot No. 187; thence North 19° 17' 20" East along a common line between said Sublot No. 187 and between Sub Lot No. 186 of said Reallotment 113.97 feet to an angle point in said common line; thence Southwesterly, in a straight line, about 105 feet but to the place of beginning, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-008**
**2630 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being part of Sublot No. 7, in a Re-Subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lots Nos. 422 and 430, and a part of Original Warrensville Township Lots Nos. 11, 21, and 31 as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows: Beginning on the Westerly line of North Moreland Boulevard, S.E., at a point which is 20 feet Northerly, from the Southeasterly corner of said Sublot No. 7; thence North 72° 38' 32" West, 261.75 feet to the Westerly line of said Sublot No. 7; thence North 0° 4' 25" West, 67 feet to a stake; thence South 81° 51' 25" East, 70.68 feet; thence South 68° 58' East, 214.82 feet to a stake set in the Westerly line of North Moreland Boulevard, S.E., on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 19° 35' 03" West, 60 feet to the place of beginning, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-007**
**2636 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being part of Sublots Nos. 6 & 7 in a ReSubdivision of The Van Sweringen Company's Subdivision

5

Satisfaction of Mortgage

No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows: Beginning on the Westerly line of North Moreland Boulevard, S.E. at a stake which is 40 feet Southerly, measured along said Westerly line of North Moreland Boulevard, S.E., from the Northeast corner of said Sublot No. 6; thence North 74° 32' West, 240.72 feet to a stake set in the Westerly line of said Sublot No. 6; thence North 0° 4' 25" West, along the Westerly lines of said Sublots Nos. 6 and 7, 69.63 feet to a stake; thence South 72° 58' 30" East 261.75 feet to a stake set in the Westerly line of North Moreland Boulevard S.E; thence Southerly along the Westerly line of said North Moreland Boulevard, S.E. on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 17° 38' 47" West, 60 feet to the place of beginning, as appears by said plat, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-006**
**2642 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being part of Sublots Nos. 5 and 6 in a ReSubdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lots Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows: Beginning on the Westerly line of North Moreland Boulevard, at the Northeast corner of said Sublot No. 5; thence North 75° 43' 20" West, 222.81 feet to a stake; thence North 0° 12' 24" East, along the Westerly line of said Sublots Nos. 5 and 6, 54.16 feet to a stone monument marking the Southwest corner of said Original Lot No. 422; thence North 0° 4' 25" West 12.84 feet to a stake; thence South 74° 32' East 240.72 feet to a stake set in the Westerly line of North Moreland Boulevard; thence Southerly along the Westerly line of said North Moreland Boulevard on a curved line deflecting to the left, 60 feet said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 15° 42' 31" West, 60 feet to the place of beginning, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-010**
**2622 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being parts of Sublots Nos. 9 and 10 in a re-subdivision of The Van Sweringen Co'.s Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430 and a part of Original Warrensville Township Lot Nos. 11, 21 and 31 as shown by the recorded plat in Volume 49 of Maps, Pages 19 and 20 of Cuyahoga County Records, together forming a parcel of land, bounded and described as follows:

6

Satisfaction of Mortgage

Beginning at the Westerly line of North Moreland Boulevard, at a stake which is 40 feet Northerly, measured along the Westerly line of said North Moreland Boulevard, from the Southeasterly corner of said Sublot 10;

Thence North 68 degrees 29' 20" West 229.51 feet to a stake set in the Westerly line of said Sublot 9; Thence North 8 degrees 8' 35" East 63.42 feet to a stake;

Thence South 68 degrees 03' 40" East 246.25 feet to a stake set in the Westerly line of said North Moreland Boulevard;

Thence Southerly along the Westerly line of said North Moreland Boulevard on a curved line deflecting to the left 60 feet, said curved line having a radius of 1774.11 feet and the chord whose arc bears South 23 degrees 27' 35" West 60 feet to the place of beginning, being further known as Sublot 7-A in the proposed re-subdivision of part of The Van Sweringen Company's Subdivision No. 11, as appears by said plat, be the same more or less, but subject to all legal highways.

**Parcel No. 144-10-004**
**2870 South Moreland Blvd., Cleveland, OH 44120**

Situated in the State of Ohio, County of Cuyahoga and City of Cleveland and further described as follows:

Known as being Sublot Nos. 292, 293 and 294 in a re-subdivision of part of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 180 feet front on the Westerly side of Moreland Boulevard, SE (formerly East 132nd Street) and extending back of equal width 139.95 feet, as appears by said plat, be the same more or less, but subject to all legal highways.

**Parcel No. 144-10-001, 144-10-002, 144-10-003) 2**
**2880 South Moreland Blvd., Cleveland, OH 44120**

Situated in the State of Ohio, County of Cuyahoga and City of Cleveland and further described as follows:

Known as being Sublot Nos. 295, 296 and 297 in a re-subdivision of part of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land having a frontage of 180.60 feet on the Westerly side of South Moreland Boulevard, SE, a frontage of 42.91 feet on the curved turnout between said Westerly line and the Northerly line of

Buckeye Road, SE, and extending back 139.95 feet deep on the Northerly line, 112.51 feet deep on the Southerly line, which is also the Northerly line of Buckeye Road SE, and having a rear line of 189 feet, as appears by said plat, together with all the right, title and interest of the Grantor in and to the street adjoining the above described premises; and together with all the right, title and interest of the Grantor in and to any and all strips and gores of land adjacent to the above-described premises, subject to all legal highways.

**Parcel No. 144-10-008**
**2822 South Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio and known as being Sublot No. 286 and a part of Sublot No. 287 in a resubdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records and a part of Sublots Nos. 96, 97 and 98 in Kuster Estates Subdivision of part of Original 100 Acre Lots Nos. 429 and 430, as shown by the recorded plat in Volume 47 of Maps, Page 25 of Cuyahoga County Records and together forming a parcel of land bounded and described as follows:

Beginning in the Westerly line of South Moreland Boulevard, formerly East 132nd Street, at the Southeasterly corner of said Sublot No. 286; thence Northerly along said Westerly line of South Moreland Boulevard, 60 feet to the Northeasterly corner of said Sublot No. 286; thence Westerly along the Northerly line of said Sublot No. 286, 139.95 feet to the Northwesterly corner of said Sublot No. 286; thence Southerly along the Westerly line of said Sublot No. 286 0-14/100th of a foot to the Northerly face of the Northerly wall of a brick building; thence Westerly along the Northerly face of the Northerly wall of said brick building, 0-13/100th of a foot to the Northwesterly corner of said building; thence Southerly along the Westerly face of the Westerly wall of said brick building, 60 feet to the Southwesterly corner of said building; thence Easterly along the Southerly face of the Southerly wall of said brick building, 38.14 feet to a corner of said brick building; thence Northerly along the Easterly face of an Easterly wall of said brick building, 0- 12/100th of a foot to the Southerly line of said Sublot No. 286; thence Easterly along the Southerly line of said Sublot No. 286, 101.94 feet to the place of beginning, according to a survey for P. Garbo, dated January 1931, made by F. E. Pease Engineering Company, as appears by said plat, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-014**
**2653 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being a part of Sublots Nos. 14 and 15 of Re-Subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot No. 430, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as

follows: Beginning on the Easterly line of North Moreland Boulevard, at a point distant 30.72 feet

Southerly measured along said Easterly line, from the Southwesterly corner of Sublot No. 13, as appears on the plat recorded in Volume 49, Page 19 of Cuyahoga County Records thence South 74 deg. 29' 30" East 218.94 feet to the Easterly line of said Sublot No. 14; thence Southerly 02 deg. 01' 50" West along the Easterly line of Sublots Nos. 14 and 15, 74.03 feet to the Northerly line of land conveyed to Moreland Corner Apartments, Inc. by deed dated July 7, 1932 and recorded in Volume 4210, Page 338 of Cuyahoga County Records; thence Westerly along the Northerly line of land so conveyed, about 232 feet to the Easterly line of North Moreland Boulevard along the arc of a curve deflecting to the right, 103.50 feet to the place of beginning, said curved line having a radius of 1,634.11 feet and a chord which bears 11 deg. 56' 03" East, 103.48 feet, as appears by said plat, be the same more or less, but subject to all legal highways.

**Parcel No. 144-13-012**
**2635 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio and known as being part of Sublots Nos. 12 and 13 of a resubdivision of The Van Sweringen Company's Subdivision No. 11 of part of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lot 430, as recorded in Volume 49, Page 19, Cuyahoga County Map Records, and further described as follows: Beginning at an iron pin found in the centerline of North Moreland Boulevard, 140 feet wide, at its intersection with the centerline of Kemper Road, 60 feet wide; thence South 34° 38' 15" East along the centerline of Kemper Road, 79.83 feet to a nail set; thence South 26° 37' 35" West, 113.93 feet to a point of curvature in the Easterly line of North Moreland Boulevard; thence Southerly along the curve Easterly line of North Moreland Boulevard, being the arc of a curve deflecting to the left, 187.29 feet to its intersection with the Southerly line of Parcel 1 of land conveyed to Larchmere Apartments by deed recorded in Volume 15641, Page 753 of Cuyahoga County Records, said arc having a radius of 1634.11 feet and a chord which bears South 23° 20' 35" West, 187.19 feet, and from which point a drill hole found bears North 69° 44' 20" West, 0.33 feet; North 20° 15' 40" West, 0.02 feet; and the principle place of beginning of the parcel herein described; thence South 69° 44' 20" East along the Southerly line of said Parcel 1 of land conveyed to Larchmere Apartments, 175.55 feet to its intersection with the Westerly line of Parcel 3 of said land so conveyed, from which point an iron pin found bears South 20° 15' 40" West, 0.20 feet; North 69° 44' 20" West, 0.12 feet; thence South 2° 01' 50" West along the Westerly line of said Parcel 3 of land conveyed to Larchmere Apartments, and along the Westerly line of a parcel of land conveyed to Ronald R. and Brenda K. Jones by deed recorded in Volume 91-2082, Page 51 of the Official Records of Cuyahoga County, 85.00 feet to its intersection with the Northerly line of a parcel conveyed to Marvin Elrad by deed recorded in Volume 13320, Page 291 of Cuyahoga County Records, from which point an iron pin found bears South 72° 23' 10" East, 0.12 feet; South 17° 36' 50", 0.15 feet;

9

thence North 72° 23' 10" West along the Northerly line of said land conveyed to Marvin Elrad, 199.56 feet to a drill hole set at its intersection with the Easterly line of North Moreland Boulevard; thence Northerly along the curved Easterly line of North Moreland Boulevard being the arc of a curve deflecting to the right, 90.00 feet to the principal place of beginning, said arc having a radius of 1634.11 feet and a chord which bears North 18° 28' 54" East, 89.99 feet, and containing 16,108 square feet or 0.3698 acres of land, more or less, according to the survey by Donald G Bohning & Associates, Inc., dated February, 1992.

**Parcel No. 144-13-011**
**2621 North Moreland Blvd., Cleveland, OH 44120**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio and known as being part of Sublots 11, 12 and 23 in a Resubdivision of The Van Sweringen Company's Subdivision No. 11 and 12 of part of Original One Hundred Acre Lots Nos. 422 and 430 as shown by the recorded plat in Volume 49, Page 19 of Cuyahoga County Map Records further bounded and described as follows:

Beginning at a 5/8" iron pin found (0.00 feet North, 0.27 feet East) on the Southwesterly line of Kemper Road (60.00 feet wide) at said Southwesterly line with the Northeasterly corner of land conveyed to Howard G. Gottesman by deed recorded Volume 91-2082, Page 52 of Cuyahoga County Records; thence North 34° 38' 15" West along the Southwesterly line of Kemper Road, 65.00 feet to a 3/4" iron pin found (0.17 feet North, 0.00 feet East) and the principal place of beginning; thence South 55° 23' 08" West along the Southeasterly line of land, 107.99 feet to a 5/8" x 30" iron pin set; thence South 02° 03' 34" West along the Easterly line of land 33.02 feet to a 5/8" x 30" iron pin set at the Northeast corner of land conveyed to Greenberg-Fuchs Association by deed recorded in Volume 87-5802, Page 6 of Cuyahoga County Records; thence North 69° 45' 34" West along the Northerly line of land so conveyed, 175.55 feet to a drill hole set at the Easterly line of North Moreland Boulevard (140 feet wide); thence along the said Easterly line along the arc curve deflecting to the right 187.28 feet which bears North 23° 21' 31" East to a 5/8" iron pin set at the point of tangency; thence North 26° 37' 25" East along the Easterly line of North Moreland Boulevard, 31.80 feet to a 5/8" iron pin set at the point of curvature; thence along the curved turnout between the Easterly line of North Moreland Boulevard and the Southwesterly line of Kemper Road, along the arc of a curve deflecting to the right 58.79 feet said curve having a radius of 28.38 feet and a chord of 48.83 feet which bears North 85° 59' 40" East to a 1/2" iron pin found (0.20 North, 0.14' West) to a point of tangency; thence South 34° 38' 15" East along the Southwesterly line of Kemper Road, 206.82 feet to the principal place of beginning and containing 0.8825 acres of land, as described and surveyed to E. B. Dudley, P.L.S. 6747 of the Riverstone Company in July 2002 be the same more or less but subject to all legal highways. Note all 5/8" x 30" iron pins set and capped; E. B. Dudley, P.L.S. 6747.

10

Satisfaction of Mortgage