# EXHIBIT A

BG Personnel LP Release

PPN:  
AMT: $0.00  
CONV: $0.00  

MLS – 202410300371   PGS: 5  
10/30/2024 2:29:00 PM  
RCPT#: 20241030000322  
PAID BY: ULMER & BERNE LLP  

*Michael Chambers*  
CUYAHOGA COUNTY FISCAL OFFICE

| STATE OF OHIO | § |
|---|---|
|  | § |
| COUNTY OF CUYAHOGA | § |

## RELEASE OF MECHANIC'S LIEN AFFIDAVIT

The undersigned, its successors and assigns, do hereby release and relinquish that certain Mechanic's Lien Affidavit filed on or about August 4, 2022, in the Real Property Records of Cuyahoga County, Ohio, bearing recording information of 202208040301, which lien affects the real property, and improvements thereon, and more particularly described as follows:

The real property sought to be charged with such lien is commonly known as the Nineteen 12 Apartments, located at 2805 Ludlow Road, Cleveland, Ohio 44120, which is legally described as follows:

See attached Exhibit A

In the City of Cleveland, Cuyahoga County, Ohio (the "Property").

The Property is owned by Cleveland 3, LLC d/b/a Nineteen 12 Apartments, who is located at 2805 Ludlow Road, Cleveland, OH 44120.

The foregoing Mechanic's Lien Affidavit is hereby released. The undersigned hereby relinquishes the lien, and the county clerk is hereby authorized and instructed to record this release as provided by law.

SIGNED this __17__ day of October 2024.

BG Personnel, L.P.

By: _____  
Craig A. Bernstein  
Attorney for BG Personnel, L.P.

RELEASE OF MECHANIC'S LIEN                                    1

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF DALLAS | § |

On this day, personally appeared before me Craig A. Bernstein who, being by me duly sworn, did say that he is the attorney for BG Personnel, L.P., and that the above instrument was signed on behalf of said limited partnership by authority, and said Craig A. Bernstein acknowledged to me that he as such attorney in fact executed the dame.

Given under my hand and official seal of office this 17 day of October 2024.

*[Signature]*

Notary Public in and for the State of Texas

Kristi Marie Price
My Commission Expires
12/22/2024
ID No. 132838083

# Exhibit A

# LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Cleveland, County of Cuyahoga, State of Ohio.

**TRACT 1:**

Situated in the City of Shaker Heights, County Of Cuyahoga And State Of Ohio:

And known as being Sublot No. 186 in a Re-Allotment of a Re-Subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County records, and being 94.06 feet front on the Northerly line of South Woodland Road (formerly Buckeye Road); 75.80 feet on the Northerly side of a curved turnout between the Northerly line of South Woodland Road and the Northeasterly line of South Moreland Boulevard, 65.64 feet on the Easterly line, 163.97 feet on the irregular Northwesterly line, 150 feet in the rear, as appears by said plat, be the same more or less, but subject to all legal highways.

Including:

Situated in the City Of Shaker Heights, County Of Cuyahoga and State of Ohio:

And known as being a part of Sublot No. 187 in a re-allotment of a re-subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lot Nos. 21 and 31 as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records and bounded and described as follows:

Beginning at a point in the curved turnout joining the Northeasterly side of South Moreland Boulevard (170 feet wide) with the Northerly side line of South Woodland Road (Buckeye Road) (60 feet wide), all as shown in plat entitled "a Reallotment of sub lots 100-125; 141, 186-204, 205-226 of a Resubdivision of the van Swerigen Company's Subdivision No. 11." said point is 18 feet Northwesterly (measured along said curved turnout) from the most Southerly corner of sub Lot No. 187 in said Reallotment recorded in volume 50 of maps, Page 8;

Thence Southeasterly (measured along said curved turnout) 18 feet to the said most Southerly corner of Sublot No. 187;

Thence North 19 deg. 17' 20" East along a common line between said Sublot No. 187 and between sub Lot No. 186 of said Reallotment 113.97 feet to an angle point in said common line;

Exhibit A

LEGAL DESCRIPTION

(Continued)

Thence Southwesterly, in a straight line, about 105 feet but to the place of beginning, be the same more or less, but subject to all legal highways.

**TRACT 2:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot Nos. 276 and 277 in a re subdivision of the Van Sweringen Company Subdivision No. 11 of part of Original One Hundred Acre Lot Nos. 422 and 430 and part of Original Warrensville Township Lot Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 150 feet front on the Easterly side of South Hampton Boulevard, 130.74 feet on the Northwesterly line, 161.94 feet on the Southeasterly line, and 138 feet in the rear, as appears by said plat, be the same more or less, but subject to all legal highways.

**TRACT 3:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio: And known as being a part of Sublots Nos. 248 and 249, and all of Sublot No. 247 in a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 18 and 19 of Cuyahoga County Records, and part of Sublots Nos. 208 and 209 in Re-Allotment of part of a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 acre Lot No. 430 and part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 6 of Cuyahoga County Records, together forming a parcel of land bounded and described as follows:

Beginning on the Northeasterly line of Ludlow Road, S.E., at the most Southerly corner of said Sublot No, 247;

Thence North 40 deg. 55' 10" West, along said Northeasterly line of Ludlow Road, S.E., 177.99 feet to a point of a curve;

Thence continuing Northwesterly along the said Northeasterly line on a curved line deflecting to the right, 12.08 feet to the Southerly end of the turnout between said Northeasterly line of Ludlow Road, S.E., and the Southerly line of Drexmore Road, S.E., as dedicated in Volume 113 of Maps, Page 24 of Cuyahoga County Records, said curved line having a radius of 150 feet and a chord which bears North 38 deg. 26' 40" West, 12.08 feet; Thence

Exhibit A

LEGAL DESCRIPTION

(Continued)

Northeasterly along said turnout on a curved line deflecting to the right 45.59 feet to a point of tangency in the Southerly line of Drexmore Road, S.E., said curved line having a radius of 20 feet and a chord which bears North 29 deg. 00' 20" East, 36.34 feet;

Thence South 85 deg. 41' 9" East, along the Southerly line of Drexmore Road, S.E., 210.89 feet; Thence South 4 deg. 18' 51" West, 74.84 feet to the most Easterly corner of said Sublot No. 247;

Thence Southerly 49 deg. 04' 50" West along the Southeasterly line of said Sublot No. 247, a distance of 130 feet to the place of beginning, as appears by said plat, be the same more or less, but subject to all legal highways.

NOTE FOR INFORMATION: Being Parcel No. 731-14-012, 144-09-013 and 144-10-013, of the City of Cleveland, County of Cuyahoga