**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FANNIE MAE, | : | |
| | : | Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : | |
| | : | Judge: Hon. Bridget Meehan Brennan |
| -vs- | : | |
| | : | |
| HATZ ONE LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT**
**OF MOTION TO APPOINT RECEIVER**

Plaintiff Fannie Mae ("Plaintiff"), by and through its undersigned counsel, hereby moves, pursuant to this Court's broad inherent discretion to manage its docket, for leave to file the attached supplemental brief in support of motion to appoint a receiver (the "Motion to Appoint") based on new evidence that did not—and could not have—existed when Plaintiff filed its opening brief. The grounds for this motion are that Plaintiff received a Property Condition Assessment (the "PCA"), which was prepared by Armada Analytics, Inc. based on a site visit at the Properties conducted on November 5, 2024 and November 6, 2024. The PCA was received by Plaintiff more than 30 days after the Motion to Appoint was fully briefed. To the extent a ruling on that motion is not forthcoming (which would admittedly render this motion moot), Plaintiff respectfully requests leave to submit the attached supplemental brief to address the new evidence recently discovered.

The PCA identified among other issues certain "Life Safety" items requiring immediate repair to protect safety of tenants, and more than $4.4 million in "Critical Repair" items requiring completion in the next six months. A copy of the PCA is attached to the proposed supplemental brief as Exhibit A.

19825593

Importantly, this site visit was conducted three weeks after Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner (hereinafter collectively, the "Borrowers") filed their memorandum in opposition (the "Opposition") to Plaintiff's request for appointment of a receiver.  In the Opposition, Borrower stated that the deficiencies in property condition "have been or are being addressed."  Yet, as shown in the PCA, Borrower's efforts have fallen far short of what is necessary to properly maintain the Properties and protect the safety of the tenants residing thereat.

This Court has broad inherent authority to manage its docket and grant leave to parties to file supplemental briefs (in addition to the motion, the memorandum in opposition, and the reply permitted under the Federal Rules of Civil Procedure) under appropriate circumstances.  This case and the new evidence presented herein is just such an appropriate circumstance.  Here, Plaintiff requests leave to file the attached supplemental brief to address the new information Plaintiff received related to the condition of the Properties, and the legal issues implicated by that condition.  To the extent a decision on the Motion to Appoint is not forthcoming, this Court should allow Plaintiff the opportunity to file the attached proposed supplemental brief.

    Respectfully submitted,

    /s/ *Matthew D. Gurbach*
    Matthew D. Gurbach (0076707)
    Brendan Heil (0091991)
    BRICKER GRAYDON LLP
    1100 Superior Avenue, Suite 1600
    Cleveland, Ohio  44114
    Tel: (216) 523-5405
    mgurbach@brickergraydon.com
    bheil@brickergraydon.com

>Justin W. Ristau (0075222)
>BRICKER GRAYDON LLP
>100 South Third Street
>Columbus, Ohio 43215
>Tel: (614) 227-2300
>jristau@brickergraydon.com
>
>*Counsel for Plaintiff Fannie Mae*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO APPOINT RECEIVER,** was electronically filed on December 6, 2024. Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system or by regular U.S. mail as indicated below:

<u>Regular U.S. mail:</u>

Joyce A. Kuhns
Offit Kurman-Timonium
Suite 605
1954 Greenspring Drive
Timonium, MD 21093
jkuhns@offitkurman.com

>/s/ *Matthew D. Gurbach*
>Matthew D. Gurbach (0076707)

3