**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FANNIE MAE,                                    :
                                               :    Case No. 1:24-cv-01606-BMB
            Plaintiff,                         :
                                               :    Judge: Hon. Bridget Meehan Brennan
        -vs-                                   :
                                               :
HATZ ONE LLC, *et al.*,                        :
                                               :
            Defendants.                        :


# EXHIBIT A


# PART 2 of 2

**DOCKET A-32-03**
**RESOLUTION (CONT'D.)**                                   *PAGE 2*

**WHEREAS,** the Board of Building Standards and Building Appeals reviewed the **NOTICE OF VIOLATION—ELECTRICAL,** appeal statement and existing conditions on the said property and all applicable Codes and information in accordance to the Codified Ordinances of the City of Cleveland; heard sworn testimony from all interested parties, now therefore

**BE IT RESOLVED,** That the ruling of the Board is to require the Appellant to obtain permits within one (1) month, and to abate the serious hazardous violations on the property in three (3) months; and to require that the apartments be electrically upgraded within one (1) year with extensions permitted after discussions and progress report to the Board within that one (1) year period.

\*               \*               \*

**FURTHER,** you have a right to appeal this Resolution, if your case involved a decision of the Ohio Building Code, pursuant to Section 3781.19 of the Revised Code, You may appeal within thirty (30) days from the date of this adopted Resolution to the Ohio Board of Appeals for a De Novo hearing before that Board.  In all cases pursuant to Section 3781.031 of the Revised Code, you may appeal within thirty (30) days from the date of this adopted Resolution directly to the Court of Common Pleas.

\*               \*               \*

Approved and Adopted by the Board of Building Standards and Building Appeals Wednesday, **OCTOBER 08, 2003,** subject to the Codified Ordinances of the City of Cleveland and the Ohio Basic Building Code (OBBC).

**ADOPTED**

OCT 0 8 2003

BOARD OF BUILDING STANDARD
AND BUILDING APPEALS

_____
**JOSEPH F. DENK, CHAIRMAN**

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

APRIL 5 _____ 19 99

Report

2622 N. Moreland

I had a scheduled appointment with Brian Cephus to inspect buildings. He never showed

Inspector: J. Pryor, LT

C OF C 73-204A F.P.B. 4/19/67                                    3/15/78-30M

2635 NORTH MORELAND

# CITY OF CLEVELAND
## DEPARTMENT OF PUBLIC SAFETY - DIVISION OF FIRE
### FIRE PREVENTION BUREAU

BUILDING RECORD
C.T. S. 5

| | | | | |
|---|---|---|---|---|
| STREET | NORTH MORELAND BLVD. | HOUSE No. 2635 | BLDG. NAME | |
| STORIES | 3 | CONSTRUCTION | BRICK - 6 cl, | |
| OCCUPANCY | A 16 suites | | | |
| OWNER or AGENT | | ADDRESS | | |

FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATES
LISTED BELOW IN INSPECTION FILE No. 13

Enter All Fires In Chronological Order In Red Ink

| Date | Inspector | Conditions Found | ABATEMENT ORDERED | ORDERS COMPLIED WITH | SUMMONS COURT | Closed |
|---|---|---|---|---|---|---|
| 1-26-40 | Englehart | A 6th Class constr. - Tenement | – | – | – | OK. |
| 3-6-41 | " | L. # 4015 | OK | | | OK. |
| 4-2-42 | Englehart | L # 294 | | | | OK |
| 4-15-43 | Englehart | L # 683 | | | | OK |
| 2-14-47 | Englehart | Tenement 16 suites Recommended owner John Willard provide Fire Extinguishers. | | | | |
| 8-18-49 | Englehart | apts | | | | OK. |
| 8-22-50 | Englehart | apts | | | | OK. |
| 5-31-56 | Reddy | Insp | | | | CITY |
| 6-7-66 | Mesk | Hard Ph Ref Hmg 1479-66 | | | | |
| 3-10-71 | Munk | Complaint - Cars parking in drive @ night See Report | | | | $1,500 |
| 1-14-77 | # 633 | | | | | |
| 3-24-82 | Jenkins | Complaint - Car leaks Gas in Garage - | | | Car Removed | |
| 12-14-83 | E 41 | cvd insp 6 viol | | | | |
| 7/30/91 | Oliver | Complaint Investigation - See report | | | | tele |

**STREET**      **HOUSE No.**      **BLDG. NAME**

| Date | Inspector | Conditions Found | Abatement Ordered | Orders Comp With | Summons Court | Closed |
|---|---|---|---|---|---|---|
| | | | | | | |



City of Cleveland
Frank G. Jackson, Mayor

Department of Building & Housing
Division of Construction Permitting
601 Lakeside Avenue, Room 505
Cleveland, Ohio 44114-1070
216/664-2910
www.city.cleveland.oh.us

07/31/2018

Mr. Joe Mestnik, contact person
4600Aldersyde circle
Brunswick, Ohio 44212

Re: 2635 N. Moreland Blvd. (Decommission Elevator)

**DISCARD NOTICE - Adjudication Order #3, B17028022**

Plans Examiner:  Ramesh Patel

Dear Applicant:

Your plans submitted on 08/01/ 2017, requires a response to ADJUDICATION ORDER #3
B18028022 dated 10/06/2017 and cannot be further processed by the Department of Building and
Housing.  Time for appeal, in accordance with Ohio Building Code section 109.2 and 110.1(1)
has past.  The application is now invalid and will be discarded.

Questions about this notice, or obtaining your permit, may be directed to <u>Commissioner **Hussain
at (216) 664-3451.**</u>

Sincerely,

Thomas Vanover
Building Official

Cc: SIG Shaker Square LLC. 516 Shaker SQ; Cleveland, OH 44120

William F. Kotich RA, 7020 Woodduck CT; Solon, OH 44139

Cagney, Bill, Chief Elevator, Department- Building and Housing

Lt. Douglas Veselsky Fire Prevention Bureau
1645 Superior Ave; Cleveland, OH 44114



City of Cleveland
Frank G. Jackson, Mayor

Department of Building & Housing
Division of Construction Permitting
601 Lakeside Avenue, Room 505
Cleveland, Ohio 44114-1070
216/664-2910
www.city.cleveland.oh.us

10/06/2017

Joe Mestnik, Contact Person
4600 Aldersyde Circle
Brunswick, Ohio 44212

Attn: Mr. Mestnik
RE: 2635 N. Moreland Blvd. (Decommission Elevator)

**ADJUDICATION ORDER, # 3:  B17028022**

Dear Applicant:
Your revise plans submitted on 09/15/2017 are being reviewed for compliance with the
2011 Ohio Building Code (OBC) and City of Cleveland Ordinances.  The plans have
been disapproved pending compliance with this Adjudication Order.

Plans Examiner:  Ramesh Patel 216-664-2923

**(1) Per OBC Section 1007.2.1 elevator required: In a buildings where a required
accessible floor is four or more stories above or below level of exit discharge, at least
one required accessible means of egress shall be an elevator complying with section
1007.4.**

**(2) Verify surface ground grade level on all four sides; and verify average surface
grade level below or above basement (lower) level. Indicate on the drawing.**

Please review the above items and submit three complete copies of revised documents
demonstrating compliance with the information cited above, and bearing the seal of
an Ohio Registered design professional.  Upon receipt, the plan review process will
be completed.
Pursuant to Rule 110.1 of the Ohio Building Code, you have a right to appeal from
this adjudication order by filing a request within thirty days of the mailing of this
order to:

(2)                            B17028022

**City of Cleveland**
**Board of Building Standards and Building Appeals**
**601 Lakeside Avenue, Room 516**
**Cleveland, Ohio 44114**
**(216) 664-2418**

You also have a right to a hearing before the Board.  You have a right to be represented by legal counsel of your choice, and you may present your arguments or contentions orally or in writing.  You may also present evidence and examine witnesses appearing for or against you.

Sincerely,

Thomas Vanover
Chief Building Official

Cc: William F. Kotich RA, 7020 Woodduck Ct; Solon, OH 44139

SIG Shaker Square LLC; 516 Shaker Sq; Cleveland, OH 44120

Lt. Douglas Veselsky, Fire Prevention Bureau,
1645 Superior Ave. Cleveland, Ohio 44114



City of Cleveland
Frank G. Jackson, Mayor

Department of Building & Housing
Division of Construction Permitting
601 Lakeside Avenue, Room 505
Cleveland, Ohio 44114-1070
216/664-2910
www.city.cleveland.oh.us

10/06/2017

Joe Mestnik, Contact Person
4600 Aldersyde Circle
Brunswick, Ohio 44212

Attn: Mr. Mestnik
RE: 2635 N. Moreland Blvd. (Decommission Elevator)

**ADJUDICATION ORDER, # 3:  B17028022**

Dear Applicant:
Your revise plans submitted on 09/15/2017 are being reviewed for compliance with the
2011 Ohio Building Code (OBC) and City of Cleveland Ordinances.  The plans have
been disapproved pending compliance with this Adjudication Order.

Plans Examiner:  Ramesh Patel 216-664-2923

**(1) Per OBC Section 1007.2.1 elevator required: In a buildings where a required
accessible floor is four or more stories above or below level of exit discharge, at least
one required accessible means of egress shall be an elevator complying with section
1007.4.**

**(2) Verify surface ground grade level on all four sides; and verify average surface
grade level below or above basement (lower) level. Indicate on the drawing.**

Please review the above items and submit three complete copies of revised documents
demonstrating compliance with the information cited above, and bearing the seal of
an Ohio Registered design professional.  Upon receipt, the plan review process will
be completed.
Pursuant to Rule 110.1 of the Ohio Building Code, you have a right to appeal from
this adjudication order by filing a request within thirty days of the mailing of this
order to:

(2)                    B17028022

**City of Cleveland**
**Board of Building Standards and Building Appeals**
**601 Lakeside Avenue, Room 516**
**Cleveland, Ohio 44114**
**(216) 664-2418**

You also have a right to a hearing before the Board. You have a right to be represented by legal counsel of your choice, and you may present your arguments or contentions orally or in writing. You may also present evidence and examine witnesses appearing for or against you.

Sincerely,

Thomas Vanover
Chief Building Official

Cc: William F. Kotich RA, 7020 Woodduck Ct; Solon, OH 44139

   SIG Shaker Square LLC; 516 Shaker Sq; Cleveland, OH 44120

   Lt. Douglas Veselsky, Fire Prevention Bureau,
   1645 Superior Ave. Cleveland, Ohio 44114

# CITY OF CLEVELAND

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF FIRE

FIRE PREVENTION BUREAU

JUN 28 19 99

Report

2635 N. MoreLand

I was unable To gain Entry To building
LEFT MESSAGE on voice mail

Inspector: J. Brya, LT

John N. Moreland

# CITY OF CLEVELAND
### DEPARTMENT OF PUBLIC SAFETY - DIVISION OF FIRE
## FIRE PREVENTION BUREAU

FORM 211-73

BUILDING RECORD
C.T. **S. 5**
*CIRCLE APT*

| | | | | |
|---|---|---|---|---|
| STREET | N. MORELAND BLVD. | HOUSE No. 2642 | BLDG. NAME | APT |
| STORIES | 3    III | CONSTRUCTION BRICK | 6 cl. | |
| OCCUPANCY | A  8 sw | | | |
| OWNER or AGENT | | | ADDRESS | |

FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATES
LISTED BELOW IN INSPECTION FILE No. **13**

Enter All Fires In Chronological Order In Red Ink

| Date | Inspector | Conditions Found | ABATEMENT ORDERED | ORDERS COMPLIED WITH | SUMMONS COURT | Closed |
|---|---|---|---|---|---|---|
| 7-6-40 | # 4233 | Smoky incinerator E 5 | 00 | — | — | |
| 10-29-" | Englehart | L #10374 OK | | | | OK |
| 4-17-41 | " | L # 6430 OK | | | | OK |
| 5-5-" | " | Complaint- "No screen on incinerator stack" Notified owner to provide wire racket. | | | | |
| 6-3-41 | Englehart | O.C. 5/2/41 Violation abated | | | | OK |
| 9-11-42 | Englehart | L # 7868 | | | | OK |
| 9-13-42 | " | Apt. & garage | | | | Pbc |
| 2-7-47 | Englehart | Tenement 7 sw Recommended to Owner F. Lazzro to install Fire Extinguisher | | | | |
| 8-17-49 | Englehart | apts. | | | | OK |
| 8-21-50 | Englehart | Apts. | | | | OK |
| 5-8-54 | Ridley | J-op | | | | O11 |
| 6-7-66 | Wesk | Insp Ref Bmg 1486-66 | | | | |
| 11-3-71 | # 5843 C | 12 24 fm. Amended | | | | $6,500 |
| 11-15-71 | Gannon | Complaint - rubbish from fire piled on lawn. & front Hall of bldg. See Report | | | | |
| 12-27-71 | Gannon | Reinsp -Complaint- See Report | | | | |
| 10-12-73 | Gannon | See Report | | | | |
| 11/13/76 | #19871 | Complaint incinerator | | | | 500 |
| 11/17/76 | Noyce | Complaint Bn 8 re: incinerator use | — | | | |
| 12-14-83 | L 41 | rct insp No Viol | | | | |

E41

**STREET**                              **HOUSE No.**                    **BLDG. NAME**

| Date | Inspector | Conditions Found | Abatement Ordered | Orders Comp With | Summons Court | Closed |
|------|-----------|------------------|-------------------|------------------|---------------|--------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# CLEVELAND FIRE DEPARTMENT

Date _1-26-04_

**Type of Inspection**
Special Hazard
Major
Target
Ordinary
**Violation notice issued**_____
1st Reinspection Date_____
2nd Reinspection Date_____
Referred to the FPB_____

Parcel #_____ Census Tr. _1195_
Building No.____ Station No._____
**Address** _2642 N. Moreland_
Owner's Name_____
Owner's Phone_____
Last inspection Date_____

Battalion No. _5_
Company No. _E41_
Companies Assisting _N/A_

Business Name_____ Occupancy Type _Residential — 8 units_

Managers Name_____ Business Phone_____ Emergency Phone_____

Building Height _35'_  No. of Stories _3_  Construction Type  I  II  (III)  IV   Razed____

Sprinkler Last Tested_____  Standpipe Last Tested_____  Fire Pump Last Tested_____

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings  Type + Number | | | | |
| Elevators  Type + Number | | | | |
| Exits provided and maintained \ No. | | | No Entry | |
| Stairways Closed\Open | | | x 2 | |
| Extinguishers Maintained & Type | | | | |
| Sprinkler System  Type + O,S,&Y  Location | | | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | | | |
| Fire Dept. Connections & Locations | | | | |
| Fire Alarm Control Panel & Location | | | | |
| Other Fire Control Systems & Type | | | | |
| Proper Wiring/Fuses & Electrical Shutoff Loc. | | | | |
| Gas Shutoff Accessible\Location | | | | |
| S.A.R.A. Facility | ✓ | | | |
| E.H.S. | | ✓ | | |
| Storage Tanks Above Grade    No. Used | | No. Unused | Products Stored | |
| Storage Tanks Below Grade    No. Used | | No. Unused | Products Stored | |

*Handwritten in Abated column: Forwarded to t.t. Given 2/6/04 T. Ott*

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | | | 7. Liquified Petroleum Gases | | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |
| 13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies | | | | | |
| 14. Dip Tanks, Spray Booths or Spray Rooms | | | | | |
| 15. Other Substances | | | | | |

Best Means of Entry _South side of building — off N. Moreland_

Special Hazards/Information _No indication of who is managing unit or owner. Basement has been turned into apartments._

Inspected By _Lt. Perrin_   Shift _C_

2653 NORTH MORELAND

FORM 211-73

# CITY OF CLEVELAND
## DEPARTMENT OF PUBLIC SAFETY - DIVISION OF FIRE
## FIRE PREVENTION BUREAU

BUILDING RECORD
C.T. __S. 5__

| | | |
|---|---|---|
| STREET | N. MORELAND BLVD. | HOUSE No. 2653  BLDG. NAME |
| STORIES | 3 | CONSTRUCTION  BRICK - 6 cl. |
| OCCUPANCY | A  M.D | 40 x 90 x 40 ft. |
| OWNER or AGENT | | ADDRESS |

FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATES
LISTED BELOW IN INSPECTION FILE No. _____ 13 _____

Enter All Fires In Chronological Order In Red Ink                    Blue

| Date | Inspector | Conditions Found | ABATEMENT ORDERED | ORDERS COMPLIED WITH | SUMMONS COURT | Closed |
|---|---|---|---|---|---|---|
| 4-17-40 | Englehart | a 6th cl. constr. - Tenement. L. F. 4455 | | — — | | OK. |
| 3-6-41 | " | L. # 4753          OK | | | | OK. |
| 10-28-41 | E. 7809 | @ 11.44 P.S. Blocked Incinerator see back | | | | |
| 10-30-41 | Englehart | Complaint - Smoky incinerator. Told custodian | | | | |
| | | to have any opening from stack repaired. | | | | |
| 11-18-41 | " | O.C.    abated    " | | | | OK. |
| 7-11-42 | Englehart | L # 6999 | | | | OK |
| 3-10-44 | " | L # 7854 | | | | OK. |
| 3-19-47 | Englehart | apts Recommended 2 ept | | | | |
| | | Installed | | | | |
| 8-18-49 | Englehart | apts. | | | | OK. |
| 6-13-50 | # 3796 C | 2:44 P.M.   Combs under   now | | | | |
| E-1-60 | # 4980 | @ 5.20 AM   ab Note C  38.00 | | | | |
| 8-22-50 | Englehart | apts | | | | OK. |
| 5-5-53 | DeBow | Incinerator screens replaced       abated | | | | |
| 6-16-53 | Zupancic | Forms # 2231 # 91 Notice to recharge exting | | | | |
| | | used in garage. | | | | |
| 5-28-56 | Reilly | Majority 16 units Ansul extinguisher recharged | | | | |
| 7-10-56 | Reilly | Re insp | | | | Abated |
| 12-2-57 | Taddeo | Comp (T) Incinerator door missing - Ordered | | | | |
| | | door replaced | | | | |
| 1-31-60 | # 830 C | 2:36 P.M.          Light bulb | | | | |
| 2/3/60 | Taddeo | PS Extinguisher  fires # 550 | | | | |
| 6-14-66 | Mesh | Cond re Ref Hsng  #1825-66 | | | | |
| 7-8-66 | Mesh | Lof 2 abated | | | | |
| 8-22-66 | Mesh | Bldg complete abate | | | | |
| 10-10-66 | BBS & A | Docket A-102-66 Housing violation order - enclose interior means of egress. | | | | |
| 12-19-66 | BBS & A | Minutes re stairway doors ruling Docket A-102-66 | | | | |
| 2-14-80 | Lettuce de prov C.L. Shebay L.T.B.F. | | | | | |

| STREET | HOUSE No. | BLDG. NAME |
|--------|-----------|------------|

| Date | Inspector | Conditions Found | Abatement Ordered | Orders Comp With | Summons Court | Closed |
|------|-----------|------------------|-------------------|------------------|---------------|--------|
| 12-14-83 | L 41 | nd insp 1 u 1 ul | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# G.E.M. TESTING & ENGINEERING LABS
WHEN YOU WANT INFORMATION NOT RISKS

*Environmental Due Diligence for the Real Estate Community since 1984*

Environmental Assessments • Materials & Toxicology • EMF • Services per EPA, ASTM • Licensed & Insured

~~4376 Cranwood Pkwy, Cleveland, Ohio 44128~~ • Phone (216)781-4120 • Fax ~~(216) 759-9184~~ • www.gemtesting.com

16825 Park Circle Dr., Chagrin Falls, 44023

*Thurs*

12-3-12

*No tanks*

12-13-12
4 PM

Cleveland Fire Department
1645 Superior Ave E.
Cleveland, Ohio 44114

Regarding:    File Review

Dear Pam,

We are doing an Environmental Phase I on the property listed below. We would like to review records related to this address. To our knowledge, we are unaware of any pending lawsuits.

2621 N. Moreland Blvd            2622 N. Moreland Blvd
2635 N Moreland Blvd            2630 N. Moreland Blvd
2653 N. Moreland Blvd            2636 N. Moreland Blvd
2822 S. Moreland Blvd            2642 N. Moreland Blvd

I can be reached at (216)798-5584 (cell). Thankyou for your consideration.

Sincerely,

G.E.M. TESTING & ENGINEERING LABS

*Regina Cik*

Regina Cik
216-798-5584

RC/lal

CITY OF CLEVELAND
Department of Public Safety — Division of Fire
FIRE PREVENTION BUREAU

Address 2653 North Moreland Blvd.                    Date 6·15      19 11

Name Cross roads Property Mgmt.               Rec'd. by Kristina Karuk

From Carolyn Boman      Address _____ Tel. 216·921·7142

Nature of Complaint: Grilling on Fire escape. only weekends, Apt #1;
Maunce. Fire Dept. has been out twice

Occupancy (circle one): – Dwelling House; Dwelling Multi "A" – "B"; Business; Mercantile; Institutional "H" – "D";
Assembly; Educational; Storage; Industrial "NC" – "C"; High Hazard;

Owner CPM                                              Tel. 453 4100
          NAME                    ADDRESS

Remarks: I called CPM and spoke to MARLO
CATALNO, the Office Rep. for CPM.
He informed me that CPM will be sending
out a letter to all tenants regarding the
illegal grilling on the fire escapes.

Date Reinspected _____ Referred to _____

Date Abated _____ 19 ____ Inspector _____
                                                    (SIGNATURE)
                                         6-16-11 (see
C OF C 73-230 F.P.B. REV. 4/27/67                    Firehouse ALSO)    1/23/79—2M

# CLEVELAND FIRE DEPARTMENT

Date 1-31-5

**Type of Inspection**
Special Hazard
Major
Target
Ordinary
**Violation notice issued** _____
1st Reinspection Date _____
2nd Reinspection Date _____
Referred to the FPB _____

Parcel # _____ Census Tr. 1195
Building No. _____ Station No. _____
Address 2653 N. MORELAND
Owner's Name _____
Owner's Phone _____
Last inspection Date _____

Battalion No. 5
Company No. E41
Companies Assisting _____

Business Name DAVIDSON MANOR     Occupancy Type APT BLDG

Managers Name _____     Business Phone 771-0727     Emergency Phone _____

Building Height 35     No. of Stories 3     Construction Type  I  II (III) IV     Razed _____

Sprinkler Last Tested _____     Standpipe Last Tested _____     Fire Pump Last Tested _____

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings        Type + Number | | | | |
| Elevators              Type + Number | | | | |
| Exits provided and maintained \ No. | | | | |
| Stairways  Closed\Open | | | | |
| Extinguishers  Maintained  &  Type | | | No Entry | |
| Sprinkler System   Type + O,S,&Y  Location | | | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | | | |
| Fire Dept. Connections & Locations | | | | |
| Fire Alarm Control Panel & Location | | | | |
| Other Fire Control Systems & Type | | | | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | | | | |
| Gas Shutoff Accessible\Location | | | | |
| S.A.R.A. Facility | | X | | |
| E.H.S. | | X | | |

| Storage Tanks Above Grade | No. Used | No. Unused | Products Stored | |
| Storage Tanks Below Grade | No. Used | No. Unused | Products Stored | |

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | | | 7. Liquified Petroleum Gases | | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |
| 13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies | | | | | |
| 14. Dip Tanks, Spray Booths or Spray Rooms | | | | | |
| 15. Other Substances | | | | | |

Best Means of Entry FRONT DOOR

Special Hazards/Information _____

Inspected By Thomas Cept     Shift B

C of C 73-1191 revised 11\95

# CLEVELAND FIRE DEPARTMENT

Date _7·12·99_

| Type of Inspection | |
|---|---|
| Special Hazard | |
| Major | |
| Target | X |
| Ordinary | |
| **Violation notice issued** _____ | |
| 1st Reinspection Date _____ | |
| 2nd Reinspection Date _____ | |
| Referred to the FPB _____ | |

Parcel # _____ Census Tr. _____
Building No. ____ Station No. ____
**Address** _2653 N. Moreland_
Owner's Name _____
Owner's Phone _____
Last inspection Date _____

Battalion No. _5_
Company No. _FPB_
Companies Assisting _____

Business Name _Davidson Manor_   Occupancy Type _R - m_

Managers Name _Dorothy Pearlman_ Business Phone _229·3935_ Emergency Phone _229·3933_

Building Height _36'_   No. of Stories _3_   Construction Type  I   II  (III)  IV   Razed ____

Sprinkler Last Tested _N/A_   Standpipe Last Tested _N/A_   Fire Pump Last Tested _N/A_

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings        Type + Number | | √ | | |
| Elevators            Type + Number | | √ | | |
| Exits provided and maintained \ No. | √ | | | |
| Stairways  Closed\Open | √ | | | |
| Extinguishers  Maintained  &  Type | √ | | ABC | |
| Sprinkler System   Type + O,S,&Y  Location | | √ | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | √ | | |
| Fire Dept. Connections & Locations | | √ | | |
| Fire Alarm Control Panel & Location | | √ | | |
| Other Fire Control Systems & Type | √ | | Smokes | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | √ | | Basement - S - wall | |
| Gas Shutoff Accessible\Location | √ | | Basement · S wall | |
| S.A.R.A. Facility | | √ | | |
| E.H.S. | | √ | | |
| Storage Tanks Above Grade       No. Used _N/A_  No. Unused _N/A_ Products Stored | | | | |
| Storage Tanks Below Grade       No. Used _N/A_  No. Unused _N/A_ Products Stored | | | | |

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | | | 7. Liquified Petroleum Gases | | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |

13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies _____
14. Dip Tanks, Spray Booths or Spray Rooms _____
15. Other Substances _____

Best Means of Entry _____

Special Hazards/Information _____

_____

Inspected By _J Blyn LT_ Shift _1645_

C of C 73-1191 revised 11\95

2805 + 2815

motion

FORM 211-73

# CITY OF CLEVELAND
### DEPARTMENT OF PUBLIC SAFETY - DIVISION OF FIRE
## FIRE PREVENTION BUREAU

BUILDING RECORD
C.T. __S. 5__

STREET __LUDLOW RD.,__  HOUSE No. __2805 - 15__  BLDG. NAME _Jamesson_

STORIES __3__  CONSTRUCTION __BRICK - 6 cl.__

OCCUPANCY __A__

OWNER or AGENT _____  ADDRESS _____

### FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATES
### LISTED BELOW IN INSPECTION FILE No. __13__

Enter All Fires In Chronological Order In Red Ink

| Date | Inspector | Conditions Found | ABATEMENT ORDERED | ORDERS COMPLIED WITH | SUMMONS COURT | Closed |
|------|-----------|------------------|-------------------|---------------------|---------------|--------|
| 4-17-40 | Englehart | a 6th cl. constr. - Tenement | Lic # 5817 | - - | | O.K. |
| 4-2-41 | " | L. # 5474 | | O.K. | | O.K. |
| 10-23-42 | Englehart | L# 8795 | | | | O.K. |
| 10-11-43 | " | L# 455-5 | | | | O.K. |
| 8-16-46 | E.5968 | @ 11.55 W. among Schlemmerle C.S.D. | | | | |
| 8-19-46 | McClure | F.S. 8-19-46 found in room | | | | O.K. |
| | | O.K. | | | | |
| 3-23-48 | Englehart | O.K. Garage overcrowded. found condition as listed. no compl and no aisle. fr. Exits Blocked. Would suggest letter Be sent to officer Dr. a C. Silliger Winter to see of the number of autos Parked and Kept for sale it must be Stopped. | | | | |
| 3-25-48 | Letter | to Dr. Silliger in Letter from F.P.B. | | | | |
| 9-30-49 | Englehart | apts. | | | | O.K. |
| 5-13-57 | Tabbeo | Violations; See Rept | | | | |
| 3-26-64 | Wright | ISSUED "NO PARKING" SIGNS | | | | |
| 10/29/64 | Richards | Complaint - noil noted - spot abatement | | | | |
| 6-9-26 | 1-17 | Referral # 171-76 Sent to HSG No occup Permit | | | | |
| 11-2-77 | Raya | Complaint V/o's incinerator will be welded Closed | | | | |
| 4-29-83 | L-17 | 1 v/o | | | | |
| 6-1-83 | L-17 | Reinsp - 1 v/o Abated. | | | | |
| 6-10-92 | Little | Complaint. Insp | | | | |
| 6-23-93 | Little | Complaint Insp | | | | |

E 41

**STREET**        **HOUSE No.**        **BLDG. NAME**

| Date | Inspector | Conditions Found | Abatement Ordered | Orders Comp With | Summons Court | Closed |
|------|-----------|------------------|-------------------|------------------|---------------|--------|
| 7-9-92 | Little | Complaint Re-insp, Send 4/0 | Ltr #1 | | | file |
| 7-22-92 | Little | Letter #1 sent | | | | file |
| 1-26-93 | Little | G.D. Insp., see report | | | | file |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# BASIC FIELD INCIDENT REPORT
## CLEVELAND FIRE DEPARTMENT

| COMPANY REPORTING | | BOX NO. 2659 | STILL |
|---|---|---|---|

| INCIDENT NO. 22112 | DATE | ALARM TIME 0224 | ARRIVAL TIME | EMER. | F/R |
|---|---|---|---|---|---|

| TYPE OF SITUATION FOUND 11 | | TYPE OF ACTION TAKEN |
|---|---|---|

| PROPERTY USE CLASS. | IGNITION FACTOR 33 |
|---|---|

| ADDRESS 2805 Ludlow THE DREXMORE MANOR | CENSUS TR. 1195 | WARD NO. 4 |
|---|---|---|

| OCCUPANT LAST | FIRST | APT-RM | TELEPHONE |
|---|---|---|---|

| OCCUPANT LAST Shirley | FIRST Gandy 1-12-51 | APT-RM | TELEPHONE 283-4696 |
|---|---|---|---|

| OWNER LAST Biskind Management Co. | FIRST | TELEPHONE 779-7771 |
|---|---|---|

| OWNER ADDRESS 25111 Country Club Blvd. N. Olmsted | SOURCE OF ALARM 911 |
|---|---|

| ENGINE CO.S RESP. 41 36 | TRUCK CO.S RESP. 36 | SQUAD CO. RESP. |
|---|---|---|

| MOBILE | YEAR | MAKE | MODEL |
|---|---|---|---|

| SERIAL NO. | LICENSE NO. |
|---|---|

| EQUIP. INVOLVED Tucker | YEAR | MAKE | MODEL | SERIAL NO. |
|---|---|---|---|---|

| FORM OF HEAT OF IGN. | TYPE OF MATERIAL IGNITED | FORM OF MATL. IGN. |
|---|---|---|

| METHOD OF EXTINGUISHMENT | LEVEL OF ORIGIN |
|---|---|

| AREA OF ORIGIN | ESTIMATED TOTAL LOSS $500 | EST. BUILDING LOSS |
|---|---|---|

## COMPLETE IF STRUCTURE FIRE

| NUMBER OF STORIES 3 sty. | CONSTRUCTION TYPE brick- Occupied | EXTENT FLAME DAMAGE |
|---|---|---|

| EXTENT SMOKE DAMAGE | DETECTOR PERFORMANCE | SPRINKLER PERF. |
|---|---|---|

| AVE. SMOKE TRAVEL | REMARKS - ADDITIONAL OCCUPANTS - CASUALTIES |
|---|---|

KENMORE Stove

DONE 7/30

C OF C 73-408 (REV. MAR. 85)

JOHN PLANI — ART #13

295-2220

15 SUITES - CUSTODIAN

4 TO EACH ADDRESS

2805 LUDLOW

2815

13300 DROXMORE

7-30-96

Bob -

Followed up per your
Request & inspected provis
Adjoining by same
Owner Company.
All appears in
order

Larry

E-H



**CLEVELAND FIRE DEPARTMENT**

Date _7-30-96_

Type of Inspection
Special Hazard ☐
Major ☐
Target ☐
Ordinary ✓
**Violation notice issued** _____
1st Reinspection Date _____
2nd Reinspection Date _____
Referred to the FPB _____

Parcel # _129 12 03_  Census/Tr. _1195_
Building No. _11_  Station No. _41_
Address _2815 Ludlow_
Owner's Name _Birsand Manage._
Owner's Phone _779-7771_
Last inspection Date _Unknown_

Battalion No. _5_
Company No. _41_
Companies Assisting _____

Business Name _____ Occupancy Type _Residential_
Managers Name _John Plant_ Business Phone _395-3300_ Emergency Phone _Same_
Building Height _20_ No. of Stories _2_ Construction Type I  II  III  IV _____ Razed _____
Sprinkler Last Tested _____ Standpipe Last Tested _____ Fire Pump Last Tested _____

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings        Type + Number | | X | | |
| Elevators        Type + Number | | X | | |
| Exits provided and maintained \ No. 2 | X | | | |
| Stairways  Closed\Open | X | | | |
| Extinguishers  Maintained  &  Type ABC | X | | | |
| Sprinkler System   Type + O,S,&Y  Location | | X | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | X | | |
| Fire Dept. Connections & Locations | | X | | |
| Fire Alarm Control Panel & Location | | X | | |
| Other Fire Control Systems & Type | | X | | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | X | | | |
| Gas Shutoff Accessible\Location w.s. Base | | | | |
| S.A.R.A. Facility | | X | | |
| E.H.S. | | X | | |
| Storage Tanks Above Grade     No.  Used | | No. Unused | Products Stored | |
| Storage Tanks Below Grade     No. Used | | No. Unused | Products Stored | |

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | N/A | | 7. Liquified Petroleum Gases | N/A | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |
| 13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies | | | | | |
| 14. Dip Tanks, Spray Booths or Spray Rooms | | | | | |
| 15. Other Substances | | | | | |

Best Means of Entry _Front of Building_

Special Hazards/Information _____

Inspected By _____ Shift _C_

# CLEVELAND FIRE DEPARTMENT

Date _7-30-96_

Type of Inspection
Special Hazard
Major
Target
Ordinary
**Violation notice issued** _____
1st Reinspection Date _____
2nd Reinspection Date _____
Referred to the FPB _____

Parcel # _129 12 02_  Census Tr. _1195_
Building No. _1_  Station No. _41_
Address _9805 Ludlow_
Owner's Name _Bishind Manage_
Owner's Phone _779-7771_
Last inspection Date _Unknown_

Battalion No. _5_
Company No. _41_
Companies Assisting _____

Business Name _Drexmore Man_  Occupancy Type _Residential_
Managers Name _John Plant_  Business Phone _295-222_  Emergency Phone _Same_
Building Height _20'_  No. of Stories _3_  Construction Type I  II  (III)  IV  Razed _____
Sprinkler Last Tested _N-A_  Standpipe Last Tested _N-A_  Fire Pump Last Tested _N-A_

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings        Type + Number | | X | | |
| Elevators            Type + Number | | X | | |
| Exits provided and maintained \ No. **2** | X | | | |
| Stairways  Closed\Open | X | | | |
| Extinguishers  Maintained  &  Type _ABC_ | X | | | |
| Sprinkler System   Type + O,S,&Y  Location | | X | Wet - Dry - Combination - Partial | |
| Standpipe Type + Location of Outlet | | X | | |
| Fire Dept. Connections & Locations | | X | | |
| Fire Alarm Control Panel & Location | | X | | |
| Other Fire Control Systems & Type | | X | | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | X | | | |
| Gas Shutoff Accessible\Location _W F Bs_ | | | | |
| S.A.R.A. Facility | | X | | |
| E.H.S. | | X | | |

Storage Tanks Above Grade _N/A_ No. Used _____  No. Unused _____  Products Stored _____
Storage Tanks Below Grade _____ No. Used _N/A_ No. Unused _____  Products Stored _____

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | _N/A_ | | 7. Liquified Petroleum Gases | _N/A_ | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |

13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies _____
14. Dip Tanks, Spray Booths or Spray Rooms _____
15. Other Substances _____

Best Means of Entry _Front Door_

Special Hazards/Information _____

Inspected By _____  Shift _C_

C of C 73-1191 revised 11\95

Capt. Patrick
Please follow up
with ordinary insp.
Mr. Tucker from
Biskind mng. agreed
to correct smoke
detector problems
Tk/ R. Zaverby

Please file
Thanks
RZ

2880 J. Macleod

FORM 211-73

# CITY OF CLEVELAND

BUILDING RECORD

**DEPARTMENT OF PUBLIC SAFETY–DIVISION OF FIRE**

C. T._____

## FIRE PREVENTION BUREAU

| STREET | SOUTH MORELAND | HOUSE No. 2880 | BLDG. NAME |

| STORIES | ~~X~~ 4 | CONSTRUCTION Brick, block, concrete roof |

OCCUPANCY  32 Apts. Maid & custodian quarters.

OWNER OR AGENT 2880 South Moreland Co.  ADDRESS

FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATE

LISTED BELOW IN INSPECTION FILE NO._____

**Enter All Fires In Chronological Order in Red Ink**

| Date | Inspector | Conditions Found | Closed |
|------|-----------|------------------|--------|
| 12-3-52 | Schumacher | Approved plans for building. Garage occupies the | |
| | | ground floor, partially under the apts.(30 car) | |
| | | Area 157'10" X 88'11" - 54' high. | |
| | | Steam heat - gas fired. | |
| 9-16-55 | Lynon | This in bldg, owned problem, no fire hazard | |
| 4-5-56 | Reddy | Insp No Viol, | |
| 12/15/67 | Merse | Insp Refer to Housing #3373-67 | |
| 2-23-73 | Mrk | Complaint stairway doors being wedged open | 3/8/ssued |
| 3-8-73 | Mrh. | Re Insp Complaint Viol abated | |
| 11-20-73 | #28 4 Co 35 PM 2880 S Moreland Carbon Insp | $75.00 | |
| 2-17-84 | E-41 | ord insp 2 Viol | |
| 3-30-84 | E 41 | " " ord | |
| 4-30-84 | E-41 | Reinsp. N/V 2 abts | |
| 2-21-85 | Jenkins | Complaint ~ abated on spot. (lock doors) | FH |
| 10-9-85 | 28522 (N) 2146 gate Pk Apts. Success | $500 | |
| 9-18-87 | Missig | Complaint sent letter 1/4 | FILE |
| 10-5-87 | Missig | Viol letter sent | |
| 11/17/87 | Missig | Reinsp. 1 vio. Abated | FILE |
| 2-14-92 | Jenkins | Complete Insp - send forms | |
| 2-27-92 | Jenkins | forms sent | file |
| 1-1-95 | Oliver | complaint insp. See report | E |
| 1-19-95 | Oliver | Re-insp. See report | E |
| 10/22/97 | Crawford | Complete insp - see report | |

SOUTH MORELAND BLVD.

STREET

HOUSE NO.

2880

BUCKEYE ROAD NW corner

OTHER FRONTAGE

E-41
E-36

STREET                          HOUSE No.              BLDG. NAME

| Date | Inspector | Condition Found | Closed |
|------|-----------|-----------------|--------|
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |
|      |           |                 |        |

Need Copies: F.D. _____

Made Copies: F.D. _____    Cust: _____

# GENE PTACEK & SON
## *FIRE EQUIPMENT COMPANY, INC.*

7310 Associate Ave. • Cleveland, OH 44144 • (216) 651-8300 • Fax (216) 651-3435

# SPRINKLER SYSTEM TEST AND INSPECTION
# REPORT COVER SHEET

DATE: _10/20/08_

CUSTOMER
INFORMATION: _Hampton Park Apts_
_2880 S. Moreland_
_Cleveland Oh 44120_

INTERVAL: _Annual_

CONTACT NAME: _Chuck_

CONTACT NO: _216 453 4100_

TYPE OF
SYSTEM: _Wet_

SPRINKLER
RISER NO. _of domestic_



THE MARK OF PROFESSIONAL SERVICE



Member National Fire Protection Association.

Customer: _Hampton Park Apts_

Location: _2280 St Moreland_          Interval: _Annual_

_**Note:** All questions are to be answered Yes, No, or Not Applicable. All "NO" answers are to be explained in the comments portion of the form._

Section 1: **INSPECTIONS**

## A. Monthly

1. Preaction and Deluge valves
   Free of physical damage ....................................................................................................☐ YES  ☐ NO  ☒ N/A
   Trim valves in correct open or closed position.......................................................................☐ YES  ☐ NO  ☒ N/A
   No leakage from valve seat ...................................................................................................☐ YES  ☐ NO  ☒ N/A
   Electrical components in service ...........................................................................................☐ YES  ☐ NO  ☒ N/A
2. Dry-pipe valves
   No physical damage ..............................................................................................................☐ YES  ☐ NO  ☒ N/A
   Trim valves in correct open or closed position.......................................................................☐ YES  ☐ NO  ☒ N/A
   Intermediate chamber leakage free .......................................................................................☐ YES  ☐ NO  ☒ N/A
3. Spare Sprinklers have sprinkler wrench ..................................................................................☐ YES  ☐ NO  ☒ N/A
4. Wet-pipe gauges in good condition showing normal water supply pressure ...........................☐ YES  ☐ NO  ☒ N/A
5. Alarm Valves
   Name, model, and year of manufacture:

   Normal water supply pressure from gauges ...........................................................................☐ YES  ☐ NO  ☒ N/A
   No physical damage ..............................................................................................................☐ YES  ☐ NO  ☒ N/A
   Valves in correct open or closed position...............................................................................☐ YES  ☐ NO  ☒ N/A
   Retarding chamber or drains are leakage free ........................................................................☐ YES  ☐ NO  ☒ N/A

## B. Quarterly

1. Sprinkler pressure regulating control valves
   Not leaking and in open position............................................................................................☐ YES  ☐ NO  ☒ N/A
   Keeping a downstream pressure per design criteria ...............................................................☐ YES  ☐ NO  ☒ N/A
   Handwheels in good condition ...............................................................................................☐ YES  ☐ NO  ☒ N/A
2. Fire Department connections
3. Accessible and Visible.............................................................................................................☐ YES  ☐ NO  ☒ N/A
   Couplings and swivels in good condition................................................................................☐ YES  ☐ NO  ☒ N/A
   Plugs or caps in good condition.............................................................................................☐ YES  ☐ NO  ☒ N/A
   Gaskets in good condition .....................................................................................................☐ YES  ☐ NO  ☒ N/A
   Identification sign(s) in place .................................................................................................☐ YES  ☐ NO  ☒ N/A
   No leakage from check valve .................................................................................................☐ YES  ☐ NO  ☐ N/A
   Automatic drain valve in good working condition ...................................................................☐ YES  ☐ NO  ☒ N/A
4. No physical damage to alarm devices ......................................................................................☐ YES  ☐ NO  ☒ N/A
5. Hydraulic nameplate secure to riser and legible .....................................................................☐ YES  ☐ NO  ☒ N/A

## C. Annual

1. Spare sprinklers have proper type and number................_See Notes_.....................☐ YES  ☒ NO  ☐ N/A
2. Visible sprinklers free of
   Corrosion...............................................................................................................................☒ YES  ☐ NO  ☐ N/A
   Obstructions to spray patterns ..............................................................................................☒ YES  ☐ NO  ☐ N/A
   Foreign materials including paint ...................._See Notes_.................................☒ YES  ☒ NO  ☐ N/A
   Physical damage ....................................................................................................................☒ YES  ☐ NO  ☐ N/A
3. Visible pipe in good condition...................................................................................................☒ YES  ☐ NO  ☐ N/A
4. Hangers and siesmic braces of visible pipe in good condition ................................................☒ YES  ☐ NO  ☐ N/A
5. Must be done before cold weather
   Areas with wet piping have enough heat.................................................................................☒ YES  ☐ NO  ☐ N/A
   Low temp. alarms in dry-pipe, preaction and deluge valve enclosures work...........................☐ YES  ☐ NO  ☒ N/A
   Interior of pipe in preaction and dry-pipes free of ice blockage..............................................☐ YES  ☐ NO  ☒ N/A

Case 1:24-cv-01600-UNA Doc# 23-3 Filed: 12/06/24 63 of 208. PageID #: 902

**D. Valves that can be reset without opening**

1. Interior of Dry-pipe, preaction and deluge valves passed internal inspection .................... ☐ YES ☐ NO ☒ N/A

**E. Fifth year inspections**

1. Alarm valves and associated strainers and filters passed inspections ...................... ☐ YES ☐ NO ☒ N/A
2. Check valves are in good condition ........................................................... ☐ YES ☐ NO ☒ N/A
3. All parts of dry-pipe, preaction and deluge valves passed inspection ...................... ☐ YES ☐ NO ☒ N/A

## Section 2: TESTING

**A. Quarterly**

1. Main drain test for sprinkler system
   Static pressure_____psi
   Residual pressure_____psi          N/A
   Flow observed ...................................................................................... ☐ YES ☐ NO ☒ N/A
2. Waterflow alarm devices passed test ...................................................... ☐ YES ☐ NO ☒ N/A
   Opened inspectors test connection .................................................... ☐ YES ☐ NO ☒ N/A
   Opened bypass connection ............................................................... ☐ YES ☐ NO ☒ N/A
   Alarms on and flow observed........................................................... ☐ YES ☐ NO ☒ N/A
3. Control valves opened until spring is felt in the rod, then turned back a quarter turn ...... ☐ YES ☐ NO ☒ N/A
4. Preaction and dry-pipe system
   Correct priming water level............................................................. ☐ YES ☐ NO ☒ N/A
   Low air pressure signal passed ........................................................ ☐ YES ☐ NO ☒ N/A
5. Quick opening devices passed............................................................ ☐ YES ☐ NO ☒ N/A
6. Valve switches indicate movement ...................................................... ☐ YES ☐ NO ☒ N/A

**B. Annual**

1. All sprinklers dated 1920 or later ...................... See Notes ...................... ☒ YES ☒ NO ☐ N/A
2. Fast response sprinklers in service less then 20 years .................................... ☐ YES ☐ NO ☒ N/A
3. Standard sprinklers less then 50 years old ................................................ ☐ YES ☐ NO ☒ N/A
4. Antifreeze specific gravity correct........................................................ ☐ YES ☐ NO ☒ N/A
5. Control valves ran through full range and returned to normal............................ ☐ YES ☐ NO ☒ N/A
6. Dry-pipe, preaction and deluge valve enclosures passed.................................. ☐ YES ☐ NO ☒ N/A
7. Preaction and deluge valve full flow trip test
   Unimpeded water discharge from all nozzles.......................................... ☐ YES ☐ NO ☒ N/A
   Hydraulically most remote nozzle pressure reading_____psi
   Residual pressure reading at valve_____psi
   Flow observed ............................................................................. ☐ YES ☐ NO ☒ N/A
   Manual activation devices passed ..................................................... ☐ YES ☐ NO ☒ N/A
   Automatic air pressure maintenance devices passed ................................. ☐ YES ☐ NO ☒ N/A
8. Dry-pipe valve partial flow trip test
   Initial air pressure_____psi and water pressure_____psi
   Tripping air pressure_____psi and time_____(sec.)
9. Dry-pipe and preaction automatic air maintenance devices passed........................ ☐ YES ☐ NO ☒ N/A
10. Backflow devices passed backflow test.................................................... ☐ YES ☐ NO ☒ N/A
11. Backflow devices passed full flow test................................................... ☐ YES ☐ NO ☒ N/A
12. Sprinkler pressure regulating control valves passed full flow test....................... ☐ YES ☐ NO ☒ N/A
13. Is there an anti-freeze loop ............................................................... ☐ YES ☐ NO ☒ N/A
14. What is the specific gravity: _____

**C. Dry-pipe full flow trip test done every third year**

1. Record initial air pressure_____psi and water pressure_____psi
2. Record tripping air pressure_____psi and time_____(sec.)
3. Water delivered to test connection of inspector......................................... ☐ YES ☐ NO ☒ N/A

**D. Tests done every fifth year**

1. Extra high, very extra high and ultra high temp. sprinklers tested ...................... ☐ YES ☐ NO ☒ N/A
2. Gauges checked against calibrated gauge or replaced.................................... ☐ YES ☐ NO ☒ N/A

**Customer:** _____

Case: 1:24-cv-01606-JDG  Doc #: 23-23 Filed: 12/06/24  65 of 208. PageID #: 904

**Locations:** _____ 2880 S. Moreland rd. _____

## Section 3: <u>MAINTENANCE</u>

### A. Regular

1. If sprinklers have been replaced, were they proper replacements ..................................................☑ YES ☐ NO ☐ N/A
2. Air leaks in dry-pipe resulting in air pressure loss more than 10 psi repaired ...................................☐ YES ☐ NO ☑ N/A
3. Dry-pipe systems being maintained in dry conditions .....................................................................☐ YES ☐ NO ☑ N/A

### B. Annual

1. Operating stem of OS&Y valves lubricated, closed and reopened ...................................................☐ YES ☐ NO ☑ N/A
2. Interior of dry-pipe, preaction and deluge valves cleaned ............................................................☐ YES ☐ NO ☑ N/A
3. Prior to freezing, dry-pipe, preaction and deluge low points were drained ........................................☐ YES ☐ NO ☑ N/A
4. Commercial cooking and ventilating systems sprinklers and nozzles replaced................................☐ YES ☐ NO ☑ N/A
5. No signs of grease buildup on bulb type.....................................................................................☐ YES ☐ NO ☑ N/A
6. **SPRINKLER HEADS ARE <u>NOT</u> ON RECALL LIST**                        ☑ YES ☐ NO ☐ N/A

## Section 4: <u>COMMENTS OR SYSTEM PROBLEMS</u>

**Customer:** Hampton Park Apts

**Locations:** 7880 S. Moreland

System fed from domestic supply

All heads cover kitchens only in apts.
No coverage in office or laundry rooms.
Painted heads throughout.

No isolation on sprinkler system
No gauges on main drain no test valve
or waterflow device. Visual inspection
only.

No spare head box, wrench, spare heads.

## Section 5: INSPECTOR'S INFORMATION

**COMPANY:** Gene Ptacek and Son Fire Equipment Co. Inc.
7310 Associate Ave.
Cleveland, OH 44144

**PHONE:** (216) 651-8300 **FAX:** (216) 651-3435

**INSPECTOR:** Bob Klath 5431 2137 Brett Graham 5418 4927

I state that the information on this form is correct at the time and place of my inspection, and that all the equipment tested at this time was left in operational condition upon completion of this inspection except as noted in section 4.

**SIGNATURE OF INSPECTOR:** **DATE:** 10/20/08

**CUSTOMER SIGNATURE:** **DATE:** 10/20/28

**FIRE DEPARTMENT SIGNATURE:** **DATE:**

CLEVELAND FIRE DEPARTMENT

Date __03/21/07__

| Type of Inspection | |
|---|---|
| Special Hazard | |
| Major | |
| Target | |
| Ordinary | X |

Violation notice issued _____
1st Reinspection Date _____
2nd Reinspection Date _____
Referred to the FPB _____

| | |
|---|---|
| Parcel # | Census Tr. __1185__ |
| Building No. __1__  Station No. | __41__ |
| **Address** | **2880 S. Moreland** |
| Owner's name | GF Properties |
| Owner's Phone | 921-1311 |
| Last inspection Date | |

Battalion No. __5__

Company No. __E-41__

Companies assisting _____

Business Name ____Hampton Park____  Occupancy Type ____R____

Managers Name ____Irma Wright____  Business Phone __921-1311__  Emergency Phone __595-3935__

Building Height __40__  No. of Stories __4__  Construction Type  I  II  |III|  IV  Razed _____

Sprinkler Last Tested __N/A__  Standpipe Last Tested __N/A__  Fire Pump Last Tested __N/A__

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings  Type + Number | X | | | |
| Elevators        Type + Number | X | | | |
| Exits provided and maintained \ No.        3 | X | | | |
| Stairways  Closed \ Open | X | | | |
| Extinquishers Maintained & Type        ABC | X | | | |
| Sprinkler System Type + O,S,&Y Loc. | | X | | |
| Standpipe Type + Location of Outlet | | X | | |
| Fire Dept. Connections & Locations | | X | | |
| Fire Alarm Control Panel & Location | | X | | |
| Other Fire Control Systems & Type | | X | | |
| Proper Wiring/Fuses&Electrical Shutoff Loc. | X | | Garage- NE Wall | |
| Gas Shutoff Accessible\Location | X | | Boiler Room NE Wall | |
| S.A.R.A. Facility | | X | | |
| E.H.S. | | X | | |

| Storage Tanks Above Grade | No. Used | No. Unused | Products Stored |
|---|---|---|---|
| Storage Tanks Below Grade | No. Used | No. Unused | Products Stored |

For each of the following an individual Hazardous Substance Permit is required. List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1 Corrosives | | | 7 Liquified Petroleum Gases | | |
| 2 Flammable Liquids | | | 8 Oxidisers | | |
| 3 Combustible Liquids | | | 9 Reactive Chemicals | | |
| 4 Flammable Solids | | | 10 Nitrocellulose Film | | |
| 5 Compressed Gases | | | 11 Pyroxlin Plastic | | |
| 6 Organic Peroxides | | | 12 Radioactive | | |
| 13 Refinishing with Highly Flammable Liquids ie, bowling alleys, other assemblies | | | | | |
| 14 Dip Tanks, Spray Booths or Spray Rooms | | | | | |
| 15 Other Substances | | | | | |

Best Means of Entry ____Front Door____

Special Hazards/Information _____

Inspected By ____Lt. JOHN WAGNER____  Shift __A__

C of C 73-1191 revised 11/ 95

## CLEVELAND FIRE DEPARTMENT

Type of Inspection
Special Hazard
Major
Target
Ordinary
**Violation notice issued**_____
1st Reinspection Date_____
2nd Reinspection Date_____
Referred to the FPB_____

Date _4-7-5_

Parcel #_____ Census Tr.__
Building No.____ Station No.__
Address _2880 So. Moreland_
Owner's Name _G.F. Properties_
Owner's Phone_____
Last inspection Date_____

Battalion No. _5_
Company No. _Ecd_
Companies Assisting_____

Business Name _Hampton Park Apt_  Occupancy Type _Apartments_

Managers Name_____  Business Phone _595-3935_  Emergency Phone_____

Building Height _40_  No. of Stories _4_  Construction Type  I  II (III) IV  Razed____

Sprinkler Last Tested_____  Standpipe Last Tested_____  Fire Pump Last Tested_____

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings          Type + Number | | | | |
| Elevators          Type + Number | | | | |
| Exits provided and maintained \ No. | | | | |
| Stairways  Closed\Open | | | | |
| Extinguishers  Maintained  &  Type | | | No Entry | |
| Sprinkler System   Type + O,S,&Y  Location | | | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | | | |
| Fire Dept. Connections & Locations | | | | |
| Fire Alarm Control Panel & Location | | | | |
| Other Fire Control Systems & Type | | | | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | | | | |
| Gas Shutoff Accessible\Location | | | | |
| S.A.R.A. Facility | | X | | |
| E.H.S. | | X | | |

| Storage Tanks Above Grade | No.  Used | No. Unused | Products Stored |
|---|---|---|---|
| Storage Tanks Below Grade | No. Used | No. Unused | Products Stored |

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | | | 7. Liquified Petroleum Gases | | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |

13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies _____
14. Dip Tanks, Spray Booths or Spray Rooms _____
15. Other Substances _____

Best Means of Entry _Front Door_

Special Hazards/Information
_____ _30 Units_

Inspected By _____ Shift _5_

C of C 73-1191 revised 11\95



**COPIES**

NEED:   F.D. _____   CUST. _____

MADE:   F.D. _____   CUST. _____

# GENE PTACEK & SON
## *FIRE EQUIPMENT COMPANY, INC.*

7310 Associate Ave. • Cleveland, OH 44144 • (216) 651-8300 • Fax (216) 651-3435

# SPRINKLER SYSTEM TEST AND INSPECTION
# REPORT COVER SHEET

DATE: 2/24/05

CUSTOMER
INFORMATION: Hampton Park Apt
2880 S. Moreland Blvd
Cleve, OH
44120

TYPE OF
SYSTEM: wet

SPRINKLER
RISER NO. Intel off domestic



THE MARK OF PROFESSIONAL SERVICE

Member National Fire Protection Association

## TESTING AND MAINTENANCE OF SPRINKLER SYSTEM

**Customer:** _Hampton Park Apt._

**Location:** _2880 S. Moreland_          **Interval:** _Annual_

_**Note:**  All questions are to be answered Yes, No, or Not Applicable. All "NO" answers are to be explained in the comments portion of the form._

## Section 1: INSPECTIONS

### A. Monthly

1. Preaction and Deluge valves
   - Free of physical damage .......................................................................... ☐ YES  ☐ NO  ☒ N/A
   - Trim valves in correct open or closed position.......................................... ☐ YES  ☐ NO  ☒ N/A
   - No leakage from valve seat ...................................................................... ☐ YES  ☐ NO  ☒ N/A
   - Electrical components in service ............................................................... ☐ YES  ☐ NO  ☒ N/A
2. Dry-pipe valves
   - No physical damage................................................................................. ☐ YES  ☐ NO  ☒ N/A
   - Trim valves in correct open or closed position.......................................... ☐ YES  ☐ NO  ☒ N/A
   - Intermediate chamber leakage free .......................................................... ☐ YES  ☐ NO  ☒ N/A
3. Spare Sprinklers have sprinkler wrench.................................................... ☐ YES  ☒ NO  ☐ N/A
4. Wet-pipe gauges in good condition showing normal water supply pressure.................. ☐ YES  ☐ NO  ☒ N/A
5. Alarm Valves
   - Name, model, and year of manufacture: _N/A_
   - Normal water supply pressure from gauges ............................................... ☐ YES  ☐ NO  ☒ N/A
   - No physical damage................................................................................. ☐ YES  ☐ NO  ☒ N/A
   - Valves in correct open or closed position ................................................. ☐ YES  ☐ NO  ☒ N/A
   - Retarding chamber or drains are leakage free ........................................... ☐ YES  ☐ NO  ☒ N/A

### B. Quarterly

1. Sprinkler pressure regulating control valves
   - Not leaking and in open position............................................................... ☐ YES  ☐ NO  ☐ N/A
   - Keeping a downstream pressure per design criteria.................................... ☐ YES  ☐ NO  ☒ N/A
   - Handwheels in good condition .................................................................. ☐ YES  ☐ NO  ☒ N/A
2. Fire Department connections
3. Accessible and Visible ............................................................................. ☐ YES  ☐ NO  ☒ N/A
   - Couplings and swivels in good condition................................................... ☐ YES  ☐ NO  ☒ N/A
   - Plugs or caps in good condition................................................................ ☐ YES  ☐ NO  ☒ N/A
   - Gaskets in good condition........................................................................ ☐ YES  ☐ NO  ☒ N/A
   - Identification sign(s) in place .................................................................. ☐ YES  ☐ NO  ☒ N/A
   - No leakage from check valve .................................................................... ☐ YES  ☐ NO  ☒ N/A
   - Automatic drain valve in good working condition ...................................... ☐ YES  ☐ NO  ☒ N/A
4. No physical damage to alarm devices......................................................... ☐ YES  ☐ NO  ☒ N/A
5. Hydraulic nameplate secure to riser and legible ......................................... ☐ YES  ☐ NO  ☒ N/A

### C. Annual

1. Spare sprinklers have proper type and number............................................ ☐ YES  ☒ NO  ☐ N/A
2. Visible sprinklers free of
   - Corrosion ............................................................................................... ☒ YES  ☐ NO  ☐ N/A
   - Obstructions to spray patterns................................................................. ☒ YES  ☐ NO  ☐ N/A
   - Foreign materials including paint ............................................................. ☒ YES  ☐ NO  ☐ N/A
   - Physical damage...................................................................................... ☒ YES  ☐ NO  ☐ N/A
3. Visible pipe in good condition .................................................................. ☒ YES  ☐ NO  ☐ N/A
4. Hangers and siesmic braces of visible pipe in good condition ...................... ☒ YES  ☐ NO  ☐ N/A
5. Must be done before cold weather
   - Areas with wet piping have enough heat.................................................... ☒ YES  ☐ NO  ☐ N/A
   - Low temp. alarms in dry-pipe, preaction and deluge valve enclosures work ........... ☐ YES  ☐ NO  ☒ N/A
   - Interior of pipe in preaction and dry-pipes free of ice blockage .................. ☐ YES  ☐ NO  ☒ N/A

**D. Valves that can be reset without opening**

   1.  Interior of Dry-pipe, preaction and deluge valves passed internal inspection ................................. ☐ YES  ☐ NO  ☐ N/A

**E. Fifth year inspections**

   1.  Alarm valves and associated strainers and filters passed inspections............................................ ☐ YES  ☐ NO  ☐ N/A
   2.  Check valves are in good condition ......................................................................................... ☐ YES  ☐ NO  ☐ N/A
   3.  All parts of dry-pipe, preaction and deluge valves passed inspection........................................ ☐ YES  ☐ NO  ☐ N/A

## Section 2: **TESTING**

**A. Quarterly**

   1.  Main drain test for sprinkler system
        Static pressure_____psi
        Residual pressure_____psi
        Flow observed ....................................................................................................... ☐ YES  ☐ NO  ☐ N/A
   2.  Waterflow alarm devices passed test........................................................................... ☐ YES  ☐ NO  ☐ N/A
        Opened inspectors test connection............................................................................. ☐ YES  ☐ NO  ☐ N/A
        Opened bypass connection......................................................................................... ☐ YES  ☐ NO  ☐ N/A
        Alarms on and flow observed..................................................................................... ☐ YES  ☐ NO  ☐ N/A
   3.  Control valves opened until spring is felt in the rod, then turned back a quarter turn...................... ☐ YES  ☐ NO  ☐ N/A
   4.  Preaction and dry-pipe system
        Correct priming water level......................................................................................... ☐ YES  ☐ NO  ☐ N/A
        Low air pressure signal passed .................................................................................. ☐ YES  ☐ NO  ☐ N/A
   5.  Quick opening devices passed........................................................................................ ☐ YES  ☐ NO  ☐ N/A
   6.  Valve switches indicate movement ................................................................................ ☐ YES  ☐ NO  ☐ N/A

**B. Annual**

   1.  All sprinklers dated 1920 or later ............................................................................... ☐ YES  ☐ NO  ☐ N/A
   2.  Fast response sprinklers in service less then 20 years.................................................... ☐ YES  ☐ NO  ☐ N/A
   3.  Standard sprinklers less then 50 years old ..................................................................... ☐ YES  ☐ NO  ☐ N/A
   4.  Antifreeze specific gravity correct.................................................................................. ☐ YES  ☐ NO  ☐ N/A
   5.  Control valves ran through full range and returned to normal.......................................... ☐ YES  ☐ NO  ☐ N/A
   6.  Dry-pipe, preaction and deluge valve enclosures passed ............................................... ☐ YES  ☐ NO  ☐ N/A
   7.  Preaction and deluge valve full flow trip test
        Unimpeded water discharge from all nozzles............................................................ ☐ YES  ☐ NO  ☐ N/A
        Hydraulically most remote nozzle pressure reading ___ psi
        Residual pressure reading at valve ___ psi
        Flow observed ........................................................................................................ ☐ YES  ☐ NO  ☐ N/A
        Manual activation devices passed............................................................................. ☐ YES  ☐ NO  ☐ N/A
        Automatic air pressure maintenance devices passed................................................. ☐ YES  ☐ NO  ☐ N/A
   8.  Dry-pipe valve partial flow trip test
        Initial air pressure ___ psi and water pressure ___ psi
        Tripping air pressure ___ psi and time ___ (sec.)
   9.  Dry-pipe and preaction automatic air maintenance devices passed .................................. ☐ YES  ☐ NO  ☐ N/A
  10.  Backflow devices passed backflow test ......................................................................... ☐ YES  ☐ NO  ☐ N/A
  11.  Backflow devices passed full flow test .......................................................................... ☐ YES  ☐ NO  ☐ N/A
  12.  Sprinkler pressure regulating control valves passed full flow test.................................... ☐ YES  ☐ NO  ☐ N/A
  13.  Is there an anti-freeze loop............................................................................................ ☐ YES  ☐ NO  ☐ N/A
  14.  What is the specific gravity:  ___

**C. Dry-pipe full flow trip test done every third year**

   1.  Record initial air pressure ___ psi and water pressure ___ psi
   2.  Record tripping air pressure ___ psi and time ___ (sec.)
   3.  Water delivered to test connection of inspector ............................................................ ☐ YES  ☐ NO  ☐ N/A

**D. Tests done every fifth year**

   1.  Extra high, very extra high and ultra high temp. sprinklers tested.................................... ☐ YES  ☐ NO  ☐ N/A
   2.  Gauges checked against calibrated gauge or replaced ..................................................... ☐ YES  ☐ NO  ☐ N/A

## Section 3:  MAINTENANCE

### A.  Regular

1. If sprinklers have been replaced, were they proper replacements .................................................. ☐ YES  ☐ NO  ☒ N/A
2. Air leaks in dry-pipe resulting in air pressure loss more than 10 psi repaired ................................ ☐ YES  ☐ NO  ☒ N/A
3. Dry-pipe systems being maintained in dry conditions .................................................................. ☐ YES  ☐ NO  ☒ N/A

### B.  Annual

1. Operating stem of OS&Y valves lubricated, closed and reopened ................................................. ☐ YES  ☐ NO  ☒ N/A
2. Interior of dry-pipe, preaction and deluge valves cleaned............................................................ ☐ YES  ☐ NO  ☒ N/A
3. Prior to freezing, dry-pipe, preaction and deluge low points were drained ..................................... ☐ YES  ☐ NO  ☒ N/A
4. Commercial cooking and ventilating systems sprinklers and nozzles replaced............................. ☐ YES  ☐ NO  ☒ N/A
5. No signs of grease buildup on bulb type........................................................................ ☐ YES  ☐ NO  ☒ N/A
6. **SPRINKLER HEADS ARE NOT ON RECALL LIST**                                        ☒ YES  ☐ NO  ☐ N/A

## Section 4:  COMMENTS OR SYSTEM PROBLEMS

System is in tot off domested.
heads are dated 1952  should Be replaced
or tested
unable to view all apts.
did view several apts coverage in Kitchens

## Section 5: INSPECTOR'S INFORMATION

COMPANY:  Gene Ptacek and Son Fire Equipment Co. Inc.
7310 Associate Ave.
Cleveland, OH  44144

PHONE:     (216) 651-8300          FAX:     (216) 651-3435

INSPECTOR:  _Holstein / Mangan  5416 5552_

I state that the information on this form is correct at the time and place of my inspection, and that all the equipment tested at this time was left in operational condition upon completion of this inspection except as noted in section 4.

SIGNATURE OF INSPECTOR:_____  DATE: 2/24/05

CUSTOMER SIGNATURE:_____  DATE:_____

FIRE DEPARTMENT SIGNATURE:_____  DATE:_____

# CLEVELAND FIRE DEPARTMENT

Date _7-31-02_

Type of Inspection
Special Hazard ☐
Major ☐
Target ☐
Ordinary ☒
**Violation notice issued**_____
1st Reinspection Date_____
2nd Reinspection Date_____
Referred to the FPB_____

Parcel #_____ Census Tr. _1185_
Building No.____ Station No.____ _0_
**Address** _2880 S. Moreland_
Owner's Name ____ _GT Properties_
Owner's Phone ____ _545-3035_
Last inspection Date____

Battalion No. _5_
Company No. _E-41_
Companies Assisting____

Business Name _Hampton Park_ Occupancy Type _R_
Managers Name _Chas Boozer_ Business Phone _751-1285_ Emergency Phone _same_
Building Height _40_ No. of Stories _4_ Construction Type  I  II  III  IV  Razed____
Sprinkler Last Tested____ Standpipe Last Tested____ Fire Pump Last Tested____

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings     Type + Number  _1_ | ☒ | | | |
| Elevators          Type + Number  _1_ | ☒ | ✓ | | |
| Exits provided and maintained  \ No.  _3_ | | | | |
| Stairways  Closed \ (Open)  _2_ | ☒ | | | |
| Extinguishers  Maintained  &  Type  _ABC_ | ☒ | | | |
| Sprinkler System   Type + O,S,&Y  Location | | ☒ | Wet - Dry - Combination - Partial | |
| Standpipe Type + Location of Outlet | | ☒ | | |
| Fire Dept. Connections & Locations | | ☒ | | |
| Fire Alarm Control Panel & Location | | ☒ | | |
| Other Fire Control Systems & Type | | ☒ | | |
| Proper Wiring/Fuses  & Electrical Shutoff Loc. | ☒ | | _Garage - Elec. vault N. wall_ | |
| Gas Shutoff Accessible \ Location | ☒ | | _Boiler room_ | |
| S.A.R.A. Facility | | ☒ | | |
| E.H.S. | | ☒ | | |
| Storage Tanks Above Grade     No. Used | | No. Unused | Products Stored | |
| Storage Tanks Below Grade     No. Used | | No. Unused | Products Stored | |

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | | | 7. Liquified Petroleum Gases | | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |

13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies
14. Dip Tanks, Spray Booths or Spray Rooms
15. Other Substances

Best Means of Entry ___ _Front Door_

Special Hazards/Information ____

Inspected By _John Wagner, Lt._ Shift _1163_

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

*29 oct 97* _____ 19-

Hampton Port Apts.
2880 S. Mooreland
_____

Site Inspection Report

I was instructed by Capt. Colleran to establish
whether or not this location has a sprinkler
Fire dept. Connection. It does not. according to the
owner it runs off of city pressure.

FPB-50   Inspector: *Mark Crawford*

204 A F.P.B. 4/19/67                                ·8/20/68-40

# CITY OF CLEVELAND
## Department of Public Safety — Division of Fire
### FIRE PREVENTION BUREAU

dress  2880 S. Moreland                          Date  Oct 21      19 97

me  30 Suite Apt Building                   Rec'd. by  D Veselsky  Lt.

om  Lt James Hart  Address  Bvg 36 B-5  Tel.  664-6336

ture of Complaint:  Locked Egress, No Extra Heads For Sprukler System
© Extinguishers in Hallway, Some Smoke Detectors Not Working

cupancy (circle one): — Dwelling House; Dwelling Multi "A" — "B"; Business; Mercantile; Institutional "H" — "D";
embly; Educational; Storage; Industrial "NC" — "C"; High Hazard;

ner  Mr. Mark Stewart                          Tel.  921-6168
                    NAME                                      ADDRESS
ravy Campbell  Mgr.

arks:                          NE exit obstructed (partially blocked) emer lights o.o.s

        doors blocked open thruout Bldg / exit sign o.o.s / No Alarm test records

sprinkler test records /    no exit signs at exit in garage / no ext in

isher in holly, off city water lines (pressure) / blocked gas shut off
                                                          I am going to site them
Reinspected  22 Oct 97       Referred to  Bldg dept.

Abated _____ 19 ____ Inspector  Mark Crawford
                                                    (SIGNATURE)
C 73-230 F.P.B. REV. 4/27/67                                    1/23/79—2M

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

17 Jan 19 75

## Report

2880 So Moreland                                      Hampton Park

This was a complaint follow-up. The re-inspection
noted that egress (south side) has been repaired and
unlocked. All the fire ext extinguishers have been installed.
No further action need at this time

Inspector: _James Oliver_

C OF C 73-204 A F.P.B. 4/19/67                                      8/20/68-40'

*Oliver*

01-003-95

COMPLAINT   January 9, 1995

2880 S. Morland   Oliver may be on top of this already.   "The Hampton" 4 sty bldg.
44 suites?

Elderly gentlemen; resident; would not give his name.

First floor south side exit door cannot be accessed.   The door
was chained but now is apparently nailed shut.   Tenant states that knobs are removed
and wood or steel panels are now in place of the chain.

Bldg. Owner:   Matthew Stewart   PO Box used; tenant did not have the box # with him.
Custodian:   No name, but lives in Apt. #208.

I took the complaint without a name on the grounds that it is more ammo for
James when he goes to inspect

*[signature]*

*Owner has an office in Apt 105   991-5183*

*Mark Stewart is the owner. P.O. Box 28246   Cleve Oh 44128*

*Mr & Ms Nikolenko are the resident custodians*

## NOTICE OF BUILDING CONSTRUCTION AND ALTERATION

DATE_____.

INSPECTOR_____

ON_____ THE DIVISION OF BUILDING ISSUED PERMIT NO._____ TO_____

OWNER/OCCUPANT

THE PREMISES SITUATED AT _____

_____

_____

_____

_____

☐ INDICATE IN YOUR REPORT WHEN RAZE IS COMPLETED
☐ INDICATE IN YOUR REPORT IF BUILDING IS UNDER CONSTRUCTION
☐ INDICATE IN YOUR REPORT WHETHER OR NOT YOU ARE AWARE OF ALTERATION AND ITS PROGRESS

ATTACH THIS FORM TO YOUR DAILY REPORT WHEN INSPECTION IS MADE

C OF C 73-215 F.P.B. 6/1/73                                             1/21/77-2M

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

11 Jan 19 95

*Complaint Investigation*

2880 S. Moreland                                         Hampton Park

According to Ms Nikolenko, the door was locked because it needed repairing

Told the ~~attic~~ owner the door had to be repaired and that he needs extinguishers

The owner stated it will be taken care of right away. Will re-inspect next tuesday 1-17-95

Inspector: James Oliver

C OF C 73-204 A F.P.B. 4/19/67                                    8/20/68-40'

C OF C 73-1191

# CLEVELAND FIRE DEPARTMENT    Company No. _____

Name of Business _HAMPTON PARK_ Date _9-8-87_ Last Inspection Date _____

Address _2880 SOUTH MORELAND_ Occupancy _R_

Name of Owner/Manager _MARK STEWARD / 9242 SCOTTSDALE_ Emergency Phone No. _____
→ _EARNEST PRYOR_

Building Height _4 STORY_    Dimensions L _200_ W _100_    Construction Type

I ☐    II ☒    III ☐    IV ☐

| GENERAL | Yes | No | VIOLATIONS/REMARKS |
|---|---|---|---|
| 1. Roof Openings     Type     No. | ✓ | | |
| 2. Elevators     Type     No. | ✓ | | |
| 3. Exits Provided & Maintained     No. | ✓ | | |
| 4. Stairways Provided & Maintained    Enclosed    Open | ✓ | | 2ND + 3RD FLOOR DOOR CLOSURES INOPERABLE |
| 5. Extinguishers Provided & Maintained    Type | | ✓ | NEEDS 3 EXTING. PER FLOOR |
| 6. Sprinkler System*   Type _WET_    O.S. & Y Location | ✓ | | LOCATED IN MECH APART IN KITCHEN |
| 7. Standpipe*     Type    Location of Outlet | | ✓ | |
| 8. Fire Department Connections*    Location | | ✓ | |
| 9. Fire Alarm    Control Panel | | ✓ | |
| 10. Other Fire Control Systems*    Type | ✓ | | MANUAL PULL REPLACE GLASS |
| **ELECTRICAL & HEATING** | | | |
| 1. Proper Wiring/Fuses _BREAKERS_ | ✓ | | |
| 2. Proper Clearance for Heating    Type _GAS_ | ✓ | | |
| 3. Proper Installation of Water Tank    Type _GAS_ | ✓ | | |
| 4. Gas Shutoff Accessible    Location _BOILER ROOM FIRST FLOOR_ | ✓ | | |
| 5. Electrical Shutoff Provided    Location _GARAGE_ | ✓ | | |
| **HOUSEKEEPING** | | | |
| 1. Good Housekeeping | ✓ | | |
| 2. Permits | N | A | |
| 3. Proper Storage of Compressed Gases | N | A | |
| 4. Proper Storage of Flammable Liquids | N | A | |
| 5. Proper Storage of Oily Rags | N | A | |
| 6. Proper Storage of Corrosives | N | A | |
| 7. Proper Storage of Oxidizers | N | A | |
| 8. Proper Storage of Other Combustibles | N | A | |

* Requires Building Diagram

Violation Notice Issued _____ Reinspection Date _____

Referred to F.P.B. _____ Inspected By _Ned Missing_

Special Hazard ☐     Major ☐     Assist ☐     Ordinary ☐     Standard ☐

Address _____ Box _____ Co's _____

Occupant _____ Occupancy _____

Name of Owner/Manager _____

Business Phone: _____ Phone (Emergency) _____

Type of Bldg: _____ No. Stories _____

Sprinklers: _____ Wet _____ Dry _____ Complete _____ Partial _____

Valve Loc: _____

Standpipe Loc: _____

Annunciator Loc: _____

Gas Shutoff Loc: _____

Electric Shutoff Loc: _____

Sprinkler Last Tested _____ Standpipe Last Tested _____

Type of Construction: _____ Roof Deck _____ Roof Supports _____

_____ Floor Deck_____ Floor Supports_____

Roof Openings _____

Best Means of Entry _____

Special Information: _____

_____

_____

C OF C 73-1192

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

9 - 8                    19⁵⁷

Fix or replace automatic door closures.

3) Glass is broken on manual pull
stations
Ohio Fire Code 1301; 7-7.04 (K)(3) F-410.3

Replace glass in pull stations and return
system to its original integrity.

Standard Close

Inspector: _____ Ned Missing Lt _____

C O F C 73-204 A F.P.B. 4/19/67                    8/20/68-40M

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

9 - 8                    19 8?

EARNEST  PRYOR

HAMPTON  PARK  APT

2880  SOUTH  MORLAND

Re: HAMPTON  PARK  APT

2880  SOUTH  MORELAND

Standard opening   1a

1) Insufficient number of class A rated
extinguishers

OHIO  FIRE  CODE 1301:7-7-04(J)(1) F-404.1

Provide  Class A  rated fire extinguishers
with maximum travel distance to extinguishers
not to exceed seventy-five feet.

2) ~~Its~~ Self closure  on fire doors in
hallways are inoperable.
Ohio fire code  1301:7-7-05 (F)(1) F-505.1

Inspector: _____ Ned Mising  Lt _____

## CITY OF CLEVELAND
### Department of Public Safety -- Division of Fire
### FIRE PREVENTION BUREAU

Address 2880 S Marland

Date 8/14 19 87

Name _____

Rec'd. by W. Crawther

From Insp. Norton          Address Bldg Dept.          Tel. 664-2004

Nature of Complaint: No Smoke Detetro In Hallways - Bldg Dept.
is Going to Cite. News Fire Inspection

Occupancy (circle one): — Dwelling House; (Dwelling Multi "A") — "B"; Business; Mercantile; Institutional "H" — "D"; Assembly; Educational; Storage; Industrial "NC" — "C"; High Hazard;

Owner MARK STEWARD          9242 SCOTTSDALE
     NAME                 ADDRESS

Remarks: Send a letter

Date Reinspected _____          Referred to H. Jenkins

Date Abated _____ 19 ___ Inspector Neil Murphy Lt
                                                (SIGNATURE)

C OF C 73-230 F.P.B. REV. 4/27/67

1/23/79—2M'

2621-23  N. MORELAND

FORM 211-73

# CITY OF CLEVELAND
## DEPARTMENT OF PUBLIC SAFETY - DIVISION OF FIRE
### FIRE PREVENTION BUREAU

BUILDING RECORD
C.T. S. 5

| STREET | NORTH MORELAND BLVD. | HOUSE No. 2621 - 23 | BLDG. NAME |
|---|---|---|---|
| STORIES | 3 | CONSTRUCTION BRICK - 6 cl. | |
| OCCUPANCY | A | | |
| OWNER or AGENT | | ADDRESS | |

FOR PARTICULARS SEE INSPECTIONS BY WARDENS OR COMPANIES UNDER DATES
LISTED BELOW IN INSPECTION FILE No. _____ 13 _____

Enter All Fires In Chronological Order In Red Ink

| Date | Inspector | Conditions Found | ABATEMENT ORDERED | ORDERS COMPLIED WITH | SUMMONS COURT | Closed |
|---|---|---|---|---|---|---|
| 2-28-40 | Englehart | a 6th cl. constr. - Tenement - | — | — | — | OK. |
| 6-8-40 | Al觉 # | 3726 still # 1106 Own now cigarette | | | $20.00 | |
| 4-17-41 | Englehart | L. #6065 OK. | | #2621 | | OK. |
| 7-11-42 | Englehart | L# 6984 | | | | OK |
| 1-3-44 | " " | L# 5381 | | | | OK. |
| 2-14-47 | Englehart | Tenement 40 suits for d hell doors leading to stairway open Notified Custodian to keep same closed no fire Extinguisher in Bldg. Request Letter the Owner Sam Doerfler 8001 Franklin Blvd. to keep same closed & Fire Extinguisher be provided | | | | |
| 2-26-47 | Letter | To Owner Sam Doerfler 8001 Franklin Blvd | | | | |
| 5-24-48 | # 4325 | @ 8oo PM. okl Clothes dryer C2800 | | | | |
| 5-26-48 | Englehart | J.S. notified Custodian to leave Cord used when wants to use dryer | | | | |
| 8-18-49 | Englehart | Opls | | | | OK |
| 4-5-50 | Englehart | O-C. Rubbish & Papers on Porch Found. Same removed. Notified Custodian to keep Porch free of Rubbish | | | | |
| 8-22-50 | Englehart | Opls | | | | OK |
| 10-16-50 | Englehart | O-C Papers & Boxes kept to Hot Plate Papers Removed every Day Incl arse. | | | | |

E41

| STREET | | HOUSE No. | | BLDG. NAME | | | |

| Date | Inspector | Conditions Found | Abatement Ordered | Orders Comp With | Summons Court | Closed |
|---|---|---|---|---|---|---|
| 10-22-50 | #689 @ 5:55 P.M. Please on files | | Rect 8/12 | | | |
| 2-16-51 | Taylor | O.C. Papers strewn over step | | | | |
| | | + Laundry, no cause for comp. | | | | |
| 3-24-51 | Irwin 611 | Insp - Apartment A - Rubbish Basement | | | | |
| 5-31-56 | Reddy | Insp | | | | OK |
| 2-26-57 | #1418 @ 4th A.M. | Smoke | | | | E 1300⁰⁰ |
| 2-26-57 | 711 | Cx Liens Smoke | | | | |
| 10-19-58 | #7766 @ 2 P.M. S. Circuit | | | | none | |
| 2/13/61 | Doyle | # A-40-61 | | | | |
| 6/6/66 | Nut | Insp Refer Housing 1472-66 | | | | |
| 8-27-69 | Mesk | Complaint - gasoline fumes in Hall Way | | See Report | | |
| 8-28-69 | Mesk | re Complaint gasoline fumes See Report | | | | |
| 9-5-69 | Mesk | Re-Insp of Complaint - See Report | | | | |
| 5-28-72 | 18593 @ 11²⁹ P.M. BC 518c - Careless with Blam Liquids | | | | | $200⁰⁰ |
| 10-18-73 | Mik | Complaint - Nudging fire doors to garage open ReReport | | | | |
| 10-25-73 | Mink | Re-Insp Complaint - abated | | | | |
| 12-14-83 | L-41 | Refused entry refered to F.P.B. Lt Jenkins | | | | |
| 9-25-87 | 20865 | 01742 | | | (51) | $500⁰⁰ |
| 10-16-87 | Wasnet | Complete see Report | | | | |
| 11-13-87 | " | Referal to Elect sent | | | | |

**CLEVELAND FIRE DEPARTMENT**

Date _4-15-99_

Type of Inspection
Special Hazard ☐
Major ☐
Target ☒
Ordinary ☐
**Violation notice issued_____**
1st Reinspection Date _____
2nd Reinspection Date _____
Referred to the FPB _____

Parcel # _____ Census Tr. _____
Building No. ___ Station No. ___
**Address** 3621 N MORELAND
Owner's Name I & R PROPERTIES
Owner's Phone _____
Last inspection Date _____

Battalion No. _5_
Company No. _FPB_
Companies Assisting _____

Business Name LARCHMERE APTS  Occupancy Type R-2
Managers Name BRIAN CEPHUS  Business Phone 752-3221  Emergency Phone _____
Building Height 36  No. of Stories 3  Construction Type I  II (III) IV  Razed _____
Sprinkler Last Tested N/A  Standpipe Last Tested N/A  Fire Pump Last Tested N/A

| General | Yes | No | Violations/Comments | Abated |
|---|---|---|---|---|
| Roof Openings  Type + Number | ✓ | | SkyLight · SOUTH STAIRWELL | |
| Elevators  Type + Number | ✓ | | 1 PASSENGER | |
| Exits provided and maintained \ No. | ✓ | | 4, 1 EMERGENCY LIGHT OUT | |
| Stairways (Closed) Open | ✓ | | | |
| Extinguishers  Maintained & Type | ✓ | | NEED INSPECTING REPOSITION ON WALL  ABC-1 2ndFL | |
| Sprinkler System  Type + O.S.&Y  Location | | ✓ | Wet · Dry · Combination · Partial | |
| Standpipe Type + Location of Outlet | | ✓ | | |
| Fire Dept. Connections & Locations | | ✓ | | |
| Fire Alarm Control Panel & Location | | ✓ | | |
| Other Fire Control Systems & Type | ✓ | | SMOKE DETECTORS hall & ROOMS | |
| Proper Wiring/Fuses & Electrical Shutoff Loc. | ✓ | | BASEMENT · EAST SIDE ROOMS | |
| Gas Shutoff Accessible\Location | ✓ | | BASEMENT, EAST & WEST SIDE | |
| S.A.R.A. Facility | | ✓ | | |
| E.H.S. | | ✓ | | |

Storage Tanks Above Grade  No. Used N/A No. Unused N/A Products Stored _____
Storage Tanks Below Grade  No. Used N/A No. Unused N/A Products Stored _____

For each of the following an individual Hazardous Substance Permit is required.  List the **Permit No.** and the **Expiration Date** for each that apply.

| | Permit No. | Exp. Date | | Permit No. | Exp. Date |
|---|---|---|---|---|---|
| 1. Corrosives | N/A | | 7. Liquified Petroleum Gases | N/A | |
| 2. Flammable Liquids | | | 8. Oxidizers | | |
| 3. Combustible Liquids | | | 9. Reactive Chemicals | | |
| 4. Flammable Solids | | | 10. Nitrocellulose Film | | |
| 5. Compressed Gases | | | 11. Pyroxlin Plastic | | |
| 6. Organic Peroxides | | | 12. Radioactive | | |
| 13. Refinishing with Highly Flammable Liquids i.e., bowling alleys, other assemblies | | | | | |
| 14. Dip Tanks, Spray Booths or Spray Rooms | | | | | |
| 15. Other Substances | | | | | |

Best Means of Entry _____
Special Hazards/Information INSTALL EXIT SIGNS IN basement, INSTALL SMOKE DETECTOR IN STORAGE AREA

Inspected By J. Dryr, KT  Shift 0645

# CITY OF CLEVELAND

### DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF FIRE

### FIRE PREVENTION BUREAU

MAR 29 ___ 19 99

Report

RE: LARCHMERE APT

26 21 N. MORELAND

I WAS UNABLE TO GAIN ENTRY INTO
APARTMENTS. I LEFT A MESSAGE WITH BRIAN
CEPHUS (BUILDING MANAGER) TO CALL TO SCHEDULE
A TIME I CAN GAIN ENTRY INTO BUILDING

Inspector: J. Prya, LT

C OF C 73-204A F.P.B. 4/19/67                                      3/15/78-30M

# P021682-101124 - Public Safety - Public Records Request

## Message History (2)

✉ On 10/11/2024 11:41:23 AM, Cleveland Public Records Center wrote:

Dear Olivia James,

Thank you for your interest in public records of the City of Cleveland. Your request has been received and is being processed in accordance with the Ohio Sunshine Laws. Your request was received in this office on 10/11/2024 and has been given the reference number P021682-101124 for tracking purposes.

Records Requested: **For the multifamily properties at 2621, 2622, 2630, 2635, 2636, 2642, 2653 N. Moreland Boulevard, 2805 S Ludlow Road, 2822, 2825, 2843, 2870, 2880 S. Moreland Boulevard, and 2851 Hampton Road, please provide the following information:**

**• Please provide records pertaining to the Property's annual fire department inspections or advise if the Property is not subject to annual fire department inspections.**
**• Please provide records pertaining to any material outstanding fire code violations or notices of deficiencies at the Property.**
**• Please provide records of any installation / removal permits associated with underground storage tanks at the Property.**
**• Please provide records of any information associated with hazardous materials use, spills, leaks, or other similar circumstances at the Property that would be of environmental concern.**

Your request will be forwarded to the relevant city department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. **PLEASE NOTE:** The public records law does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you will receive an email when your request has been completed. Again, thank you for using the Cleveland Public Records Center.



Page 1

**THE CITY OF CLEVELAND**
**DEPARTMENT OF BUILDING & HOUSING**
**DIVISION OF CODE ENFORCEMENT**
**601 LAKESIDE AVE. CLEVELAND, OH 44114**

**NOTICE OF VIOLATION OF BUILDING AND HOUSING ORDINANCES**

WARD: 6                                                              ISSUE DATE: 8/15/2023

CENSUS TRACT:                                                    PPN: 14410001

PROP. ADDRESS: 2880 S S MORELAND Cleveland,          AKA: FILE # 2777 SERIAL # 1507
OH 44120

------------------------------------------------ RESPONSIBLE PARTY(S) ------------------------------------------------

CLEVELAND 2 LLC
2822 S MORELAND AVE
CLEVELAND, OH  44128


CLEVELAND 2 LLC
5014 16TH AVE SUITE 499
BROOKLYN, NY  11204


CLEVELAND 2
2822 S MORELAND AVE
CLEVELAND, OH  44120-2310


CLEVELAND 2
2815 LUDLOW RD
CLEVELAND, OH  44120-2375


MENDEL STEINER
2815 LUDLOW RD
CLEVELAND, OH  44120


MENDEL STEINER
1422 47TH ST
BROOKLYN, NY  11219-2634


MENDEL STEINER
2 ELM DR UNIT 27
SOUTH FALLSBURG, NY  12779-5506

---

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kenneth Eaton          PHONE: 2166642506  EMAIL: keaton@city.cleveland.oh.us

Page 1 V23021341 - 2880 S S MORELAND Cleveland, OH 44120

MENDEL STEINER
942 47TH ST
BROOKLYN, NY  11219-2839


CLEVELAND 2
1044 57TH ST
BROOKLYN, NY  11219-4407


CLEVELAND 2
2880 S MORELAND BL
CLEVELAND, OH  44120-2317


OCCUP./USE:                                                     INSPECTION DATE: 08/11/2023

KIND OF STRUCTURE:                                        VIOLATION #: V23021341

ZONING DISTRICT:

NUMBER OF DWELLING UNITS:

TYPE OF VIOLATION: Elevator

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY THE BELOW
LISTED "COMPLY DATE".

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR PENALTY
AS PROVIDED BY LAW.


PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE.

<u>RIGHT TO APPEAL</u>

You have the right to appeal this notice. If you wish to appeal, you must file a written appeal within 30 days of the
issuance date on this notice. The appeal must be filed at:
Cleveland City Hall
601 Lakeside Avenue, Room 516
Cleveland, Ohio 44114

---

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kenneth Eaton          PHONE: 2166642506  EMAIL: keaton@city.cleveland.oh.us

Page 2 V23021341 - 2880 S S MORELAND Cleveland, OH 44120

| SEQ NO | COMPLY DATE | NATURE OF VIOLATION | COMMENTS |
|--------|-------------|---------------------|----------|
| 1 | 09/14/2023 | [C.C.O. 3141.05] RESPONSIBILITY OF OWNER: THE OWNER OF A BUILDING OR OTHER STRUCTURE IN WHICH AN ELEVATOR, DUMBWAITER, MOVING STAIRWAY, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT IS INSTALLED SHALL BE RESPONSIBLE FOR THE SAFE OPERATION AND PROPER MAINTENANCE OF SUCH ELEVATOR, DUMBWAITER, MOVING STAIRWAY, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT AFTER THE INSTALLATION THEREOF HAS BEEN APPROVED BY THE COMMISSIONER AND DURING THE PERIOD OF EFFECTIVENESS OF ANY LIMITED CERTIFICATE PERMITTING OPERATION THEREOF. SUCH OWNER, OR HIS OR HER DULY APPOINTED AGENT, SHALL ALSO MAKE AND BE RESPONSIBLE FOR ALL PERIODIC TESTS WHICH THE COMMISSIONER MAY REQUIRE UNDER THE PROVISIONS OF OHIO ELEVATOR CODE, OBBC AND THIS BUILDING CODE. | |

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kenneth Eaton          PHONE: 2166642506  EMAIL: keaton@city.cleveland.oh.us

2 09/14/2023 [C.C.O. 3141.15] ORDER DISCONTINUING USE: WHENEVER THE COMMISSIONER SHALL, FROM INSPECTION OR TESTS OF ANY ELEVATOR, MOVING STAIRWAY, DUMBWAITER, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT, DETERMINE THAT IN THE INTEREST OF PUBLIC SAFETY SUCH ELEVATOR, MOVING STAIRWAY, DUMBWAITER, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT, OR ANY PART OR APPLIANCE THEREOF, IS OUT OF ORDER OR IN AN UNSAFE CONDITION, HE OR SHE SHALL HAVE THE POWER TO ORDER THE DISCONTINUANCE OF THE USE OF ANY SUCH ELEVATOR, MOVING STAIRWAY, DUMBWAITER, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT, AND TO COMPEL THE PERSON, FIRM, OR CORPORATION HAVING CONTROL OR POSSESSION OR USE THEREOF TO DISCONTINUE SUCH USE UNTIL SUCH ELEVATOR, MOVING STAIRWAY, DUMBWAITER, AMUSEMENT DEVICE, OR SPECIAL EQUIPMENT, OR PART OF APPLIANCE THEREOF, HAS BEEN SATISFACTORILY REPAIRED OR REPLACED SO THAT SUCH ELEVATOR, MOVING STAIRWAY, DUMBWAITER, AMUSEMENT DEVICE OR SPECIAL EQUIPMENT, IS IN A SAFE AND PROPER CONDITION. TO ENFORCE THE PROVISIONS OF THIS SECTION THE COMMISSIONER MAY REVOKE AN EXISTING CERTIFICATE OF OPERATION AND REQUIRE THAT IT BE SURRENDERED AND MAY SEAL OR ORDER THE SEALING OF SUCH PARTS OF THE OPERATING MECHANISM AS WILL MAKE THE DEVICE INOPERATIVE, AND IT SHALL BE A VIOLATION OF OBBC, THE OHIO ELEVATOR CODE OR THIS BUILDING CODE FOR ANY PERSON OR PERSONS OTHER THAN THE AUTHORIZED INSPECTOR OF THE COMMISSIONER TO BREAK OR REMOVE SUCH SEAL.

3 09/14/2023 § 3141.16 Certificate of Inspection
The Commissioner shall certify each elevator, dumbwaiter, moving stairway, amusement device or special equipment which, after inspection, is judged to be in conformity with the provisions of OBBC, the Ohio Elevator Code and this Building Code. Such certification shall be in the form of an endorsement on the Certificate of Operation required in Section 3141.12 and shall include the date of the inspection and the signature of the inspector

4 09/14/2023 18[C.C.O. 3141.12C]: POST CERTIFICATE OF OPERATION

5 09/14/2023 19[OBBC 3009. 1-A]: PROVIDE PICTOGRAPH SIGN ABOVE EACH CALL STATION

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kenneth Eaton          PHONE: 2166642506  EMAIL: keaton@city.cleveland.oh.us

| 6 | 09/14/2023 | 3103.99 Penalty |
|---|---|---|

(a) Whoever violates any provision of this Building Code for which no other penalty is provided or any rule or regulation or order promulgated thereunder, or any code adopted herein, or fails to comply with the lawful order issued pursuant thereto is guilty of a misdemeanor of the first degree. Each day during which noncompliance or a violation continues shall constitute a separate offense.

| 7 | 09/14/2023 | 69[A17.1 8.6.4.7]: PITS SHALL BE KEPT DRY AND CLEAN |
|---|---|---|
| 8 | 09/14/2023 | MISC |

AS PER A17.1 8.6.1.2 MAINTENANCE CONTROL PROGRAM IS TO BE FILLED OUT EVERY VISIT FOR EVERY TASK

UNIT IS SEALED FOR OUTSTANDING VIOLATIONS

---

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kenneth Eaton          PHONE: 2166642506  EMAIL: keaton@city.cleveland.oh.us



**Cleveland Department of Public Health**

Search  

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |
|---|---|---|---|---|

**Complaint Submitted: 2022-05-17 - 3:20PM**

Complaint Number:
2022014884

Complaint Type:
High Grass/Weeds

Problem Location Name:
Shaker Heights Apartments 265

Problem Address:
2621

Problem Street Direction:
--Choose Option--

Problem Street Name:
North Moreland

Problem Street Type:
Blvd

Problem Unit Number:
2621, and 2635, and 2653

Problem City:
Cleveland

Problem Zip Code:
44120

Parcel Number:
unknown

Census Tract:
1195

Ward Number:
4

Problem Date/Time:
May 17th All daylight hours 8-8

MAC Complaint ID:

Complaint Status:
Resolved

**Complaint Description:**

Very tall grass and many dandelions and tree branches strewn over yards. Sidewalks and stones along property not cared for. General appearance of uncared for properties and bad for residents of the building.  Other apartments rented by Montlack yards are mowed.

Complainant First Name:

Rosalie

Complainant Last Name:

Tyner

Complainant Email:

nonna3107@yahoo.com

Complainant Phone:

216-970-5737

Admin        Submit New        Update

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search          ...

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |
|-----------|------------|---------|---------|--------|

Select most relevant option from the dropdown menu, enter a description, and update.
NOTE: Inspections may include multiple outcomes that each require a selection and detailed description.

Complaint Outcome (selection):

No Code Violation Observed

Complaint Outcome (description):

Complaint Outcome (review):

Tuesday 31st May 2022 01:19:17 PM
Complaint Number: 2022014884
Complaint Outcome: No Code Violation Observed
Complaint Ticket Number: HLT-
5/26/22

Choose File | No file chosen                    Browse

                                    Update          Print

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search    

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |
|---|---|---|---|---|

Complaint History for This Address (review):

Complaint Number: 2022014884
Complaint Type: High Grass/Weeds
Complaint Outcome: No Code Violation Observed
Complaint Inspector: Robert Peterson
Submit Date: 2022-05-17 at 3:20PM

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search      

Logout

close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |
|-----------|------------|---------|---------|--------|

**Complaint Submitted: 2021-09-07 - 10:55AM**

Complaint Number:

2021011611

Complaint Type:

High Grass/Weeds

Problem Location Name:

Problem Address:

2805

Problem Street Direction:

--Choose Option--

Problem Street Name:

Ludlow

Problem Street Type:

Rd

Problem Unit Number:

Problem City:

Cleveland

Problem Zip Code:

44120

Parcel Number:

Census Tract:

1195

Ward Number:

4

Problem Date/Time:

MAC Complaint ID:

Complaint Status:

Resolved

**Complaint Description:**

High grass

**Complainant First Name:**

Clarence

**Complainant Last Name:**

Smith

**Complainant Email:**

tvman52001@yahoo.com

**Complainant Phone:**

0

Admin          Submit New          Update

About | Contacts | Home | Locations | Privacy Policy | Sitemap



10/14/24, 10:43 AM
Cleveland Health



Cleveland Department of Public Health

Search          

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |

Select most relevant option from the dropdown menu, enter a description, and update.
NOTE: Inspections may include multiple outcomes that each require a selection and detailed description.

Complaint Outcome (selection):

Ticketed

Ticket Number:

HLT-

Complaint Outcome (description):

Complaint Outcome (review):

Friday 10th September 2021 10:38:57 AM
Complaint Number: 2021011611
Complaint Outcome: Ticketed
on 9/8/21 violation of code 43

Choose File | No file chosen         Browse

Update       Print

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search      

Logout

close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |

**Complaint Submitted: 2024-08-19 - 11:24AM**

Complaint Number:

2024028225

Complaint Type:

High Grass/Weeds

Problem Location Name:

Problem Address:

2962

Problem Street Direction:

S

Problem Street Name:

Moreland

Problem Street Type:

Blvd

Problem Unit Number:

Problem City:

Cleveland

Problem Zip Code:

44120

Parcel Number:

Census Tract:

Ward Number:

4

Problem Date/Time:

MAC Complaint ID:

Complaint Status:

Resolved

Case: 1:24-cv-01606-JDG  Doc #: 23-3  Filed: 12/06/24  128 of 208.  PageID #: 967

Complaint Description:

Weeds and high grass

Complainant First Name:                    Complainant Last Name:

Complainant Email:                          Complainant Phone:

Admin            Submit New            Update

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search     

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |

Select most relevant option from the dropdown menu, enter a description, and update.

NOTE: Inspections may include multiple outcomes that each require a selection and detailed description.

Complaint Outcome (selection):

Violation Notice Issued

Complaint Outcome (description):

10/14/24, 10:44 AM                                    Cleveland Health

Complaint Outcome (review):

Monday 19th August 2024 11:40:22 AM
Complaint Number: 2024028225
Complaint Outcome: Violation Notice Issued
Complaint Ticket Number: HLT-
4/30/2024

Choose File  No file chosen                              Browse

                                        Update          Print

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search   

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | Outcome | History | Export |

**Complaint Submitted: 2024-10-03 - 12:33PM**

Complaint Number:
2024029684

Complaint Type:
High Grass/Weeds

Problem Location Name:

Problem Address:
2851

Problem Street Direction:
--Choose Option--

Problem Street Name:
Hampton

Problem Street Type:
Rd

Problem Unit Number:

Problem City:
Cleveland

Problem Zip Code:
44120

Parcel Number:

Census Tract:

Ward Number:
4

Problem Date/Time:
9/25/24 12:33 PM

MAC Complaint ID:

Complaint Status:
Resolved

Complaint Description:

Grass/weeds

Complainant First Name:

Complainant Last Name:

Complainant Email:

Complainant Phone:

Admin          Submit New          Update

About | Contacts | Home | Locations | Privacy Policy | Sitemap





Cleveland Department of Public Health

Search     [ ... ]

Logout
close session

# Complaint Dashboard - Environment

This FORM is currently live and should only be used by staff who have been trained.

| Complaint | Inspection | **Outcome** | History | Export |

Select most relevant option from the dropdown menu, enter a description, and update.
NOTE: Inspections may include multiple outcomes that each require a selection and detailed description.

Complaint Outcome (selection):

Violation Notice Issued

Complaint Outcome (description):

Complaint Outcome (review):

Thursday 3rd October 2024 01:11:44 PM
Complaint Number: 2024029684
Complaint Outcome: Violation Notice Issued
Complaint Ticket Number: HLT-
9/25/24

Choose File   No file chosen                    Browse

                                    Update          Print

About | Contacts | Home | Locations | Privacy Policy | Sitemap



# C002616-101124 - City - Public Records Request

## Message History (2)

✉ On 10/11/2024 11:51:14 AM, Cleveland Public Records Center wrote:

Dear Olivia James,

Thank you for your interest in public records of the City of Cleveland. Your request has been received and is being processed in accordance with the Ohio Sunshine laws. Your request was received in this office on 10/11/2024 and has been given the reference number C002616-101124 for tracking purposes.

Records Requested: **For the multifamily properties at 2621, 2622, 2630, 2635, 2636, 2642, 2653 N. Moreland Boulevard, 2805 S Ludlow Road, 2822, 2825, 2843, 2870, 2880 S. Moreland Boulevard, and 2851 Hampton Road, please provide the following information:**

**• Please provide records confirming the subject Property's connection to public water and sewer systems.**
**• Please provide records confirming the subject Property's date of connection to public water and sewer systems.**
**• Please provide records confirming the status of any groundwater beneath the Property, as well as its use (if applicable).**

Your request will be forwarded to the relevant City department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The public records law does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Cleveland Public Records Center.

City of Cleveland - Public Records





Ohio.gov | Department of Commerce

Ohio Tank Tracking & Environmental Regulations

### Existing User

Username
(Owner Id):

Password:

Submit                    Forgot Password?

| **Inquiry** | Registrations | Public Information Request | Red Tag Information | County Map |

#### Facility / Corrective Action Search

Welcome to the BUSTR Public Inquiry page. It is BUSTR policy to make the fullest possible disclosure of information without unjustifiable expense or unnecessary delay to any requester. If additional information is required, please click on the "Public Information Request" tab. Before making a request, please make sure the information you seek is not already available on the BUSTR website (e.g., complete list of active registered facilities or active releases).

#### Instructions

Enter the known information and click the "Search" button. You may sort the results in ascending or descending order by clicking on any of the column headers.
To do another search, click the "Reset" button.

##### Search

| | | | |
|---|---|---|---|
| Owner Name | | County | -- Any -- |
| Facility ID | | Facility Name | |
| Address | hampton | City | cleveland |
| Zip | 44120 | State | -- Any -- |
| Local Fire Department | -- Any -- | Tank Status | All |
| Release # | | Old Incident # | |

Search   Download Results In Excel   Reset

#### Facility Search Results

⏮ ◀ 1/1 ▶ ⏭   10

No results found. Please modify your search criteria.

BUSTR Acronyms and Definitions

Commerce Home    Press Room    Forms    CPI Policy    Privacy Statement    Public Records Request Policy    Disclaimer    Employment    Contacts

Copyrights © BUSTR - State Fire Marshal, A division of ODOC, All Rights Reserved.



**Existing User**

Username
(Owner Id):

Password:

Submit                    Forgot Password?

| Inquiry | Registrations | Public Information Request | Red Tag Information | County Map |

### Facility / Corrective Action Search

Welcome to the BUSTR Public Inquiry page. It is BUSTR policy to make the fullest possible disclosure of information without unjustifiable expense or unnecessary delay to any requester. If additional information is required, please click on the "Public Information Request" tab. Before making a request, please make sure the information you seek is not already available on the BUSTR website (e.g., complete list of active registered facilities or active releases).

### Instructions

Enter the known information and click the "Search" button. You may sort the results in ascending or descending order by clicking on any of the column headers.
To do another search, click the "Reset" button.

#### Search

| | | | |
|---|---|---|---|
| Owner Name | | County | -- Any -- |
| Facility ID | | Facility Name | |
| Address | ludlow | City | cleveland |
| Zip | 44120 | State | -- Any -- |
| Local Fire Department | -- Any -- | Tank Status | All |
| Release # | | Old Incident # | |

Search    Download Results In Excel    Reset

### Facility Search Results

|◀◀ ◀  1/1  ▶ ▶▶   10 |

No results found. Please modify your search criteria.

BUSTR Acronyms and Definitions

Commerce Home    Press Room    Forms    CPI Policy    Privacy Statement    Public Records Request Policy    Disclaimer    Employment    Contacts

Copyrights © BUSTR - State Fire Marshal, A division of ODOC, All Rights Reserved.



**Ohio**.gov | Department of Commerce

### Existing User

Username
(Owner Id):

Password:

Submit                     Forgot Password?

Ohio Tank Tracking & Environmental Regulations

| Inquiry | Registrations | Public Information Request | Red Tag Information | County Map |

**Facility / Corrective Action Search**

Welcome to the BUSTR Public Inquiry page. It is BUSTR policy to make the fullest possible disclosure of information without unjustifiable expense or unnecessary delay to any requester. If additional information is required, please click on the "Public Information Request" tab. Before making a request, please make sure the information you seek is not already available on the BUSTR website (e.g., complete list of active registered facilities or active releases).

**Instructions**

Enter the known information and click the "Search" button. You may sort the results in ascending or descending order by clicking on any of the column headers.
To do another search, click the "Reset" button.

**Search**

| | | | |
|---|---|---|---|
| Owner Name | | County | -- Any -- |
| Facility ID | | Facility Name | |
| Address | moreland | City | cleveland |
| Zip | 44120 | State | -- Any -- |
| Local Fire Department | -- Any -- | Tank Status | All |
| Release # | | Old Incident # | |

Search    Download Results In Excel    Reset

**Facility Search Results**

⏮ ◀ 1/1 ▶ ⏭   10

| Facility | Owner Business Name | Address | City | Zip | County | Date Reported | Release Number | Old Incident ID | Tar |
|---|---|---|---|---|---|---|---|---|---|
| 18000074 (SHAKER SQUARE MARATHON) | MAHMOUD SABTI | 2781 S MORELAND BLVD | CLEVELAND | 44120 | Cuyahoga | 7/29/1997 | N00001 | 187105601.0 | Active |
| 18000074 (SHAKER SQUARE MARATHON) | MAHMOUD SABTI | 2781 S MORELAND BLVD | CLEVELAND | 44120 | Cuyahoga | 6/16/2014 | N00002 | | Active |

2 Results listed.

BUSTR Acronyms and Definitions

Copyrights © BUSTR - State Fire Marshal, A division of ODOC. All Rights Reserved.



Spills as Reported to Ohio EPA (Previous Years)
14101 South Woodland Road
https://data-oepa.opendata.arcgis.com/datasets/d01003f57c5a44e9970e7a6bcc36149f_1/explore



Spills as Reported to Ohio EPA Currenet Year)
14101 South Woodland Road
https://data-oepa.opendata.arcgis.com/datasets/467432b6916d4abdb56c91fff022b9f1_0/explore



Spills as Reported to Ohio EPA (Previous Years)
2621, 2622, 2630, 2635, 2636, 2642, 2653 N. Moreland Boulevard, 2805 S Ludlow Road
2822, 2825, 2843, 2870, 2880 S. Moreland Boulevard
2851 Hampton Road
https://data-oepa.opendata.arcgis.com/datasets/d01003f57c5a44e9970e7a6bcc36149f_1/explore



Spills as Reported to Ohio EPA (Current Year)
2621, 2622, 2630, 2635, 2636, 2642, 2653 N. Moreland Boulevard, 2805 S Ludlow Road
2822, 2825, 2843, 2870, 2880 S. Moreland Boulevard
2851 Hampton Road
https://data-oepa.opendata.arcgis.com/datasets/d01003f57c5a44e9970e7a6bcc36149f_1/explore



City of Cleveland Citizen Portal

clevelandohio.gov

Register for an Account    Login

Search...

**Home**   Building & Housing   **Assessments and Licenses**   **Public Health**   **Public Safety**   more ▾

### Search Building Records

## Search for Records

Enter information below to search for records.
- Site Address
- Contractor License Information
- Parcel Number
- Record Information
- Contact Information

Select the search type from the drop-down list.

## General Search

General Search

☐ Search All Records

**Record Number:**

**Record Type:**
--Select--

**Project Name:**

**Start Date:**
09/11/2024

**End Date:**
10/11/2024

**License Type:**
--Select--

**State License Number:**

**First:**

**Last:**

**Name of Business:**

**Business License #:**

**Street No.:**
2851 - To

**Direction:**
--Select--

**Street Name:**
hampton

**Street Type:**
RD

**Unit Type:**
--Select--

**Unit No.:**

**Parcel No.:**

**City:**

**State:**

**Zip:**

Country:

--Select--

Search    Clear

**1 Record results matching your search results**

Click any of the results below to view more details.

Showing 1–1 of 1 | Download results

| | Date | Record Number | Action | Record Type | Address | Project Name | Status |
|---|---|---|---|---|---|---|---|
| ☐ | 09/16/2024 | **24TMP-028274** | | Rental Registration | 2851 Hampton RD, Cleveland OH 44120 | | |

2023 City of Cleveland All Rights Reserved



City of Cleveland Citizen Portal

clevelandohio.gov

Register for an Account    Login

Search...

**Home**    Building & Housing    **Assessments and Licenses**    **Public Health**    **Public Safety**    more ▼

### Search Building Records

## Search for Records

Enter information below to search for records.

- Site Address
- Contractor License Information
- Parcel Number
- Record Information
- Contact Information

Select the search type from the drop-down list.

## General Search

| General Search |
|---|

☐ Search All Records

**Record Number:**

**Record Type:**
--Select--

**Project Name:**

**Start Date:**
09/11/2024

**End Date:**
10/11/2024

**License Type:**
--Select--

**State License Number:**

**First:**

**Last:**

**Name of Business:**

**Business License #:**

**Street No.:**
2805 - To

**Direction:**
--Select--

**Street Name:**
ludlow

**Street Type:**
RD

**Unit Type:**
--Select--

**Unit No.:**

**Parcel No.:**

**City:**

**State:**

**Zip:**

Country:

--Select--

Search    Clear

**Notice:**
Your search returned no results. Please modify your search criteria and try again.

2023 City of Cleveland All Rights Reserved

| Date | Record Number | Record Type | Address | Project Name | Status |
|------|---------------|-------------|---------|--------------|--------|
| 10/9/2024 | 24TMP-031425 | Rental Registration | 2934 S Moreland BLVD, Cleveland OH 44120 | | |
| 10/1/2024 | E24027823 | Com Electrical | 2934 S Moreland Blvd, Cleveland OH 44120 | | Issued |
| 9/17/2024 | RR24-07089 | Rental Registration | 2646 N Moreland Blvd, Cleveland OH 44120 | | Additional Info Required |
| 9/16/2024 | V24026101 | Building Violation | 3030 S Moreland Blvd, Cleveland OH 44120 | | Post&Photo (NC) |
| 9/16/2024 | RR24-07141 | Rental Registration | 2653 N Moreland BLVD, Cleveland OH 44120 | | Additional Info Required |
| 9/16/2024 | RR24-07142 | Rental Registration | 2642 N Moreland BLVD, Cleveland OH 44120 | | Additional Info Required |
| 9/16/2024 | RR24-07143 | Rental Registration | 2822 S Moreland BLVD, Cleveland OH 44120 | | Additional Info Required |
| 9/16/2024 | 24TMP-028188 | Rental Registration | 2880 S Moreland BLVD, Cleveland OH 44120 | | |
| 9/16/2024 | 24TMP-028202 | Rental Registration | 2635 N Moreland BLVD, Cleveland OH 44120 | | |
| 9/16/2024 | 24TMP-028257 | Rental Registration | 2630 N Moreland BLVD, Cleveland OH 44120 | | |
| 9/16/2024 | 24TMP-028261 | Rental Registration | 2636 N Moreland BLVD, Cleveland OH 44120 | | |
| 9/16/2024 | 24TMP-028264 | Rental Registration | 2622 N Moreland BLVD, Cleveland OH 44120 | | |

 Outlook

---

**24.0709.1 Shaker Heights Records Request Responses**

---

**From** Olivia James <OJames@ArmadaAnalytics.com>

**Date** Tue 10/22/2024 4:44 PM

**To** Randy Davis <RDavis@ArmadaAnalytics.com>

**Cc** Sue Gehrke <SGehrke@ArmadaAnalytics.com>; Barbara Bennett <BBennett@ArmadaAnalytics.com>

---

Hello!

Here are all of the record request responses for 24.0709.1 Shaker Heights.

**Fire Officials:**

On October 11th, 2024, a Freedom of Information Act (FOIA) request was sent to the City of Shaker Heights Fire Department and the City of Cleveland Fire and Emergency Services Division requesting information pertaining to fire code inspections and possible violation issues, USTs, ASTs, and the use of hazardous materials at the Property. It is unclear whether the property receives annual fire inspections or not. The municipality provided records pertaining to sprinkler inspections and repairs for the Cleveland addresses. There are currently no open fire code violations at the Property (address 14101 S Woodland Boulevard). The municipality did not have documents responsive to any USTs, ASTs, and the use of hazardous materials on the Property. The municipality's response is attached in the Appendix of this report.

**Building Department:**

On October 11th, 2024, a Freedom of Information Act (FOIA) request was sent to the City of Shaker Heights Building Department and the City of Cleveland Building and Housing Department requesting information pertaining to building code inspections and open code violations and/or permits, Certificates of Occupancy, and any available information related to the installation or removal permits associated with USTs, knowledge of hazardous materials use, spills leaks or other similar circumstances of environmental concern at the Property. For all addresses located within the City of Cleveland, there were no open Building Code Violations per the online search performed using the City of Cleveland Citizen Portal. Other information for these addresses and all information for the Property located in the City of Shaker Heights is pending receipt at this time. The FOIA request letter has been reproduced and included in the Appendix of this report. If results that would materially alter the conclusions or recommendations of this report are received this information will be forwarded at that time.

**Zoning Department:**

The Property is zoned MF (14101 South Woodland Road) by the City of Shaker Heights and MF-E2, LR-E2 (2630, 2635, 2636, 2642, 2653 N. Moreland, Boulevard, 2805 S Ludlow Road, 2822, 2825, 2843, 2870, 2880 S. Moreland Boulevard, 2851 Hampton Road) by the City of Cleveland. On October 11th, 2024, a search for open zoning code violations at the Property was performed using the City of Cleveland Citizen Portal. For all addresses located within the City of Cleveland, there were no open Building Code Violations per the online search performed using the City of Cleveland Citizen Portal. On October 11th, 2024, a Freedom of Information Act (FOIA) request was sent to the City of Shaker Heights Planning Department requesting information pertaining to open zoning code violations and/or notices of deficiency and confirmation of the current zoning designation. At this time, Armada Analytics, Inc. has not received any information regarding the records requested. The FOIA request letter has been reproduced

---

and included in the Appendix of this report. If results that would materially alter the conclusions or recommendations of this report are received this information will be forwarded at that time.

**County Auditor:**

On October 11th, 2024, a search for online records pertaining to environmentally related liens or deed restrictions was performed using the County of Cuyahoga Real Property Department online search. No responsive records were located in the online search. The results of the search are attached in the Appendix of this report.

**Health Department:**

On October 11th, 2024, a FOIA request was submitted to the City of Cleveland Public Health Department via the online records request system requesting information pertaining to health code inspections and possible violation issues for the addresses located in the City of Cleveland . At this time, Armada Analytics, Inc. has not received any information regarding the records requested. The FOIA request letter has been reproduced and included in the Appendix of this report. If results that would materially alter the conclusions or recommendations of this report are received this information will be forwarded at that time. On October 11th, 2024, a FOIA request was submitted to the City of Shaker Heights Health Department via the online records request system requesting information pertaining to health code inspections and possible violation issues for 14101 S Woodland Road. The municipality noted that there were no records related to USTs, ASTs, spills, wells, or septic tanks. The municipality's response is attached in the Appendix of this report.

**State Agencies (EPA/BUSTR/Fire Marshal):**

On October 11th, 2024, a search for records pertaining to USTs, ASTs, the use of hazardous materials, and wells and/or septic systems at the Property was performed using the Ohio State Fire Marshal and Ohio Environmental Protection Agency website. There were no responsive records or information located via the search. The search results are saved in the Appendix of this report.

**Utility Providers (Electric):**

On October 11th, 2024 a request was sent to the City of Cleveland Department of Public Power and the City of Shaker Heights Public Works Department regarding the ownership and operation responsibility of the transformers on the Property, as well as their PCB status. At this time, Armada Analytics, Inc. has not received any information regarding the records requested. The request letter has been reproduced and included in the Appendix of this report. If results that would materially alter the conclusions or recommendations of this report are received this information will be forwarded at that time.

**Public Water and Sewer Providers:**

On October 11th, 2024, a request was sent to the City of Cleveland Public Utilities Department and the City of Shaker Heights Public Works Department regarding the water and sewer connections on the Property as well as the status of any groundwater beneath the Property. At this time, Armada Analytics, Inc. has not received any information regarding the records requested. The request letter has been reproduced and included in the Appendix of this report. If results that would materially alter the conclusions or recommendations of this report are received this information will be forwarded at that time.
-----------

Let me know if there are any questions!

Best,

**Olivia James**    (864) 751-4017

Zoning Analyst II    Greenville, SC



**The county of
Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| CBRE CAPITAL MARKETS INC ETAL, HATZONE ONE LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/ <em>13</ em>/2018 | 201812130371 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201901240277 |
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| 2621 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199007 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506229003 |
| HATZ ONE LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/ <em>13</ em>/2018 | 201812130370 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201901240277, 202102020138 |
| HATZ ONE LLC, FEDERAL HOME LOAN MORTGAGE CORP, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249014 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201812139004 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| 2621 NM LLC ETAL, 2630 NM LLC, 2635 NM LLC, | CITIBANK, | MORTGAGE | 10/9/2008 | 200810090347 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 23, Subdivision-Lot: 422, Survey- , | 144-13-011 | KEMPER, OHIO | 200610040825 |
| RYSAR PROPS INC, | OHIO BELL TELEPHONE CO DBA, SBC INC, | DEED - EASEMENT | 3/6/2003 | 200303060266 | --/--/-- | Subdivision-Town: 100 ACRE Lot: B, Subdivision-Lot: 422, Survey- , | 144-13-011 | OHIO | |
| I & R PROPS AGT,ETAL, LARCHMERE APTS /AGT, | MACKE LAUNDRY SERV, | LEASE | 5/27/1997 | 00495429 | --/4851/30 | Subdivision-Town: 100 ACRE Lot: 11, Subdivision-Lot: 430, Survey- , | 144-13-011 | N MORELAND BLVD, OHIO | |
| 2621 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190278 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506230114 |
| LARCHMERE VANAKEN PART LLC PART, | RYSAR PROPS INC, | DEED | 10/18/2002 | 200210181107 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 23, Subdivision-Lot: 422, Survey- , | 144-13-011 | KEMPER, OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| VAN AKEN PARTNERS LLC LOT SPLIT, | | ADDITIONAL PLAT MAP 20 IN LENGTH | 9/4/2002 | 200209042399 | --/--/-- | | 144-13-011 | OHIO | |
| DOLLAR BK, | 2621 NM LLC, | TERMINATION | 6/22/2015 | 201506229003 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201302199007 |
| FEDERAL HM LN MORT CORP ETAL, HATZ ONE LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240277 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008 | OHIO, OHIO, OHIO | 201812130370, 201812130371 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ ONE LLC, | DEED | 12/10/2018 | 201812100297 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 202407110127, 202407110133, 200608290822, 200610040824, 200706250753 |
| LARCHMERE VAN AKEN PARTNERS LLC, | 2621 NM LLC, | DEED | 10/4/2006 | 200610040824 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 23, Subdivision-Lot: 422, Survey- , | 144-13-011 | KEMPER, OHIO | 201812100296, 201812100297 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|------------------|------------------|-----------|------------------|-----------|
| OHIO DEPARTMENT OF BUILDING & HOUSING, HATZ ONE LLC, | NONE, | AFFIDAVIT | 7/11/2024 | 202407110133 | --/--/-- | | 144-13-011 | 2621 N Moreland BLVD, Cleveland, OHIO, 44120 | 201812100297 |
| 2621 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190277 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506230115 |
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| HATZ ONE LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/<em>13</em>/2018 | 201812139004 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201901249014 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|--------------------|------------------|-----------|------------------|-----------|
| LARCHMERE APTS PART, | LARCHMERE APTS LTD, | DEED - QUIT CLAIM | 4/8/1996 | 00220819 | --/3001/20 | Subdivision-Town: 100 ACRE Lot: 11, Subdivision-Lot: 430, Survey- , | 144-13-011 | N MORELAND BLVD, OHIO | |
| CITIBANK, | 2621 NM LLC ETAL, 2635 NM LLC, | RELEASE SATISFACTION | 8/3/2011 | 201108030001 | --/--/-- | | 144-13-012, 144-13-011 | OHIO, OHIO | 200610040825 |



**The county of Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| HATZ ONE LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/ <em>13</ em>/2018 | 201812139004 | --/--/-- | | 144-13-011, 144-13-010, 144-13-010 | OHIO, OHIO, OHIO | 201901249014 |
| LAMAR PROPS PART, | BIM PROPS INC, | DEED | 1/12/1994 | 00696741 | --/367/14 | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey-, | 144-13-010 | N MORELAND BLVD, OHIO | |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190281 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230110 |
| US BANK TR, | HATZ ONE LLC, | TERMINATION | 1/7/2021 | 202101079012 | --/--/-- | | 144-13-008, 144-13-010 | OHIO, OHIO | |
| PK WADSWORTH HEATING & COOLING INC, | REAL GREEN MANAGEMENT, | MECHANIC'S LIEN | 1/24/2019 | 201901240395 | --/--/-- | | 144-13-010 | OHIO | 201911250268 |
| 2636 NM LLC, | CITIBANK, | MORTGAGE | 10/9/2008 | 200810090348 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey-, | 144-13-010 | N MORELAND BLVD, OHIO | 200708310783 |
| 2636 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199009 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506239002 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| DOLLAR BK, | 2636 NM LLC, | TERMINATION | 6/23/2015 | 201506239002 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201302199009 |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190282 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230112 |
| CBRE CAPITAL MARKETS INC ETAL, HATZONE ONE LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/<em>13</em>/2018 | 201812130371 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201901240277 |
| M C LTD PART, | TENNEY KATHRYN F TR, | DEED | 10/10/1978 | 00330397 | --/14860/135 | | 144-13-010 | OHIO | |
| FEDERAL HM LN MORT CORP ETAL, HATZ ONE LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240277 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008 | OHIO, OHIO, OHIO | 201812130370, 201812130371 |
| OHIO DEPARTMENT OF BUILDING & HOUSING, HATZ ONE LLC, | NONE, | AFFIDAVIT | 7/11/2024 | 202407110127 | --/--/-- | | 144-13-010 | 2622 N Moreland BLVD, Cleveland, OHIO, 44120 | 201812100297 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ ONE LLC, | DEED | 12/10/2018 | 201812100297 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 202407110127, 202407110133, 200608290822, 200610040824, 200706250753 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| K R I NORTH MORELAND APTS LTD, | AG L NORTH MORELAND LLC, | DEED | 11/27/2000 | 200011270831 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | |
| CITIBANK ETAL, 2636 NM LLC, | ONEWEST BANK, | ASSIGNMENT | 8/27/2012 | 201208279003 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708319004 |
| ONEWEST BANK, | 2636 NM LLC, | RELEASE SATISFACTION | 4/2/2013 | 201304020501 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708310783 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| LEWIS MICHAEL, | HATZ ONE LLC, | MECHANIC'S LIEN | 3/21/2019 | 201903210409 | --/--/-- | | 114-13-008, 144-13-010 | OHIO, OHIO | 202205040676 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SCHULMAN HOWARD B TR, | BRUDNO EUGENE ETAL, KRANTZ MORTON, SHANKMAN SAM, | DEED | 1/15/1976 | 00924833 | --/14210/309 | Subdivision- Town: 100 ACRE Lot: 9, Subdivision- Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | |
| 2636 NM LLC, | CITIBANK, | FIXTURE CROSS INDEX REAL ESTAT | 8/31/2007 | 200708319004 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 9, Subdivision- Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | 200708310783, 201208279003 |
| HATZ ONE LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/ <em>13</ em>/2018 | 201812130370 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201901240277, 202102020138 |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| BIM PROPS INC, | K R I NORTH MORELAND APTS, | DEED | 7/22/1999 | 199907220539 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | |
| 2636 NM LLC, | CITIBANK, | MORTGAGE | 8/31/2007 | 200708310783 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | 200708319004, 200810090348, 201101310156, 201304020501 |
| HATZ ONE LLC, FEDERAL HOME LOAN MORTGAGE CORP, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249014 | --/--/-- | | 144-13-011, 144-13-008, 144-13-010 | OHIO, OHIO, OHIO | 201812139004 |
| AG L NORTH MORELAND LLC, | 2622 MORELAND LLC, | DEED | 6/25/2007 | 200706250753 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 9, Subdivision-Lot: 422, Survey- , | 144-13-010 | N MORELAND BLVD, OHIO | 201812100297 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile



The county of
**Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SUBSIDIARY LLC, | HATZ FOUR LLC, | DEED | 12/10/2018 | 201812100300 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 200411240415, 201009280193, 202011060165, 201506010131 |
| BG PERSONNEL LP /AGT,ETAL, BERNSTEIN CRAIG A AGT, | CLEVELAND 3 LLC DBA,ETAL, NINETEEN 12 APARTMENTS, | MECHANIC'S LIEN | 8/4/2022 | 202208040301 | --/--/-- | | 731-14-012, 144-09-013, 144-10-013 | OHIO, OHIO, OHIO | |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/13/2018 | 201812130383 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 201901240275 |
| US BANK, | HATZ FOUR LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020139 | --/--/-- | | 144-09-013, 731-14-012 | OHIO, OHIO | 201812130382, 201901240275 |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| HATZ FOUR LLC, | FEDERAL HM LN MORT CORP ETAL, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/13/2018 | 201812139007 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 202101079013, 201901249012 |
| HATZ FOUR LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/13/2018 | 201812130382 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 201901240275, 202102020139 |
| HATZ FOUR LLC, | CLEVELAND 3 LLC, | DEED | 11/6/2020 | 202011060165 | --/--/-- | | 731-14-012, 144-09-013 | OHIO, OHIO | 202407110128, 202407110130, 201812100300 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | –/–/– | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | –/–/– | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | –/–/– | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL HM LN MORT CORP ETAL, HATZ FOUR LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240275 | --/--/-- | | 731-14-012, 144-10-013 | OHIO, OHIO | 201812130383, 201812130382, 202102020139 |
| US BANK TR, | HATZ FOUR LLC, | TERMINATION | 1/7/2021 | 202101079013 | --/--/-- | | 731-14-012, 144-10-013 | OHIO, OHIO | 201812139007 |
| SCHNEIDER HIRSH GRETCHEN, | FISHER JOHN E, | DEED | 12/15/1976 | 00050158 | --/14421/511 | Subdivision- Town: 100 ACRE Lot: 186, Subdivision- Lot: 430, Survey- , | 731-14-012 | S WOODLAND , OHIO | |
| FISHER JOHN E, | J D S INVEST PART, | DEED - QUIT CLAIM | 12/15/1978 | 00361612 | --/14886/77 | | 731-14-012 | OHIO | |
| KING DAVID M, KING SUSAN J, | PARK VIEW FED SAV BK, | MORTGAGE | 10/31/1994 | 00898049 | --/10277/25 | Subdivision- Town: 100 ACRE Lot: 186, Subdivision- Lot: 430, Survey- , | 731-14-012 | S WOODLAND, OHIO | 200411240474 |
| HIRSH RALPH E DEC,ETAL, HIRSH WILLARD EXR, | FISHER JOHN E, | DEED | 12/15/1976 | 00050157 | --/14421/509 | Subdivision- Town: 100 ACRE Lot: 186, Subdivision- Lot: 430, Survey- , | 731-14-012 | S WOODLAND , OHIO | |
| DOLLAR BK, | 14101 S WOODLAND LLC, | TERMINATION | 7/1/2015 | 201507019010 | --/--/-- | | 731-14-012 | OHIO | 201302199006 |
| 14101 S WOODLAND LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199006 | --/--/-- | | 731-14-012 | OHIO | 201507019010 |
| 14101 S WOODLAND LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190275 | --/--/-- | | 731-14-012 | OHIO | 201506230107 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| KING DAVID M, KING SUSAN J, | PARK VIEW FED SAV BK, | MORTGAGE | 10/31/1994 | 00898050 | --/10277/30 | Subdivision-Town: 100 ACRE Lot: 186, Subdivision-Lot: 430, Survey- , | 731-14-012 | S WOODLAND, OHIO | |
| 14101 S WOODLAND LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190276 | --/--/-- | | 731-14-012 | OHIO | 201506230113 |
| KING DAVID M ETAL, KING SUSAN J, | 14101 S WOODLAND LLC, | DEED | 9/28/2010 | 201009280193 | --/--/-- | | 731-14-012 | OHIO | 201812100300 |
| J D S INVEST PART, | SHAKER LAKES APT ASSOC LTD PART, | DEED | 12/15/1978 | 00361613 | --/14886/79 | | 731-14-012 | OHIO | |
| SHAKER LAKES APT ASSOC LTD PART, | KING DAVID M ETAL, KING SUSAN J, | DEED | 12/15/1978 | 00361614 | --/14886/81 | | 731-14-012 | OHIO | |



**The county of Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREENBERG STEVEN, | 2635 NM LLC, | DEED | 10/4/2006 | 200610040822 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey- , | 144-13-012 | N MORELAND BLVD, OHIO | 201812100298 |
| 2621 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190278 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506230114 |
| HATZ TWO LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/ <em>13</ em>/2018 | 201812139005 | --/--/-- | | 144-13-012, 144-13-006, 144-13-007, 144-13-014 | OHIO, OHIO, OHIO | 202101079011, 201901249011 |
| 2630 NM LLC ETAL, 2635 NM LLC, | 2621 NM LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010132 | --/--/-- | | 144-13-012 | OHIO | |
| DOLLAR BK, | 2621 NM LLC, | TERMINATION | 6/22/2015 | 201506229003 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201302199007 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION ETAL, CBRE CAPITALS MARKETS INC, | HATZ TWO LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020140 | --/--/-- | | 144-13-007, 144-13-014, 144-13-006, 144-13-012 | OHIO, OHIO, OHIO, OHIO | 201812130375 |
| 1ST CHOICE ROOFING COMPANY, | HATZ TWO LLC, | MECHANIC'S LIEN | 4/14/2020 | 202004140318 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202209150391 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| GREENBERG FUCHS ASSOC PART,ETAL, GREENBERG STEVEN, GREENBERG EDITH, FUCHS SIMON, FUCHS SHURA, | METROPOLITAN SAV BK OF CLEVE, | MORTGAGE | 2/28/1992 | 00215810 | --/21415/37 | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey- , | 144-13-012 | N MORELAND, OHIO | |
| 2621 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199007 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506229003 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ TWO LLC, | DEED | 12/10/2018 | 201812100298 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 200610040823, 200610040822, 200608290822, 201007130404, 201506010131 |
| FUCHS SIMON, | 2630 NM LLC, | DEED | 10/4/2006 | 200610040823 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey- , | 144-13-012 | N MORELAND BLVD, OHIO | 201812100298 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL HM LN MORT CORP ETAL, HATZ TWO LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240274 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812130375, 201812130376 |
| 2621 NM LLC ETAL, 2635 NM LLC, 2630 NM LLC, | CITIBANK, | MORTGAGE | 10/4/2006 | 200610040825 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey-, | 144-13-012 | N MORELAND BLVD, OHIO | 200810090347, 201108030001 |
| L & M REALTY CORP, | GREENBERG FUCHS ASSOC PART, | DEED | 8/28/1987 | 00464442 | --/75802/6 | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey-, | 144-13-012 | N MORELAND BLVD, OHIO | |
| 2621 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190277 | --/--/-- | | 144-13-011, 144-13-012 | OHIO, OHIO | 201506230115 |
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/<em>13</em>/2018 | 201812130376 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201901240274 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREENBERG FUCHS ASSOCIATES PART, | GREENBERG STEVEN ETAL, FUCHS SIMON, | DEED - QUIT CLAIM | 10/4/2006 | 200610040821 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey- , | 144-13-012 | N MORELAND BLVD, OHIO | |
| HATZ TWO LLC, FEDERAL HM LN MORT CORP ETAL, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249011 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812139005 |
| HATZ TWO LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/ <em>13</em>/2018 | 201812130375 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202102020140, 201901240274 |
| CITIBANK, | 2621 NM LLC ETAL, 2635 NM LLC, | RELEASE SATISFACTION | 8/3/2011 | 201108030001 | --/--/-- | | 144-13-012, 144-13-011 | OHIO, OHIO | 200610040825 |
| GREENBERG FUCHS ASSOC PART,ETAL, GREENBERG STEVEN, GREENBERG EDITH, FUCHS SIMON, FUCHS SHURA, | METROPOLITAN SAV BK, | MORTGAGE | 2/28/1992 | 00215809 | --/21415/10 | Subdivision-Town: 100 ACRE Lot: 12, Subdivision-Lot: 430, Survey- , | 144-13-012 | N MORELAND, OHIO | 200202130325 |



The county of **Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| 2636 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199009 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506239002 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ TWO LLC, | DEED | 12/10/2018 | 201812100298 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 200610040823, 200610040822, 200608290822, 201007130404, 201506010131 |
| FEDERAL HM LN MORT CORP ETAL, HATZ TWO LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240274 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812130375, 201812130376 |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190281 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230110 |
| DOLLAR BK, | 2636 NM LLC, | TERMINATION | 6/23/2015 | 201506239002 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201302199009 |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190282 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230112 |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/<em>13</em>/2018 | 201812130376 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201901240274 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| HATZ TWO LLC, FEDERAL HM LN MORT CORP ETAL, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249011 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812139005 |
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-13-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| CITIBANK ETAL, 2636 NM LLC, | ONEWEST BANK, | ASSIGNMENT | 8/27/2012 | 201208279003 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708319004 |
| WARGO WILLIAM A ETAL, WARGO KATHERINE, | WARGO EDWARD H, | DEED | 10/15/1976 | 00027394 | --/14401/387 | Subdivision-Town: 100 ACRE Lot: 6, Subdivision-Lot: 422, Survey- , | 144-13-007 | N MORELAND BLVD , OHIO | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION ETAL, CBRE CAPITALS MARKETS INC, | HATZ TWO LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020140 | --/--/-- | | 144-13-007, 144-13-014, 144-13-006, 144-13-012 | OHIO, OHIO, OHIO, OHIO | 201812130375 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| TWENTY SIX THIRTY SIX NORTH MORELAND PART, | MOLNAR PETER, MOLNAR JOLAN, SAGVARI EMMA, STERNBERG ANDREW ETAL, | DEED | 8/2/1978 | 00297629 | --/14830/945 | | 144-13-007 | OHIO | |
| HATZ TWO LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/ <em>13</em>/2018 | 201812130375 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202102020140, 201901240274 |
| WARGO EDWARD H, | TWENTY SIX THIRTY SIX NORTH MORELAND PART, | DEED | 8/1/1977 | 00138956 | --/14601/173 | Subdivision-Town: 100 ACRE Lot: 6, Subdivision-Lot: 422, Survey- , | 144-13-007 | N MORELAND BLVD, OHIO | |
| ONEWEST BANK, | 2636 NM LLC, | RELEASE SATISFACTION | 4/2/2013 | 201304020501 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708310783 |
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 11/ <em>13</em>/2006 | 200611131368 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 6, Subdivision- Lot: 422, Survey- , | 144-13-007 | N MORELAND BLVD, OHIO | 200709100919 |
| 1ST CHOICE ROOFING COMPANY, | HATZ TWO LLC, | MECHANIC'S LIEN | 4/14/2020 | 202004140318 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202209150391 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL DEV CO PART, | MARON RICHARD D ETAL, EIGENFELD JUDITH S, MARON PAUL, MARON PHYLLIS, | DEED | 5/21/1987 | 00407563 | --/73329/2 | Subdivision-Town: 100 ACRE Lot: 6, Subdivision-Lot: 422, Survey- , | 144-13-007 | N MORELAND BLVD, OHIO | |
| US BANK TR, | HATZ TWO LLC, | TERMINATION | 1/7/2021 | 202101079011 | --/--/-- | | 144-13-006, 144-13-007 | OHIO, OHIO | 201812139005 |
| HATZ TWO LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/ <em>13</em>/2018 | 201812139005 | --/--/-- | | 144-13-012, 144-13-006, 144-13-007, 144-13-014 | OHIO, OHIO, OHIO | 202101079011, 201901249011 |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |



**The county of Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| 2636 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199009 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506239002 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ TWO LLC, | DEED | 12/10/2018 | 201812100298 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 200610040823, 200610040822, 200608290822, 201007130404, 201506010131 |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190281 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230110 |
| COMMERCIAL DEV CO PART, | MARON RICHARD D ETAL, MARON PAUL, MARON PHYLLIS, EIGENFELD JUDITH S, | DEED | 3/23/1987 | 00372419 | --/71789/32 | Subdivision-Town: 100 ACRE Lot: 5, Subdivision-Lot: 422, Survey- , | 144-13-006 | N MORELAND BLCD, OHIO | 00369941 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION ETAL, CBRE CAPITALS MARKETS INC, | HATZ TWO LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020140 | --/--/-- | | 144-13-007, 144-13-014, 144-13-006, 144-13-012 | OHIO, OHIO, OHIO, OHIO | 201812130375 |
| MRN LTD PART PART, | US BK, | MORTGAGE | 11/1/2002 | 200211011107 | --/--/-- | Subdivision-Town: 100 ACRE Lot: *5, Subdivision-Lot: 422, Survey- , | 144-13-006 | MORELAND BLVD, OHIO | 200211019025, 200412080826, 200706131071, 200708310782, 200801070644 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| DOLLAR BK, | 2636 NM LLC, | TERMINATION | 6/23/2015 | 201506239002 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201302199009 |
| 2636 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190282 | --/--/-- | | 144-13-010, 144-13-008, 144-13-007, 144-13-006 | OHIO, OHIO, OHIO, OHIO | 201506230112 |
| HATZ TWO LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/<em>13</em>/2018 | 201812130375 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202102020140, 201901240274 |
| COMMERCIAL DEV CO PART, | MARON RICHARD D ETAL, EIGENFELD JUDITH S, MARON PAUL, MARON PHYLLIS, | DEED | 3/18/1987 | 00369941 | --/71680/45 | Subdivision-Town: 100 ACRE Lot: 5, Subdivision-Lot: 422, Survey- , | 144-13-006 | MORELAND BLVD, OHIO | 00372419 |
| 1ST CHOICE ROOFING COMPANY, | HATZ TWO LLC, | MECHANIC'S LIEN | 4/14/2020 | 202004140318 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202209150391 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|------------------|-------------------|-----------|------------------|------------|
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/ <em>13</em>/2018 | 201812130376 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201901240274 |
| HATZ TWO LLC, FEDERAL HM LN MORT CORP ETAL, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249011 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812139005 |
| ONEWEST BANK, | 2636 NM LLC, | RELEASE SATISFACTION | 4/2/2013 | 201304020501 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708310783 |
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| CITIBANK ETAL, 2636 NM LLC, | ONEWEST BANK, | ASSIGNMENT | 8/27/2012 | 201208279003 | --/--/-- | | 144-13-010, 144-13-006, 144-13-007, 144-13-008 | OHIO, OHIO, OHIO, OHIO | 200708319004 |
| MRN LTD PART PART, | U S BK, | MORTGAGE | 11/1/2002 | 200211011108 | --/--/-- | Subdivision-Town: 100 ACRE Lot: *5, Subdivision-Lot: 422, Survey- , | 144-13-006 | MORELAND BLVD, OHIO | |
| FEDERAL HM LN MORT CORP ETAL, HATZ TWO LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240274 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812130375, 201812130376 |
| MRN LTD PART PART,ETAL, MARON RICHARD D, MARON JUDITH EIGENFELD, MARON PAUL A, MARON PHYLLIS S, | METROPOLITAN SAV BK, | MORTGAGE | 4/15/1992 | 00244220 | --/23024/51 | Subdivision-Town: 100 ACRE Lot: 5, Subdivision-Lot: 422, Survey- , | 144-13-006 | N MORELAND BLVD, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| MRN LTD PART PART, | U S BK, | FIXTURE CROSS INDEX REAL ESTAT | 11/1/2002 | 200211019025 | --/--/-- | Subdivision-Town: 100 ACRE Lot: *5, Subdivision-Lot: 422, Survey- , | 144-13-006 | N MORELAND BLVD, OHIO | 200211011107 |
| US BANK TR, | HATZ TWO LLC, | TERMINATION | 1/7/2021 | 202101079011 | --/--/-- | | 144-13-006, 144-13-007 | OHIO, OHIO | 201812139005 |
| HATZ TWO LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/ <em>13</ em>/2018 | 201812139005 | --/--/-- | | 144-13-012, 144-13-006, 144-13-007, 144-13-014 | OHIO, OHIO, OHIO | 202101079011, 201901249011 |
| MRN LTD PART PART,ETAL, MARON RICHARD D, MARON JUDITH EIGENFELD, MARON PAUL A, MARON PHYLLIS S, | METROPOLITAN SAV BK CLEV, | MORTGAGE | 4/15/1992 | 00244219 | --/23024/24 | Subdivision-Town: 100 ACRE Lot: 5, Subdivision-Lot: 422, Survey- , | 144-13-006 | N MORELAND BLVD, OHIO | 199906151114 |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |



The county of
**Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| DAVIDSON APARTMENTS INC, | CUYAHOGA COUNTY TREASURER ETAL, AEON FINANCIAL LLC, | PROPERTY TAX LIENS | 12/19/2008 | 200812190105 | --/--/-- | | 144-13-014 | N MORELAND BLVD, OHIO | 200910140932, 201007220055 |
| 2653 NM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199008 | --/--/-- | | 144-13-014 | OHIO | 201506229005 |
| HATZ TWO LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/<em>13</em>/2018 | 201812130375 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202102020140, 201901240274 |
| 2653 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190279 | --/--/-- | | 144-13-014 | OHIO | 201506230111 |
| LAMAR PROPS PART, | GREENBERG STEVEN G, GREENBERG EDITH S, | DEED | 5/29/1992 | 00272138 | --/24568/50 | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | |
| GOLDSTEIN ANDREW, BARTELINGS MONIQUE, | DAVIDSON APTS LLC, | DEED | 5/20/2002 | 200205201740 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | |
| DOLLAR BK, | 2653 NM LLC, | TERMINATION | 6/22/2015 | 201506229005 | --/--/-- | | 144-13-014 | OHIO | 201302199008 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/<em>13</em>/2018 | 201812130376 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201901240274 |
| HATZ TWO LLC, FEDERAL HM LN MORT CORP ETAL, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249011 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812139005 |
| HATZ TWO LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/<em>13</em>/2018 | 201812139005 | --/--/-- | | 144-13-012, 144-13-006, 144-13-007, 144-13-014 | OHIO, OHIO, OHIO | 202101079011, 201901249011 |
| FEDERAL HM LN MORT CORP ETAL, HATZ TWO LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240274 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 201812130375, 201812130376 |
| GOLDSTEIN E ANDREW, BARTELINGS GOLDSTEIN MONIQUE, | METROPOLITAN BK & TR CO, | MORTGAGE | 5/26/1999 | 199905260455 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| DAVIDSON APARTMENTS LLC, CALLAHAN KENNETH R RECEIVER, | 2653 NM LLC, | DEED | 07/ <em>13</ em>/2010 | 201007130404 | --/--/-- | | 144-13-014 | OHIO | 201812100298 |
| GOLDSTEIN ANDREW, GOLDSTEIN MONIQUE, | GREENBERG STEVEN, GREENBERG EDITH, | MORTGAGE | 4/15/1998 | 00724158 | --/4336/56 | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | 200008290026 |
| GOLDSTEIN ANDREW ETAL, BARTELINGS MONIQUE, | METROPOLITAN SAV BK, | MORTGAGE | 2/20/1998 | 00680478 | --/1736/7 | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | 199912100932, 200507250451, 201007290337 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ TWO LLC, | DEED | 12/10/2018 | 201812100298 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 200610040823, 200610040822, 200608290822, 201007130404, 201506010131 |
| NOSEWORTHY JOHN ETAL, NOSEWORTHY BARBARA M, | SARVADI DAVID G ETAL, SARVADI SUZANNE D, | DEED | 6/7/1978 | 00269281 | --/14807/539 | Subdivision-Town: EUCLID Lot: 38, Subdivision-Lot: 48, Survey- , | 144-13-014 | LNCLON BLVD, OHIO | |
| DAVIDSON APARTMENTS INC, | CUYAHOGA COUNTY TREASURER ETAL, AEON FINANCIAL LLC, | PROPERTY TAX LIENS | 12/29/2008 | 200812290131 | --/--/-- | | 144-13-014 | N MORELAND BLVD, OHIO | 200910140088, 201007220056 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| GOLDSTEIN ANDREW ETAL, BARTELINGS MONIQUE, | METROPOLITAN SAV BK, | MORTGAGE | 2/20/1998 | 00680479 | --/1736/36 | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | 199912100933, 200507250452 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION ETAL, CBRE CAPITALS MARKETS INC, | HATZ TWO LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020140 | --/--/-- | | 144-13-007, 144-13-014, 144-13-006, 144-13-012 | OHIO, OHIO, OHIO, OHIO | 201812130375 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREENBERG STEVEN G, GREENBERG EDITH S, | GOLDSTEIN ANDREW ETAL, BARTELINGS MONIQUE, | DEED | 2/20/1998 | 00680477 | --/1736/5 | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | |
| 1ST CHOICE ROOFING COMPANY, | HATZ TWO LLC, | MECHANIC'S LIEN | 4/14/2020 | 202004140318 | --/--/-- | | 144-13-012, 144-13-014, 144-13-006, 144-13-007 | OHIO, OHIO, OHIO, OHIO | 202209150391 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| 2653 NM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190280 | --/--/-- | | 144-13-014 | OHIO | 201506230108 |
| GOLDSTEIN E ANDREW, BARTELINGS GOLDSTEIN MONIQUE, | METROPOLITAN BK & TR CO, | MORTGAGE | 5/26/1999 | 199905260454 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 14, Subdivision-Lot: 430, Survey- , | 144-13-014 | N MORELAND BLVD, OHIO | 200304220710 |



The county of
**Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| NORTH PK LLC, | DREXMORE LLC, | DEED | 11/24/2004 | 200411240415 | --/--/-- | Subdivision- Town: 100 ACRE Lot: *276, Subdivision- Lot: 422, Survey- , | 144-09-013 | S HAMPTON BLVD, OHIO | 201812100300, 201812100299 |
| GIGLIO SALVATORE A JR, | NATL CITY BK, | MORTGAGE | 7/16/1985 | 00061034 | --/54011/2 | Subdivision- Town: 100 ACRE Lot: 248, Subdivision- Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | 00608862 |
| US BANK, | HATZ FOUR LLC, | RELEASE SATISFACTION | 2/2/2021 | 202102020139 | --/--/-- | | 144-09-013, 731-14-012 | OHIO, OHIO | 201812130382, 201901240275 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|--------------------|-------------------|-----------|------------------|-----------|
| BG PERSONNEL LP /AGT,ETAL, BERNSTEIN CRAIG A AGT, | CLEVELAND 3 LLC DBA,ETAL, NINETEEN 12 APARTMENTS, | MECHANIC'S LIEN | 8/4/2022 | 202208040301 | --/--/-- | | 731-14-012, 144-09-013, 144-10-013 | OHIO, OHIO, OHIO | |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/13/2018 | 201812130383 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 201901240275 |
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/10/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| NORTH PK LLC, | DOLLAR BK, | MORTGAGE | 10/10/2001 | 200110101296 | --/--/-- | Subdivision-Town: 100 ACRE Lot: *247, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | 200301171040 |
| OHIO DEPARTMENT OF BUILDING & HOUSING, CLEVELAND 3 LLC, | NONE, | AFFIDAVIT | 7/11/2024 | 202407110130 | --/--/-- | | 144-09-013 | 2805  Ludlow RD, Cleveland, OHIO, 44120 | 202011060165 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ FOUR LLC, | DEED | 12/10/2018 | 201812100300 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 200411240415, 201009280193, 202011060165, 201506010131 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| HATZ FOUR LLC, | FEDERAL HM LN MORT CORP ETAL, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/13/2018 | 201812139007 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 202101079013, 201901249012 |
| MASON WILLIAM M, | MASON BARBARA, | DEED - QUIT CLAIM | 3/29/1976 | 00947260 | --/14230/209 | Subdivision-Town: 100 ACRE Lot: 248, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW , OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|-----------------|-------------------|-----------|------------------|------------|
| MASON BARBARA ETAL, MASON WILLIAM, | ELIZABETH JOAN, | DEED | 8/31/1977 | 00155010 | --/14614/613 | Subdivision-Town: 100 ACRE Lot: 248, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | |
| AUTO OWNERS LIFE INSURANCE CO, | DREXMORE LLC, | TERMINATION | 7/28/2015 | 201507289001 | --/--/-- | | 144-10-011, 144-09-013 | OHIO, OHIO | 200503319037 |
| HATZ FOUR LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/13/2018 | 201812130382 | --/--/-- | | 731-14-012, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO | 201901240275, 202102020139 |
| PASIADIS CHRISTOPHER, | PASIADIS CHRISTOPHER, | MECHANIC'S NOTICE COMMENCEMENT | 1/30/1998 | 00666190 | --/966/19 | Subdivision-Town: 100 ACRE Lot: 248, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |
| PASIADIS CHRISTOPHER, | NORTH PK, | DEED | 12/<em>09</em>/1999 | 199912090536 | --/--/-- | Subdivision-Town: 100 ACRE Lot: 251, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|--------------------|------------------|-----------|------------------|-----------|
| ELIZABETH JOAN, | GIGLIO SALVATORE A JR, | DEED | 7/16/1985 | 00061033 | --/54010/70 | Subdivision-Town: 100 ACRE Lot: 248, Subdivision-Lot: 422, Survey- , | 144-09-013 | LUDLOW, OHIO | |
| HATZ FOUR LLC, | CLEVELAND 3 LLC, | DEED | 11/6/2020 | 202011060165 | --/--/-- | | 731-14-012, 144-09-013 | OHIO, OHIO | 202407110128, 202407110130, 201812100300 |



**The county of Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| 2822 SM LLC, | CUYAHOGA COUNTY TREASURER ETAL, LAKEVIEW HOLDING LLC, | PROPERTY TAX LIENS | 5/28/2010 | 201005280039 | --/--/-- | | 144-10-008 | OHIO | 201011050259 |
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/<em>10</em>/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| 2822 SM LLC, | DOLLAR BK, | FIXTURE CROSS INDEX REAL ESTAT | 2/19/2013 | 201302199005 | --/--/-- | | 144-10-008 | OHIO | 201506229004 |
| DOLLAR BK, | 2822 SM LLC, | TERMINATION | 6/22/2015 | 201506229004 | --/--/-- | | 144-10-008 | OHIO | 201302199005 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/Volume/Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|------------------|-------------------|-----------|------------------|------------|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| FEIGENBAUM EVELYN ETAL, FEIGENBAUM MARTIN, | MOORE THOMAS J ETAL, MOORE JOANNE E, MOORE SANDRA D, MOORE BARTHOLOMEW M, | DEED | 12/1/1978 | 00355012 | --/14880/739 | | 144-10-008 | OHIO | |
| HATZ THREE LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/13/2018 | 201812130377 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201901240257 |
| HATZ THREE LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/13/2018 | 201812139006 | --/--/-- | | 144-10-008, 144-10-005, 144-10-011, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO | 202101079010, 201901249009 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| US BANK ETAL, FEDERAL HM LN MORT CORP SERVICER, | HATZ THREE LLC, | RELEASE SATISFACTION | 2/5/2021 | 202102050284 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812130377, 201901240257 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| 2822 SM LLC, | CUYAHOGA COUNTY TREASURER ETAL, LAKEVIEW HOLDING OH LLC, | PROPERTY TAX LIENS | 9/1/2010 | 201009010336 | --/--/-- | | 144-10-008 | OHIO | 201011050260 |
| 2822 SM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190274 | --/--/-- | | 144-10-008 | OHIO | 201506230116 |
| MOORE THOMAS J ETAL, MOORE SANDRA D, CATERINO BARTHOLOMEW M, CATERINO JOANNE E, | 2822 SM LLC, | DEED | 3/23/2007 | 200703230835 | --/--/-- | Subdivision- Town: WARRENSVILLE Lot: 286, Subdivision- Lot: 11, Survey- , | 144-10-008 | S MORELAND BLVD, OHIO | 201812100299 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL HM LN MORT CORP, HATZ THREE LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240257 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201812130377, 201812130378 |
| 2822 SM LLC, | DOLLAR BK, | MORTGAGE | 2/19/2013 | 201302190273 | --/--/-- | | 144-10-008 | OHIO | 201506230109 |
| FEDERAL HM LN MORT CORP ETAL, HATZ THREE LLC, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249009 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003 | OHIO, OHIO, OHIO, OHIO, OHIO | 201812139006 |
| 2822 SM LLC, | DOLLAR BK, | MORTGAGE | 4/14/2008 | 200804140925 | --/--/-- | Subdivision- Town: WARRENSVILLE Lot: 286, Subdivision- Lot: 11, Survey- , | 144-10-008 | S MORELAND BLVD, OHIO | 201303210402 |
| HATZ THREE LLC, | CLEVELAND 2 LLC, | DEED | 11/6/2020 | 202011060166 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202407110129, 202407110131, 201812100299 |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/13/2018 | 201812130378 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201901240257 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|-------------------|-------------------|-----------|------------------|------------|
| SIG SHAKER SUBSIDIARY LLC, | HATZ THREE LLC, | DEED | 12/ <em>10</ em>/2018 | 201812100299 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200411240415, 200504180297, 200504180298, 200703230835, 202011060164 |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile



**The county of Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/<em>10</em>/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| MAYBERRY MGMT CO, | COINMACH CORP, | LEASE | 1/5/1999 | 199901050924 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 251, Subdivision- Lot: 422, Survey- , | 144-10-011 | LUDLOW, OHIO | |
| GIGLIO SALVATORE A JR, | PASIADIS CHRISTOPHER, | DEED | 1/30/1998 | 00666188 | --/966/5 | Subdivision- Town: 100 ACRE Lot: 248, Subdivision- Lot: 422, Survey- , | 144-10-011 | LUDLOW, OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL HM LN MORT CORP ETAL, HATZ THREE LLC, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249009 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812139006 |
| PASIADIS CHRISTOPHER, | SHOREBANK, | MORTGAGE | 1/30/1998 | 00666189 | --/966/9 | Subdivision-Town: 100 ACRE Lot: 248, Subdivision-Lot: 422, Survey- , | 144-10-011 | LUDLOW, OHIO | 200210240584 |
| US BANK ETAL, FEDERAL HM LN MORT CORP SERVICER, | HATZ THREE LLC, | RELEASE SATISFACTION | 2/5/2021 | 202102050284 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812130377, 201901240257 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |
| HATZ THREE LLC, | CLEVELAND 2 LLC, | DEED | 11/6/2020 | 202011060166 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202407110129, 202407110131, 201812100299 |
| KATZ WILLIAM TR, | RAUH JOHN J, | DEED | 4/20/1977 | 00092638 | --/14459/721 | Subdivision-Town: 100 ACRE Lot: 251, Subdivision-Lot: 422, Survey- , | 144-10-011 | LUDLOW, OHIO | |
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---------|---------|----------|---------------|------------|--------------------|-------------------|-----------|------------------|-----------|
| DREXMORE LLC, | AUTO OWNERS LIFE INSURANCE CO, | CONTINUATION FINANCING STATEMENT | <em>10</em>/26/2009 | 200910269055 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 276, Subdivision- Lot: 422, Survey- , | 144-10-011 | S HAMPTON BLVD, OHIO | 200503319037 |
| HATZ THREE LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/13/2018 | 201812130377 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201901240257 |
| HATZ THREE LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/13/2018 | 201812139006 | --/--/-- | | 144-10-008, 144-10-005, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202101079010, 201901249009 |
| GUARDIAN TLE & GUARANTY AGY INC, | | DEED - AFFIDAVIT | 4/16/1999 | 199904160680 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 251, Subdivision- Lot: 422, Survey- , | 144-10-011 | LUDLOW, OHIO | |
| AUTO OWNERS LIFE INSURANCE CO, | DREXMORE LLC, | TERMINATION | 7/28/2015 | 201507289001 | --/--/-- | | 144-10-011, 144-09-013 | OHIO, OHIO | 200503319037 |
| FEDERAL HM LN MORT CORP, HATZ THREE LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240257 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201812130377, 201812130378 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/13/2018 | 201812130378 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201901240257 |
| SIG SHAKER SUBSIDIARY LLC, | HATZ THREE LLC, | DEED | 12/<em>10</em>/2018 | 201812100299 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200411240415, 200504180297, 200504180298, 200703230835, 202011060164 |
| RAUH JOHN J, | GIGLIO SALVATORE A JR, | DEED | 8/29/1986 | 00260598 | --/65542/40 | Subdivision- Town: 100 ACRE Lot: 251, Subdivision- Lot: 422, Survey- , | 144-10-011 | LUDLOW RD, OHIO | |



The county of
**Cuyahoga**

County Transfer & Recording Office
Michael Chambers

Date: 10/11/2024

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| PASIADIS CHRISTOPHER, | NORTH PK, | DEED | 12/9/1999 | 199912090535 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 278, Subdivision- Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |
| US BANK TR, | HATZ THREE LLC, | TERMINATION | 1/7/2021 | 202101079010 | --/--/-- | | 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO | 201812139006 |
| SIG SHAKER SQUARE LLC, | SIG SHAKER SUBSIDIARY LLC, | DEED | 12/ <em>10</ em>/2018 | 201812100296 | --/--/-- | | 144-13-011, 144-13-008, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005, 731-14-012, 144-13-010, 144-13-014, 144-13-006, 144-13-007, 144-10-013, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200610040824 |
| KRAUS WILLIAM M, | PASIADIS CHRISTOPHER, | DEED - QUIT CLAIM | 4/29/1999 | 199904290814 | --/--/-- | Subdivision- Town: 100 ACRE Lot: 278, Subdivision- Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |

© 2024 Cuyahoga County, Ohio. All Rights Reserved

Powered By Kofile

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| JORDAN MARTIN EUGENE, | JORDAN EUGENE J, | DEED - QUIT CLAIM | 11/17/1997 | 00618837 | --/11873/34 | Subdivision-Town: 100 ACRE Lot: 278, Subdivision-Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |
| JORDAN EUGENE J, | PASIADIS CHRISTOPHER, | DEED | 7/17/1998 | 00808874 | --/9106/33 | Subdivision-Town: 100 ACRE Lot: 278, Subdivision-Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |
| FEDERAL HM LN MORT CORP, HATZ THREE LLC, | US BANK TR, | RELEASE ASSIGNMENT | 1/24/2019 | 201901240257 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201812130377, 201812130378 |
| FEDERAL HM LN MORT CORP ETAL, HATZ THREE LLC, | US BANK TR, | ASSIGNMENT | 1/24/2019 | 201901249009 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003 | OHIO, OHIO, OHIO, OHIO | 201812139006 |
| HATZ THREE LLC, | CBRE CAPITAL MARKETS INC, | MORTGAGE | 12/13/2018 | 201812130377 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202102050284, 201901240257 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| HATZ THREE LLC, | FEDERAL HM LN MORT CORP, CBRE CAPITAL MARKETS INC, | FIXTURE CROSS INDEX REAL ESTAT | 12/13/2018 | 201812139006 | --/--/-- | | 144-10-008, 144-10-005, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202101079010, 201901249009 |
| US BANK ETAL, FEDERAL HM LN MORT CORP SERVICER, | HATZ THREE LLC, | RELEASE SATISFACTION | 2/5/2021 | 202102050284 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812130377, 201901240257 |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | FIXTURE CROSS INDEX REAL ESTAT | 6/1/2015 | 201506019003 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004, 144-10-001, 144-10-002, 144-10-003, 144-10-008, 144-13-014, 144-13-012, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| DREXMORE LLC ETAL, HAMPTON PARK LLC, 2621 NM LLC, 2636 NM LLC, 2653 NM LLC, 14101 S WOODLAND LLC, 2822 SM LLC, | SIG SHAKER SQUARE LLC, | DEED - AFFIDAVIT | 6/1/2015 | 201506010131 | --/--/-- | | 144-09-013, 144-10-011, 144-10-012, 144-10-013, 731-14-012, 144-13-008, 144-13-007, 144-13-006, 144-13-010, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201812100300, 201812100297, 201812100298, 201812100299 |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| GREYSTONE SERVICING COMPANY LLC ETAL, HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, | FANNIE MAE, | RELEASE ASSIGNMENT | 11/6/2020 | 202011060168 | --/--/-- | | 144-13-011, 144-13-010, 144-13-008, 144-13-012, 144-13-014, 144-13-006, 144-13-007, 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 731-14-012, 144-09-013 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| SIG SHAKER SQUARE LLC, | NEW YORK COMMUNITY BANK, | MORTGAGE | 6/1/2015 | 201506010145 | --/--/-- | | 144-09-013, 144-10-012, 731-14-012, 144-13-007, 144-13-010, 144-10-001, 144-10-002, 144-10-003, 144-13-014, 144-13-011 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | |
| FRANK LOUIS S, FRANK MICHAEL D, | JORDAN MARTIN EUGENE, JORDAN EUGENE J, | LAND CONTRACT | 12/3/1992 | 00389873 | --/11008/26 | Subdivision-Town: 100 ACRE Lot: 278, Subdivision-Lot: 422, ORIGINAL LOT: 422, | 144-10-012 | HAMPTON, OHIO | |
| BRONDFIELD HOWARD ETAL, SINGERMAN MARK, | KNABLE MICHAEL D, | DEED | 5/9/1977 | 00100134 | --/14466/607 | Subdivision-Town: 100 ACRE Lot: 278, Subdivision-Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |

| Grantor | Grantee | Doc Type | Recorded Date | Doc Number | Book/ Volume/ Page | Legal Description | Parcel ID | Property Address | References |
|---|---|---|---|---|---|---|---|---|---|
| HATZ THREE LLC, | CLEVELAND 2 LLC, | DEED | 11/6/2020 | 202011060166 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 202407110129, 202407110131, 201812100299 |
| CBRE CAPITAL MARKETS INC ETAL, HATZ TWO LLC, | FEDERAL HM LN MORT CORP, | RELEASE ASSIGNMENT | 12/13/2018 | 201812130378 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 201901240257 |
| KNABLE MICHAEL D, | JORDAN EUGENE J, | DEED | 11/17/1997 | 00618838 | --/11873/36 | Subdivision- Town: 100 ACRE Lot: 278, Subdivision- Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |
| SIG SHAKER SUBSIDIARY LLC, | HATZ THREE LLC, | DEED | 12/ <em>10</em>/2018 | 201812100299 | --/--/-- | | 144-10-008, 144-10-011, 144-10-012, 144-10-001, 144-10-002, 144-10-003, 144-10-004, 144-10-005 | OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO, OHIO | 200411240415, 200504180297, 200504180298, 200703230835, 202011060164 |
| BARR CHARLES W ETAL, BARR ALICE D, | BRONDFIELD HOWARD ETAL, SINGERMAN MARK, | DEED | 11/ <em>10</em>/1976 | 00037688 | --/14410/269 | Subdivision- Town: 100 ACRE Lot: 278, Subdivision- Lot: 422, Survey- , | 144-10-012 | HAMPTON, OHIO | |
| MOR TECH PROP MGMT CO, | JORDAN MARTIN DDS, | MECHANIC'S LIEN | 2/3/1994 | 00713715 | --/1176/36 | Subdivision- Town: 100 ACRE Lot: 278, Subdivision- Lot: 11, Survey- , | 144-10-012 | E 132, OHIO | |

# Exhibit F:

# Property Evaluator Qualifications

# RANDY DAVIS

15 Ellis Ave ▪ Troy, MO 63379 ▪ Phone: 636-462-4132 ▪ RDavis@ArmadaAnalytics.com

Mr. Davis has more than 42 years' experience in the consulting services industry. Beginning in 1979 until 1997 he worked his way through a publicly held corporation becoming a senior Program Manager for the firm's government contracts. Following his departure he joined a California based nationally recognized provider of Property Condition/Physical Needs Assessments at commercial, industrial and multi-family residential properties nationwide. Focusing on multifamily real estate assessments he went on to start his own firm in 2004, f3, inc. which became a respected provider of services to the commercial mortgage banking industry. In 2022 f3, inc. was acquired by Armada Analytics, Inc. where he serves as SVP of Engineering and Environmental Services.

**Education**

 **MISSOURI BAPTIST COLLEGE**
Business Administration - 1990

**Certifications:** MBA Multifamily Property Inspection Training, InterNACHI Certified, Certified Hazardous Materials Manager, Wood Destroying Pest Inspector. Licensed Asbestos Inspector, Certified Hazardous Materials Manager, Certified Indoor Environmentalist.

## Professional Experience
 **Armada Analytics, Inc. (Formerly f3, inc.)**                                         2002 to Present

SVP Engineering and Environmental Services

*Key Results:*

- Mr. Davis develops annual budgets and profit goals for the corporation.

- Manages multiple Commercial Real Estate Lenders accounts for site assessments nationwide.

- Developed and implements site assessment protocols for annual inspections of a portfolio of more than 100 nursing homes.

- Managed site assessments of an 85 property portfolio totally 26,000 apartment units as part of a sale and financing of the assets. Successfully delivered reports on time and budget within a 4 week period.

- Worked in conjunction with Fannie Mae to develop the Multifamily Inspection Workshop and went on to develop text for the program once it was transferred to the Mortgage Bankers Association. Continues as a presenter of the workshop up to 4 times annually.

- Was awarded the contract to update Fannie Mae's PCA guidance to assessors and associated modules for special property types.

- Assisted Freddie Mac in the development and updates to Property Inspection protocols and forms.

 **PROJECT RESOURCES, INC., SAN DIEGO, CA**                                         1997 to 2001

Senior Project Manager

*Key Results:*

- Managed nationwide business development and sales for an 8a environmental services firm with nationwide offices.  Managed large projects, conducted planning and scheduling, subcontract procurement, cost tracking and reporting. Participated in procuring government contracts.

- Managed more than 500 projects for phase I and phase II environmental site assessments, property physical needs assessments, superfund time critical removal actions, RCRA site closures and US Navy environmental baseline surveys
- On-site supervisors during the $1 million Omaha, Nebraska residential lead removal and restoration of 131 properties.


**SMITH TECHNOLOGY, ST. LOUIS, MO** 1994 to 1997

<u>Program Manager</u>

***Key Results:***

- Managed the USEPA ERCS Zone 4A multi-year, multi-delivery order emergency response and removal contract involving more than 300 delivery orders valued at $230 million. Directed the resource network and managed all aspects of delivery order management. Directed program accounting staff in preparation of invoices and reports; prepared the monthly status reports sent to the Contracting Officer and interfaced with the CO, PO on contractual and field operation issues. Supervised the on-site procurement exceeding $250,000 requiring contracting officer approval. Assisted in development of field approaches, oversaw production of planning documents and report submittal.
- Directed 300 delivery orders across USEPA Regions 6, 7 and 8 under ERCS Zone 4A Contract valued at $230 million.


**REIDEL ENVIRONMENTAL SERVICES, ST. LOUIS, MO** 1979 to 1994

<u>ERCS Field Coordinator, Senior Response Manager</u>

***Key Results:***

- Managed technical and field operations for over 100 CERCLA removal projects in a ten state area. Directed cleanup operations for sites contaminated with PCPs, heavy metals, dioxin, pesticides, explosives, PCBs, oil and asbestos. Mobilized field resources to over 40 emergency responses to oil spills, fixed facility and transportation accidents.
- Managed >50 delivery orders as Field Coordinator in USEPA Regions 7 and 8.

# ERIN N. KLEPPE

3415 Custer Road ▪ Plano, TX 75023 ▪ Phone: 972.769.2529 ▪ EKleppe@ArmadaAnalytics.com

Ms. Kleppe has over 25 years of experience conducting various tasks and written over 2,000 reports related to engineering and environmental site assessments and investigations. These include, but are not limited to, Phase I Environmental Site Assessments, Engineering Property Condition Assessments with ADA Compliance Surveys in various formats including FMAC, FNMA DUS, SBL, and HUD. Ms. Kleppe has also successfully completed Transaction Screen Assessments, Environmental Database Reviews, Regulatory File Reviews, Repair Verification Inspections, Construction Monitoring and Rehab Plan/Budget Reviews, Property Zoning Reports, Phase II Subsurface Investigations, Tank Removal projects, and Voluntary Cleanup Program (VCP) and Innocent Owner/Operator (IOP) reports and agency application submittals.

## EDUCATION

**TEXAS A&M UNIVERSITY**
B.S., Civil Engineering – 1996

**OTHER**
Engineer in Training (E.I.T.), State of Texas
HUD Multifamily Accelerated Processing (MAP), 3rd Party Technical Training - 2002

**Certifications:** Licensed Asbestos Inspector in Texas (#601894)

## PROFESSIONAL EXPERIENCE

**ARMADA ANALYTICS, INC. (FORMERLY F3, INC.)**                      2015 to Present
Project Manager

***Key Results:***

- Manage projects for phase I environmental site assessments, property physical needs assessments, and construction progress monitoring.
- Interface directly with local health departments, local building and fire departments, state departments of natural resources, and U.S. EPA during inspections across the United States.
- Conduct residential and commercial building inspections for warranty purposes

**PRESERVATION ASSESSMENT SERVICES, LLC (D/B/A AQUATERRA ASSESSMENTS), DALLAS, TX**                      2002 to 2015
Project Manager

***Key Results:***

- Managed projects for phase I environmental site assessments, property physical needs assessments, limited asbestos surveys, and construction progress monitoring.
- Interfaced directly with local health departments, local building and fire departments, state departments of natural resources, and U.S. EPA during inspections across the United States.
- Conducted residential and commercial building inspections for warranty purposes.
- Successfully completed over 1,000 Engineering Property Condition Assessments and Phase I Environmental Site Assessments.

**AQUATERRA ASSESSMENT SERVICES CORP., DALLAS, TX**                    1999 to 2001

<u>Project Manager</u>

***Key Results:***

- Managed projects for phase I environmental site assessments, property physical needs assessments, and construction progress monitoring.
- Interfaced directly with local health departments, local building and fire departments, state departments of natural resources, and U.S. EPA during inspections across the United States.
- Conducted residential and commercial building inspections for warranty purposes.


**RERC ENVIRONMENTAL, INC., DALLAS, TX**                    1997 to 1999

<u>Project Manager</u>

***Key Results:***

- Managed projects for phase I and phase II environmental site assessments, property physical needs assessments.
- Interfaced directly with local health departments, local building and fire departments, state departments of natural resources, and U.S. EPA during inspections across the United States.
- Conducted residential and commercial building inspections for warranty purposes.


**OMEGA ENVIRONMENTAL, INC., DALLAS, TX**                    1997

<u>Staff Engineer</u>

***Key Results:***

- Prepared Risk-based Assessment Reports to determine the effects of petroleum hydrocarbon contamination on subsurface soil and ground water.
- Developed plans of action to further delineate petroleum hydrocarbon plumes in soil and ground water.