# Gillespie, Ryan

**From:** Martinsek, Amanda
**Sent:** Friday, December 6, 2024 10:25 AM
**To:** Gillespie, Ryan
**Subject:** Fwd: Fannie Mae/Shaker Heights - Notice of Demand and Reservation of Rights

Begin forwarded message:

> **From:** "Ristau, Justin" <JRistau@brickergraydon.com>
> **Date:** December 6, 2024 at 10:08:46 AM EST
> **To:** "Stischok, Eileen" <EStischok@brickergraydon.com>, "Martinsek, Amanda" <amartinsek@ubglaw.com>
> **Cc:** jkuhns@offitkurman.com
> **Subject: RE: Fannie Mae/Shaker Heights - Notice of Demand and Reservation of Rights**
>
>
> Please see below.  Did this email go through?
>
> Separately, I wanted to confirm that there are no available funds in either the Replacement Reserve Account or the Repairs Escrow Account.  Those accounts were swept upon acceleration.
>
> Justin



### Justin W. Ristau
Partner

brickergraydon.com    jristau@brickergraydon.com

|  | Direct | 614 227 4857 |
|---|---|---|
| 100 South Third Street | Mobile | 614 260 5822 |
| Columbus, OH 43215 | Fax | 614 227 2390 |

This message (including any attachments) is confidential. It may also be privileged or otherwise protected by work-product immunity or other legal rules. If you I received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone. If you received this message in error, please notif by telephone at 614 227 8899 or by email at info@brickergraydon.com. Please promptly destroy the original transmission. Thank you for your assistance.

**From:** Stischok, Eileen <EStischok@brickergraydon.com>
**Sent:** Friday, December 6, 2024 10:00 AM
**To:** Martinsek, Amanda <amartinsek@ubglaw.com>