From: **Jeremy Ellis** <JEllis@armadaanalytics.com>
Date: Friday, November 8, 2024
Subject: Shaker Heights no entry list
To: leo Gold <leogold11219@gmail.com>

Hi Leo, you'll need to reach out to Randy or Inna for rescheduling.



**Jeremy Ellis**
Senior Project Manager

(423) 342-4911
Soddy Daisy, TN



---

**From:** leo Gold <leogold11219@gmail.com>
**Sent:** Friday, November 8, 2024 3:01:55 PM
**To:** Jeremy Ellis <JEllis@ArmadaAnalytics.com>
**Subject:** Re: Shaker Heights no entry list

Hi.
Hope you are doing well

Again sorry for the time delay yesterday. For the doors in empty units being locked   due to security reasons making sure no one gets in to steal.
As you said you can't wait for the time to unlock the  secured doors

We offered to resume inspection today. But you didn't appear today

We assume you prefer to resection this inspection for another day.

Please let me know when you are available for an another day  to complete the inspection. And will take into consideration the times for opening the doors
And getting them unlocked

Much appreciated
Best Leo

I have your list. And been working on getting all doors open and ready.

2