**EXHIBIT 4**

EAL07000907
EA06005044

# CITY OF CLEVELAND
## Department of Building and Housing
## Division of Code Enforcement

File Number
2487

## CERTIFICATE OF ELEVATOR OPERATION

*This will certify that the Elevator has been duly inspected and the requirements of the City of Cleveland governing Elevators have been met.*

**Location**
2621 NORTH MORELAND

**Owner**
AVEN REALTY MGMT, LLC

**Type of Elevator**
Traction

**Certification Year**
2024

**Serial No** 2238

**Speed** 100

**Capacity** 2000

_[signature]_
Director of Building and Housing

THIS CERTIFICATE SHALL BE POSTED IN A CONSPICUOUS PLACE IN THE ELEVATOR CAR. (C OF C 66-18 Rev. 4/2006)