**EXHIBIT 6 - <u>Comparison between vacant and offline units at inspection versus as of 12-19-2024*</u>**

| | **<u>Tenant Name</u>** | **<u>Unit</u>** | **<u>Unit Type</u>** | **<u>Rent</u>** | **Prospective Rent** |
|---|---|---|---|---|---|
| **2621 N. Moreland Blvd. (The Larchmere)** | | | | | |
| | Tenant 1 | 1 | 2 BD 1B | 950.00 | |
| | Tenant 2 | 2 | 1 BD 1B | 993.00 | |
| | Tenant 3 | 3 | 2 BD 1B | 1,043.00 | |
| | <VACANT> | 4 | 1 BD 1B | 0.00 | |
| | Tenant 4 | 101 | 1 BD 1B | 900.00 | |
| | RTA PENDING (Section 8) | 102 | 1 BD 1B | 0.00 | 1100 |
| | Tenant 5 | 103 | 1 BD 1B | 1,000.00 | |
| | Tenant 6 | 104 | 2 BD 1B | 1,280.00 | |
| | RTA PENDING (Section 8) | 105 | 1 BD 1B | 0.00 | 1350 |
| | RTA PENDING (Section 8) Inspection- 12/24/24 | 106 | 1 BD 1B | 0.00 | 1100 |
| | Tenant 7 | 107 | 2 BD 1B | 1,279.00 | |
| | Tenant 8 | 108 | 1 BD 1B | 900.00 | |
| | OFFICE, 2621 N. Moreland | 109 | 1 BD 1B | 0.00 | |
| | Tenant 9 | 110 | 2 BD 1B | 1,300.00 | |
| | RTA PENDING (Section 8) | 111 | 2 BD 1B | 0.00 | 1330 |
| | Tenant 10 | 112 | 1 BD 1B | 1,050.00 | |
| | Tenant 11 | 201 | 2 BD 1B | 900.00 | |
| | Tenant 12 | 202 | 1 BD 1B | 950.00 | |
| | Tenant 13 | 203 | 1 BD 1B | 850.00 | |
| | Tenant 14 | 204 | 2 BD 1B | 1,350.00 | |
| | RTA PENDING (Section 8) | 205 | 2 BD 1B | 0.00 | 1350 |
| | RTA PENDING (Section 8) | 206 | 1 BD 1B | 0.00 | 1040 |
| | Tenant 15 | 207 | 1 BD 1B | 1,044.00 | |
| | Tenant 16 | 208 | 1 BD 1B | 1,100.00 | |
| | Tenant 17 | 209 | 1 BD 1B | 1,057.00 | |
| | Tenant 18 | 210 | 2 BD 1B | 1,220.00 | |
| | READY for tenant showing unit | 211 | 2 BD 1B | 0.00 | |
| | Tenant 19 | 212 | 1 BD 1B | 1,010.00 | |
| | Tenant 20 | 301 | 2 BD 1B | 1,200.00 | |
| | Tenant 21 | 302 | 1 BD 1B | 1,100.00 | |
| | Tenant 22 | 303 | 1 BD 1B | 953.00 | |
| | READY for tenant showing unit | 304 | 2 BD 1B | 0.00 | |
| | <VACANT> | 305 | 2 BD 1B | 0.00 | |
| | Tenant 23 | 306 | 1 BD 1B | 925.00 | |
| | Tenant 24 | 307 | 1 BD 1B | 850.00 | |
| | Tenant 25 | 308 | 1 BD 1B | 0.00 | |
| | Tenant 26 | 309 | 1 BD 1B | 1,100.00 | |
| | RTA PENDING (Section 8) | 310 | 2 BD 1B | 0.00 | 1350 |
| | RTA PENDING (Section 8) | 311 | 2 BD 1B | 0.00 | 1300 |
| | RTA PENDING (Section 8) | 312 | 1 BD 1B | 0.00 | 1040 |

| Tenant Name | Unit | Unit Type | Rent | Prospective Rent |
|---|---|---|---|---|
| **14101 South Woodland Rd.** | | | | |
| <VACANT> | 1A | 2 BD 1B | 0.00 | |
| Tenant 1 | 1B | 2 BD 1B | 1,200.00 | |
| RTA PENDING (Section 8) | 1C | 2 BD 1B | 0.00 | Pending |
| <VACANT> | 2A | 1 BD 1B | 0.00 | |
| <VACANT> | 2B | 2 BD 1B | 0.00 | |
| <VACANT> | 2C | 2 BD 1B | 0.00 | |
| Tenant 2 | 3A | 1 BD 1B | 795.00 | |
| <VACANT> | 3B | 2 BD 1B | 00.00 | |
| Tenant 3 | 3C | 2 BD 1B | 1,200.00 | |
| RTA PENDING (Section 8) | 4A | 2 BD 1B | 0.00 | Pending |
| Tenant 4 | 4B | 2 BD 1B | 1,050.00 | |
| Tenant 5 | 4C | 2 BD 1B | 1,050.00 | |

\* Highlighted units reflect occupancy changes since inspection and as of 12-19-2024.