2621 N. Moreland Boulevard Mailbox Repairs



2622 N. Moreland Boulevard Mailbox Repairs



13300
Drexmore Road
Mailbox Repairs

13300 Drexmore Road Mailbox Repairs



2870 S. Moreland Boulevard Mailbox Repairs



2870 S. Moreland Boulevard Mailbox Repairs



2820
Ludlow Road
Mailbox Repairs

2880 S. Moreland Boulevard Mailbox Repairs



2815 Ludlow Road Mailbox Repairs



2815 Ludlow Road Mailbox Repairs



2653 N. Moreland Boulevard Mailbox Repairs



2636 N. Moreland Boulevard Mail Box Repairs



2642 N. Moreland Boulevard Mailbox Repairs



2822 S. Moreland Boulevard Mailbox Repairs



2635 N. Moreland Boulevard Mailbox Repairs

