**EXHIBIT 9**

From: Chris Dieker <Chris.Dieker@shakerheightsoh.gov>
Date: Tuesday, November 19, 2024
Subject: 14101
To: leo Gold <leogold11219@gmail.com>

Leo,

Hello I just wanted to commend you and Bryan on the work that you are doing to get these units looking in better shape. It looks like your list is pretty much complete other than the ones that came from the "unable to inspect" unit which the updated report which I don't believe has arrived to you yet. Keep up the good work.

Chris Dieker
Assistant Director, Housing Department

City of Shaker Heights, OH

P: 216-491-1474