# MAGISTRATE'S DECISION/ORDER

**Case Number:** 2024-CRB-003792

**STATE OF OHIO / CITY OF CLEVELAND**
**VS.**
**CLEVELAND 2 LLC**
Property Address: 2870 S. MORELAND BOULEVARD

DOB:
Charging Officer:

Hearing Date: 12/02/2024
Hearing: Housing Corporate
Hearing Location: 13th Floor Courtroom B
Hearing Judge:

| | Charge | PNG | NGW | NC | PG | FG | FNG | NOL | DWP | Sentence (NON-CC) Fine / Days | Community Control (CC) Fine / Days / Term | ☐ TTP / ☐ TTP with restriction until: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minor Misdemeanor CRB | 209.01 ORG Nuisance Plants, Refuse and Surface Water | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | |

☐ Deft Pled NC and was FG on Prior Date
☐ Plea is to all Counts
☐ Finding is to all Counts

☐ Court concludes that any charges under CCO 367.99 are allied offenses of similar import to CCO 3103.25(e).
☐ Maximum fine for each count is $5000 under RC 2929.31 and CCO 601.99 (ORG)

☐ _____ Counts From _____ to _____
☐ Bond Set $ _____      ☐ Personal Bond
☐ Original Bond Reinstated    ☒ Failure to Appear _____
☐ Capias _____        ☐ BBS/BZA Appeal
☐ Capias/Warrant Recalled    ☐ Warrant Fee Waived
☐ Warrant Block Release     ☐ Vehicle Registration Block Release

Cont. To: 2/3/2025 at 1:00 am/**pm**    ☐ SPW
At: ☐ CODR ☐ COPR ☐ COCR ☐ PFSV ☐ Final ☐ SIP ☐ CSPT
☒ CORP ☐ Show Cause ☒ Status ☒ Video Conf. ☐ PTO
☐ PFS/PSI ☐ Property Ordered Placarded ☐ Pre-Trial Held
☐ Subpoena Ordered: _____
☐ Clerk to reissue summons by: ☐ Cert. Mail ☐ Bailiff
☐ Housing Court Specialist Assigned: _____

☐ Found Indigent Costs Suspended
☐ Sentence Satisfied as to Cost
☒ In Contempt - Per Diem sanctions of $ 1,000
☐ Civil Judgment for Collection $ _____
Prosecutor's motion to dismiss, grounds: _____
Defendant's motion to dismiss, grounds: _____
Reduced Waiver Hearing
Non-attorney representative informed that licensed attorney must enter appearance
Dismissal due to: _____
☐ Corporate Authorization Filed _____
☐ Notice of Appearance Filed _____
☐ Defendant has been Arraigned _____
☐ Defendant is Pro Se _____
☐ Defendant's Atty _____
☒ Prosecutor Butler
☒ Clerk ordered to Journalize Extended Journal Entry
☐ Clerk ordered to accept $ _____ as Waiver amount   ☐ Express Pay
☐ Dismiss additional Cost   ☐ Continued for payment verification to _____
☒ Docketed Note: Contempt Ongoing.

☐ Sentence Stayed Until _____
☐ House Arrest _____
☐ PFW
☐ F / C / D Susp: _____

**JUDGEMENT ENTRY RECEIVED FOR JOURNALIZATION DEC -6 2024 EARLE B. TURNER, Clerk**

A PARTY SHALL NOT ASSIGN AS ERROR ON APPEAL THE COURT'S ADOPTION OF ANY FACTUAL FINDING OR LEGAL CONCLUSION, WHETHER OR NOT SPECIFICALLY DESIGNATED AS A FINDING OF FACT OR CONCLUSION OF LAW UNDER CRIM.R.19(D)(3)(a)(ii), UNLESS THE PARTY TIMELY AND SPECIFICALLY OBJECTS TO THAT FACTUAL FINDING OR LEGAL CONCLUSION AS REQUIRED BY CRIM.R. 19(D)(3)(b),

Magistrate _____

☐ Service: Copies sent by regular U.S. mail to parties/counsel on ___/___/___ by ___.

**EXHIBIT A**

# MAGISTRATE'S DECISION/ORDER

Case Number: 2024-CRB-003777

2024-CRB-003777

STATE OF OHIO / CITY OF CLEVELAND
VS.
**CLEVELAND 2 LLC**
Property Address: 2843 S. MORELAND AVENUE

DOB:
Charging Officer:

Hearing Date: 12/02/2024
Hearing: Housing Corporate
Hearing Location: 13th Floor Courtroom B
Hearing Judge:

| | Charge | PNG NGW NC PG | FG FNG NOL DWP | Sentence (NON-CC) | | Community Control (CC) | | | ☐ TTP |
|---|---|---|---|---|---|---|---|---|---|
| Minor Misdemeanor CRB | 209.01 ORG Nuisance Plants, Refuse and Surface Water | ☐ ☐ ☐ ☐ | ☐ ☐ ☐ ☐ | Fine | Days | Fine | Days | Term | ☐ TTP with restriction until: |

☐ Deft Pled NC and was FG on Prior Date
☐ Plea is to all Counts
☐ Finding is to all Counts

☐ Court concludes that any charges under CCO 367.99 are allied offenses of similar import to CCO 3103.25(e).
☐ Maximum fine for each count is $5000 under RC 2929.31 and CCO 601.99 (ORG)

☐ _____ Counts From _____ to _____
☐ Bond Set $ _____
☐ Original Bond Reinstated
☐ Capias _____
☐ Capias/Warrant Recalled
☐ Warrant Block Release

☐ Personal Bond
☒ Failure to Appear _____
☐ BBS/BZA Appeal
☐ Warrant Fee Waived
☐ Vehicle Registration Block Release

☐ Found Indigent Costs Suspended
☐ Sentence Satisfied as to Cost
☒ In Contempt - Per Diem sanctions of $ 1,000
☐ Civil Judgment for Collection $ _____
Prosecutor's motion to dismiss, grounds: _____
Defendant's motion to dismiss, grounds: _____
Reduced Waiver Hearing
Non-attorney representative informed that licensed attorney must enter appearance
Dismissal due to: _____

☐ Sentence Stayed Until _____
☐ House Arrest
☐ PFW _____
☐ F / C / D Susp: _____

Cont. To: 2/3/2025 at 1:00 am (pm) ☐ SPW
At: ☐ CODR ☐ COPR ☐ COCR ☐ PFSV ☐ Final ☐ SIP ☐ CSPT
☒ CORP ☐ Show Cause ☒ Status ☒ Video Conf. ☐ PTO
☐ PFS/PSI ☐ Property Ordered Placarded ☐ Pre-Trial Held
☐ Subpoena Ordered: _____
☐ Clerk to reissue summons by: ☐ Cert. Mail ☐ Bailiff
☐ Housing Court Specialist Assigned: _____

☐ Corporate Authorization Filed _____
☐ Notice of Appearance Filed _____
☐ Defendant has been Arraigned _____
☐ Defendant is Pro Se _____
☐ Defendant's Atty _____
☒ Prosecutor Butler
☒ Clerk ordered to Journalize Extended Journal Entry
☐ Clerk ordered to accept $ _____ as Waiver amount ☐ Express Pay
☐ Dismiss additional Cost ☐ Continued for payment verification to _____
☒ Docketed Note: Contempt ongoing.

*JUDGEMENT ENTRY RECEIVED FOR JOURNALIZATION DEC - 6 2024 EARLE B. TURNER, Clerk*

A PARTY SHALL NOT ASSIGN AS ERROR ON APPEAL THE COURT'S ADOPTION OF ANY FACTUAL FINDING OR LEGAL CONCLUSION, WHETHER OR NOT SPECIFICALLY DESIGNATED AS A FINDING OF FACT OR CONCLUSION OF LAW UNDER CRIM.R.19(D)(3)(a)(ii), UNLESS THE PARTY TIMELY AND SPECIFICALLY OBJECTS TO THAT FACTUAL FINDING OR LEGAL CONCLUSION AS REQUIRED BY CRIM.R. 19(D)(3)(b),

Magistrate [signature]
☐ Service: Copies sent by regular U.S. mail to parties/counsel on ___/___/___ by ___.

**EXHIBIT A**

Case Number: 2024-CRB-003778　　　　　　　　　　　　　　　　　　　　　　　　　　2024-CRB-003778
STATE OF OHIO / CITY OF CLEVELAND
VS.　　　　　　　　　　　　　　　DOB:　　　　　　　　　　　　　Hearing Date: 12/02/2024
**Cleveland 3 LLC**　　　　　　　　　Charging Officer:　　　　　　　Hearing: Housing Corporate
Property Address: 2851 HAMPTON ROAD　　　　　　　　　　　　　Hearing Location: 13th Floor Courtroom B
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Judge:

| | Charge | PNG | NGW | NC | PG | FG | FNG | NOL | DWP | Sentence (NON-CC) | | Community Control (CC) | | TTP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minor Misdemeanor CRB | 209.01 ORG Nuisance Plants, Refuse and Surface Water | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Fine / Days | | Fine / Days / Term | | ☐ TTP with restriction until: |

☐ Deft Pled NC and was FG on Prior Date
☐ Plea is to all Counts
☐ Finding is to all Counts

**JUDGEMENT ENTRY RECEIVED FOR JOURNALIZATION**
**DEC 09 2024**
**EARLE B. TURNER, Clerk**

☐ Court concludes that any charges under CCO 367.99 are allied offenses of similar import to CCO 3103.25(e).
☐ Maximum fine for each count is $5000 under RC 2929.31 and CCO 601.99 (ORG)

☐ _____ Counts From _____ to _____　　　　　☐ Found Indigent Costs Suspended　　　☐ Sentence Stayed Until _____
☐ Bond Set $ _____　　　☐ Personal Bond　　　　☐ Sentence Satisfied as to Cost　　　　☐ House Arrest
☐ Original Bond Reinstated　　☒ Failure to Appear _____　　☒ In Contempt - Per Diem sanctions of $ 1,000　　☐ PFW _____
☐ Capias _____　　　　☐ BBS/BZA Appeal　　　　☐ Civil Judgment for Collection $ _____　　☐ F/C/D Susp: _____
☐ Capias/Warrant Recalled　　☐ Warrant Fee Waived　　Prosecutor's motion to dismiss, grounds: _____
☐ Warrant Block Release　　☐ Vehicle Registration Block Release　　Defendant's motion to dismiss, grounds: _____
　　　　　　　　　　　　　　　　　　　　　　　Reduced Waiver Hearing

Cont. To: 2/3/2025 at 1:00 am (pm) ☐ SPW
At: ☐ CODR ☐ COPR ☐ COCR ☐ PFSV ☐ Final ☐ SIP ☐ CSPT
Non-attorney representative informed that licensed attorney must enter appearance
Dismissal due to: _____
☒ CORP ☐ Show Cause ☒ Status ☒ Video Conf. ☐ PTO
☐ Corporate Authorization Filed _____
☐ PFS/PSI ☐ Property Ordered Placarded ☐ Pre-Trial Held
☐ Notice of Appearance Filed _____
☐ Subpoena Ordered: _____
☐ Defendant has been Arraigned _____
☐ Defendant is Pro Se _____
☐ Clerk to reissue summons by: ☐ Cert. Mail ☐ Bailiff
☐ Defendant's Atty _____
☒ Prosecutor Butler
☐ Housing Court Specialist Assigned: _____
☒ Clerk ordered to Journalize Extended Journal Entry

A PARTY SHALL NOT ASSIGN AS ERROR ON APPEAL THE COURT'S ADOPTION OF ANY FACTUAL FINDING OR LEGAL CONCLUSION, WHETHER OR NOT SPECIFICALLY DESIGNATED AS A FINDING OF FACT OR CONCLUSION OF LAW UNDER CRIM.R.19(D)(3)(a)(ii), UNLESS THE PARTY TIMELY AND SPECIFICALLY OBJECTS TO THAT FACTUAL FINDING OR LEGAL CONCLUSION AS REQUIRED BY CRIM.R. 19(D)(3)(b).

☐ Clerk ordered to accept $ _____ as Waiver amount ☐ Express Pay
☐ Dismiss additional Cost ☐ Continued for payment verification to _____
☒ Docketed Note: Contempt ongoing.

Magistrate _____ [signature]
☐ Service: Copies sent by regular U.S. mail to parties/counsel on ___/___/___ by ___.

**EXHIBIT A**