PPN:
AMT $0.00
CONV $0.00

202411120169 AFF
11/12/2024 10:37 AM
RCPT# 20241112000007
PAID BY City of Cleveland

| STATE OF OHIO | ) | | |
|---|---|---|---|
| | ) | SS: | **AFFIDAVIT OF FA(** |
| **CUYAHOGA COUNTY** | ) | | **TO TITLE (R.C. §53** |

*[Signature: Philip Chambers]*
**CUYAHOGA COUNTY FISCAL OFFICE**

**Cheryl Gregg**, being sworn, deposes and states:

1. I am employed by the City of Cleveland, Ohio Department of Building and Housing ("the Department.")

2. I have knowledge of facts and am competent to testify in open court about real property owned by Cleveland 2, LLC and located at 2825 S Moreland Blvd, Cleveland, Ohio, Permanent Parcel No. 14410011, as described in the deed recorded on 11/6/2020, at Automated File Number ("AFN") 202011060166, and incorporated by reference ("the Property.")

3. Inspection: Inspectors from the Department inspected one or more structures at the Property and issued one or more violation notices to the Record Owner and others with legal or equitable interests in the Property as required by Cleveland Codified Ordinance ("C.C.O.") §3103.09. The violation notice is a public record available from the Department of Cleveland City Hall:

   Department of Building and Housing, Records Room
   601 Lakeside Avenue, Room 517
   Cleveland, Ohio 44114
   https://clevelandohio.gov/city-hall/departments/building-housing

4. Noncompliance with a violation notice: Failure to comply with an order of the Building and Housing Department is a 1st degree misdemeanor under 3103.25(e) punishable by a $1,000 fine and up to one hundred and eighty (180) days incarceration. Every day in violation of compliance is a separate chargeable 1st degree misdemeanor offense. Fines per offense are cumulative including incarceration cumulative, plus all court costs.

5. Notice to Subsequent Purchasers: Under R.C. §5301.253, any violation notice of the Department that appears on the Department's public records is notice to all subsequent purchasers, transferees, or other persons who acquire any interest in the real property in which the violations exist and may be enforced against their interest in the real property without further notice or order to them.

6. Duty of Subsequent Buyer or Grantee To Correct Violations: Any buyer or grantee, by land contract or otherwise, of a dwelling building or structure, with the exception of those properties required to be registered under Chapter 3106, shall begin at the date of transfer to comply with any notice obtained or to be obtained pursuant to Section 367.12 and within ten (10) days of the date of transfer, shall notify the Director in writing, of the actions that will be taken to comply. The Director may then establish a reasonable time to comply. If the grantee fails to provide a written plan, or to comply with the notice,

**EXHIBIT B**

within ten days, the grantee shall be in violation of Section 3103.25(e).  If the Director considers the written plan to be acceptable, he or she shall notify the grantee and the grantee shall be bound by the written plan as an extension of time under the notice and shall be in violation of Section 3103.25(e) if the violations are not corrected by the time set forth in the written plan.  If the Director considers the written plan to be unacceptable, he or she shall issue to the grantee a notice with dates for compliance.

Prepared by Cheryl Gregg.

*Cheryl Gregg*
Cheryl Gregg
Department of Building and Housing
City of Cleveland, Ohio

Sworn to and subscribed in my presence on ___Nov 12___, 20_24_

_____
Notary Public

MARY F. DAUTAS
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 4/19/2025

**EXHIBIT B**

PPN:  
AMT $0.00  
CONV $0.00  

202411120170 AFF  
11/12/2024 10:37 AM  
RCPT# 20241112000007  
PAID BY City of Cleveland  

| STATE OF OHIO | ) | |
|---|---|---|
| | ) SS: | **AFFIDAVIT OF FA(** |
| **CUYAHOGA COUNTY** | ) | **TO TITLE (R.C. §53** |

*signature: Michael Chambers*

CUYAHOGA COUNTY FISCAL OFFICE

**Cheryl Gregg**, being sworn, deposes and states:

1. I am employed by the City of Cleveland, Ohio Department of Building and Housing ("the Department.")

2. I have knowledge of facts and am competent to testify in open court about real property owned by Cleveland 2, LLC and located at 2843 S Moreland Blvd, Cleveland, Ohio, Permanent Parcel No. 14410012, as described in the deed recorded on 11/6/2020, at Automated File Number ("AFN") 202011060166, and incorporated by reference ("the Property.")

3. Inspection: Inspectors from the Department inspected one or more structures at the Property and issued one or more violation notices to the Record Owner and others with legal or equitable interests in the Property as required by Cleveland Codified Ordinance ("C.C.O.") §3103.09. The violation notice is a public record available from the Department of Cleveland City Hall:

   Department of Building and Housing, Records Room  
   601 Lakeside Avenue, Room 517  
   Cleveland, Ohio 44114  
   https://clevelandohio.gov/city-hall/departments/building-housing

4. Noncompliance with a violation notice: Failure to comply with an order of the Building and Housing Department is a 1st degree misdemeanor under 3103.25(e) punishable by a $1,000 fine and up to one hundred and eighty (180) days incarceration. Every day in violation of compliance is a separate chargeable 1st degree misdemeanor offense. Fines per offense are cumulative including incarceration cumulative, plus all court costs.

5. Notice to Subsequent Purchasers: Under R.C. §5301.253, any violation notice of the Department that appears on the Department's public records is notice to all subsequent purchasers, transferees, or other persons who acquire any interest in the real property in which the violations exist and may be enforced against their interest in the real property without further notice or order to them.

6. Duty of Subsequent Buyer or Grantee To Correct Violations: Any buyer or grantee, by land contract or otherwise, of a dwelling building or structure, with the exception of those properties required to be registered under Chapter 3106, shall begin at the date of transfer to comply with any notice obtained or to be obtained pursuant to Section 367.12 and within ten (10) days of the date of transfer, shall notify the Director in writing, of the actions that will be taken to comply. The Director may then establish a reasonable time to comply. If the grantee fails to provide a written plan, or to comply with the notice,

**EXHIBIT B**

within ten days, the grantee shall be in violation of Section 3103.25(e). If the Director considers the written plan to be acceptable, he or she shall notify the grantee and the grantee shall be bound by the written plan as an extension of time under the notice and shall be in violation of Section 3103.25(e) if the violations are not corrected by the time set forth in the written plan. If the Director considers the written plan to be unacceptable, he or she shall issue to the grantee a notice with dates for compliance.

Prepared by Cheryl Gregg.

*Cheryl Gregg*
Cheryl Gregg
Department of Building and Housing
City of Cleveland, Ohio

Sworn to and subscribed in my presence on ___NOV 12___, 20_24_

_____
Notary Public

MARY F. DAUTAS
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 4/19/2025

**EXHIBIT B**

|  |  |
|---|---|
| PPN: | 202411120171 AFF |
| AMT $0.00 | 11/12/2024 10:37 AM |
| CONV $0.00 | RCPT# 20241112000007 |
|  | PAID BY City of Cleveland |

STATE OF OHIO            )
                         ) SS:   **AFFIDAVIT OF FA(**   *Michael Chambers*
CUYAHOGA COUNTY          )      **TO TITLE (R.C. §53**   CUYAHOGA COUNTY FISCAL OFFICE

**Kimberly Lanum**, being sworn, deposes and states:

1. I am employed by the City of Cleveland, Ohio Department of Building and Housing ("the Department.")

2. I have knowledge of facts and am competent to testify in open court about real property owned by Hatz Two, LLC and located at 2836 N Moreland Blvd, Cleveland, Ohio, Permanent Parcel No. 14413007, as described in the deed recorded on 12/18/2018, at Automated File Number ("AFN") 201812100298, and incorporated by reference ("the Property.")

3. Inspection: Inspectors from the Department inspected one or more structures at the Property and issued one or more violation notices to the Record Owner and others with legal or equitable interests in the Property as required by Cleveland Codified Ordinance ("C.C.O.") §3103.09. The violation notice is a public record available from the Department of Cleveland City Hall:

    Department of Building and Housing, Records Room
    601 Lakeside Avenue, Room 517
    Cleveland, Ohio 44114
    https://clevelandohio.gov/city-hall/departments/building-housing

4. Noncompliance with a violation notice: Failure to comply with an order of the Building and Housing Department is a 1st degree misdemeanor under 3103.25(e) punishable by a $1,000 fine and up to one hundred and eighty (180) days incarceration. Every day in violation of compliance is a separate chargeable 1st degree misdemeanor offense. Fines per offense are cumulative including incarceration cumulative, plus all court costs.

5. Notice to Subsequent Purchasers: Under R.C. §5301.253, any violation notice of the Department that appears on the Department's public records is notice to all subsequent purchasers, transferees, or other persons who acquire any interest in the real property in which the violations exist and may be enforced against their interest in the real property without further notice or order to them.

6. Duty of Subsequent Buyer or Grantee To Correct Violations: Any buyer or grantee, by land contract or otherwise, of a dwelling building or structure, with the exception of those properties required to be registered under Chapter 3106, shall begin at the date of transfer to comply with any notice obtained or to be obtained pursuant to Section 367.12 and within ten (10) days of the date of transfer, shall notify the Director in writing, of the actions that will be taken to comply. The Director may then establish a reasonable time to comply. If the grantee fails to provide a written plan, or to comply with the notice,

**EXHIBIT B**

within ten days, the grantee shall be in violation of Section 3103.25(e). If the Director considers the written plan to be acceptable, he or she shall notify the grantee and the grantee shall be bound by the written plan as an extension of time under the notice and shall be in violation of Section 3103.25(e) if the violations are not corrected by the time set forth in the written plan. If the Director considers the written plan to be unacceptable, he or she shall issue to the grantee a notice with dates for compliance.

Prepared by Kimberly Lanum.

_____
Kimberly Lanum
Department of Building and Housing
City of Cleveland, Ohio

Sworn to and subscribed in my presence on ____Nov 12____, 20__24__

_____
Notary Public

MARY F. DAUTAS
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 4/19/2025

**EXHIBIT B**

Doc # 202411120172  Recorded: 11/12/2024 10:37 AM  Page 1 of 2
Case: 1:24-cv-01606-BMB  Doc #: 26-2  Filed: 02/10/25  7 of 8.  PageID #: 1108
PPN:
AMT  $0.00
CONV $0.00
202411120172  AFF
11/12/2024  10:37 AM
RCPT#  20241112000007
PAID BY City of Cleveland

| STATE OF OHIO | ) | | |
|---|---|---|---|
| | ) | SS: | **AFFIDAVIT OF FA(** |
| **CUYAHOGA COUNTY** | ) | | **TO TITLE (R.C. §53** |

*Michael Chambers*
**CUYAHOGA COUNTY FISCAL OFFICE**

**Kimberly Lanum**, being sworn, deposes and states:

1. I am employed by the City of Cleveland, Ohio Department of Building and Housing ("the Department.")

2. I have knowledge of facts and am competent to testify in open court about real property owned by Hatz Two, LLC and located at 2830 N Moreland Blvd, Cleveland, Ohio, Permanent Parcel No. 14413008, as described in the deed recorded on 12/10/2018, at Automated File Number ("AFN") 201812100296, and incorporated by reference ("the Property.")

3. Inspection: Inspectors from the Department inspected one or more structures at the Property and issued one or more violation notices to the Record Owner and others with legal or equitable interests in the Property as required by Cleveland Codified Ordinance ("C.C.O.") §3103.09. The violation notice is a public record available from the Department of Cleveland City Hall:

    Department of Building and Housing, Records Room
    601 Lakeside Avenue, Room 517
    Cleveland, Ohio  44114
    https://clevelandohio.gov/city-hall/departments/building-housing

4. Noncompliance with a violation notice: Failure to comply with an order of the Building and Housing Department is a 1st degree misdemeanor under 3103.25(e) punishable by a $1,000 fine and up to one hundred and eighty (180) days incarceration. Every day in violation of compliance is a separate chargeable 1st degree misdemeanor offense. Fines per offense are cumulative including incarceration cumulative, plus all court costs.

5. Notice to Subsequent Purchasers: Under R.C. §5301.253, any violation notice of the Department that appears on the Department's public records is notice to all subsequent purchasers, transferees, or other persons who acquire any interest in the real property in which the violations exist and may be enforced against their interest in the real property without further notice or order to them.

6. Duty of Subsequent Buyer or Grantee To Correct Violations: Any buyer or grantee, by land contract or otherwise, of a dwelling building or structure, with the exception of those properties required to be registered under Chapter 3106, shall begin at the date of transfer to comply with any notice obtained or to be obtained pursuant to Section 367.12 and within ten (10) days of the date of transfer, shall notify the Director in writing, of the actions that will be taken to comply. The Director may then establish a reasonable time to comply. If the grantee fails to provide a written plan, or to comply with the notice,

**EXHIBIT B**

within ten days, the grantee shall be in violation of Section 3103.25(e). If the Director considers the written plan to be acceptable, he or she shall notify the grantee and the grantee shall be bound by the written plan as an extension of time under the notice and shall be in violation of Section 3103.25(e) if the violations are not corrected by the time set forth in the written plan. If the Director considers the written plan to be unacceptable, he or she shall issue to the grantee a notice with dates for compliance.

Prepared by Kimberly Lanum.

_____
Kimberly Lanum
Department of Building and Housing
City of Cleveland, Ohio

Sworn to and subscribed in my presence on ___Nov 12___, 20_24_

_____
Notary Public

MARY F. DAUTAS
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 4/19/2025

**EXHIBIT B**