The Court grants the motion to correct error.
*s/ Bridget Meehan Brennan*
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| FANNIE MAE, | Case No. 1:24-cv-01606-BMB |
| Plaintiff, | |
| -vs- | Judge: Hon. Bridget Meehan Brennan |
| HATZ ONE LLC, *et al.*, | |
| Defendants. | |

**MOTION TO CORRECT SCRIVENER'S ERROR
IN THE CORPORATE NAME OF THE PROPOSED RECEIVER IDENTIFIED IN
PLAINTIFF FANNIE MAE'S MOTION FOR APPOINTMENT OF RECEIVER**

Comes now Plaintiff Fannie Mae ("Plaintiff"), by and through its undersigned counsel, and, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, hereby moves this Court to correct its clerical error in stating the corporate name of the proposed Receiver identified in Plaintiff's Motion for the Appointment of a Receiver (the "Motion"). In the Motion, Plaintiff proposed the appointment of G&E Real Estate Services, Inc. d/b/a Newmark, by and through its designated person John A. Rothschild, Jr., as receiver. The proposed receiver should have been identified as G&E Real Estate *Management* Services, Inc. d/b/a Newmark, by and through its designated person John A. Rothschild, Jr. (the "Receiver") (emphasis added). Plaintiff will submit a corrected proposed order contemporaneously herewith.

Granting this Motion will not unduly prejudice Defendants nor will it delay these proceedings. For these reasons, Fannie Mae respectfully requests that the identity of the proposed receiver be corrected in any order that is entered.

19692874v3