# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE | : | CASE NO. 1:24-cv-1606 |
| | : | |
| | : | Judge Bridget Meehan Brennan |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HATZ ONE LLC, et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF LACK OF AUTHORITY

Counsel for Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner (collectively "Hatz") advise the Court and opposing counsel that counsel for Hatz currently lacks authority to proceed in this matter because of the ongoing estate proceedings for Mr. Steiner. As the Court is aware, Mendel Steiner passed away on January 9, 2025 and was the sole member of Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, and Cleveland 3 LLC. As of today, the probate court for Mr. Steiner has yet to appoint a representative or someone with authority to direct counsel. As such, counsel lacks the authority to appear at the evidentiary hearing, present anything to the Court, or otherwise advocate for Hatz until the estate issues are resolved.

2

Respectfully submitted,

**UB GREENSFELDER LLP**

*/s/ Amanda J. Martinsek*
Amanda J. Martinsek (0058567)
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7000
Fax: (216) 583-7001
amartinsek@ubglaw.com

**OFFIT KURMAN, P.A.**

*/s/ Joyce A. Kuhns*
1954 Greenspring Drive, Suite 605
Timonium, MD 21093
(410) 209-6400 (phone)
(410) 209-6435 (facsimile)
jkuhns@offitkurman.com

**ATTORNEYS FOR DEFENDANTS HATZ ONE LLC, HATZ TWO LLC, CLEVELAND 2 LLC, CLEVELAND 3 LLC, AND MENDEL STEINER**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2025, a true and accurate copy of the foregoing was filed with the Clerk of the Court and served on counsel of record via the CM/ECF system.

                                          */s/ Amanda J. Martinsek*
                                          Amanda J. Martinsek (0058567)

                                          *Attorney for Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner*