UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | Case No. 1:24-cv-01606-BMB |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Bridget Meehan Brennan |
| | ) | |
| v. | ) | |
| HATZ ONE LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**<u>Oath of Receiver</u>**

State of Ohio
County of Cuyahoga

    I, Michael Guggenheim, after being first sworn, accept the duties of Receiver under the terms of that certain ORDER granting Plaintiff Fannie Mae's Motion for Immediate Appointment of Receiver dated February 28, 2025 (the "Receivership Order") and having obtained the bond of receiver attached hereto agrees as follows:

    a. To act in conformity with the Receivership Order, Ohio law and the Local Civil Rules for the Northern District of Ohio;

    b. To deposit all funds coming into my hands into a separate trust account for the receivership estate, with full contemporaneous record-keeping for all funds;

    c. To avoid any conflict of interest;

    d. To not directly or indirectly pay or accept anything of value that is not permitted pursuant to the Receivership Order or has not been fully and timely disclosed and formally approved by the court.

    e. To not directly or indirectly purchase, acquire, or accept any interest in property managed, appraised, or sold through the receivership;

    f. To otherwise act in the best interests of the receivership estate; and

1


g. That I am disinterested person and have no interest in Defendant, Plaintiff or Receivership Property.

_____
Michael Guggenheim

Subscribed and sworn to before me this 3rd day of March, 2025.

_____
Notary Public
My Commission Expires:

MITCHELL COHEN
Notary Public, State of Ohio
My Commission Does Not Expire
Recorded in Cuyahoga County


# Western Surety Company

STATE OF  OHIO  
COUNTY OF  CUYAHOGA  } ss

IN THE  UNITED STATES DISTRICT  COURT

No.  1:24-CV-1606

Bond No.  72716662

Fannie Mae

vs.  Plaintiff(s)

Hatz One LLC, Et Al.

Defendant(s)

**BOND OF RECEIVER**

Effective Date:  March 5th, 2025

KNOW ALL PERSONS BY THESE PRESENTS:

That we,  Michael Guggenheim ,

as Principal, and WESTERN SURETY COMPANY, a corporation duly licensed to do surety business in the

State of  Ohio , as Surety, are held and firmly bound unto

 United States District Court, North District of Ohio, Eastern Division  in the sum of

 Ten Thousand and 00/100  DOLLARS ($ 10,000.00 ),
for the payment of which well and truly to be made, we bind ourselves and our legal representatives, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That whereas on the  28th  day of  February , 2025 , the above named Principal was appointed Receiver in the above entitled matter.

NOW THEREFORE, if the Principal shall faithfully discharge the duties of Receiver in said action, and shall obey the orders of the Court therein, then this obligation to be null and void, otherwise to remain in full force and effect. In no event shall the total liability of the Surety for all breaches of the condition of this bond exceed the amount stated above.

Dated this  7th  day of  March , 2025 .

_____  
Principal

WESTERN SURETY COMPANY

By _____  
Larry Kasten, Vice President

Form F8948-12-2019

ACKNOWLEDGMENT OF SURETY

STATE OF SOUTH DAKOTA ) ss
COUNTY OF MINNEHAHA )

On this ___7th___ day of ___March___, __2025__, before me, a Notary Public in and for said County, personally appeared ___Larry Kasten___ personally known to me, who being by me duly sworn, did say that he is the aforesaid officer of WESTERN SURETY COMPANY of Sioux Falls, South Dakota, a corporation duly organized and existing under the laws of the State of South Dakota, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal the day and year last above written.

My commission expires

_____August 11___, __2028___

_____S. Petrik_____
Notary Public

S. PETRIK
NOTARY PUBLIC
SEAL  SOUTH DAKOTA  SEAL

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint _Larry Kasten_ of _Sioux Falls_, State of _South Dakota_, its regularly elected _Vice President_, as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, the following bond:

One _Receiver Fannie Mae V. Hatz One LLC, Et Al._

bond with bond number _72716662_

for _Michael Guggenheim_
as Principal in the penalty amount not to exceed: $ _10,000.00_ .

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

This Power of Attorney may be signed by digital signature and sealed by a digital or otherwise electronic-formatted corporate seal under and by the authority of the following Resolution adopted by the Board of Directors of the Company by unanimous written consent dated the 27th day of April, 2022:

"RESOLVED: That it is in the best interest of the Company to periodically ratify and confirm any corporate documents signed by digital signatures and to ratify and confirm the use of a digital or otherwise electronic-formatted corporate seal, each to be considered the act and deed of the Company."

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its _Vice President_ with the corporate seal affixed this _7th_ day of _March_, _2025_.

ATTEST                                                                                                WESTERN SURETY COMPANY

_L. Bauder, Assistant Secretary_                                By _Larry Kasten, Vice President_

STATE OF SOUTH DAKOTA } ss
COUNTY OF MINNEHAHA  }

On this _7th_ day of _March_, _2025_, before me, a Notary Public, personally appeared _Larry Kasten_ and _L. Bauder_ who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as _Vice President_ and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

S. GREEN
NOTARY PUBLIC
SOUTH DAKOTA

My Commission Expires February 12, 2027                                                    _S. Green_, Notary Public

**To validate bond authenticity, go to www.cnasurety.com > Owner/Obligee Services > Validate Bond Coverage.**

Form F9701