UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-CV-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| HATZ ONE LLC, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Before the Court is the Receiver's unopposed Motion for Court Approval to Retain Counsel. (Doc. 32.) Specifically, the Receiver seeks authorization to retain the law firm Weyls Peters & Chuparkoff LLC. The Court finds that (i) the Court has jurisdiction over this matter pursuant to Ohio Revised Code § 2735.01, *et seq.*; (ii) notice of the Motion was sufficient; and (iii) the Motion establishes just cause for the approval to retain counsel. Accordingly, the Court ORDERS:

1. The Motion for Court Approval to Retain Counsel is GRANTED;

2. The receiver is authorized to retain the law firm of Weyls Peters & Chuparkoff LLC as counsel;

3. The retention of counsel is effective *nunc pro tunc* to February 28, 2025; and

4. The Receiver shall include with his status reports an application to the Court to include detailed billing statements from Counsel. The Court shall review said billing statements and approve the payment for stated fees as appropriate. If approved, said fees shall be Receivership Expenses of the receivership estate.

**IT IS SO ORDERED.**

Date: March 28, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE