## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **FANNIE MAE** | : | |
| | : | **Case No. 1:24-cv-1606** |
| **Plaintiff,** | : | |
| | : | **Judge Bridget Meehan Brennan** |
| vs. | : | |
| | : | |
| **HATZ ONE LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Notice is hereby given that Attorney Daniel J. Bennett of the law firm Bennett Law Group, LLC hereby enters his appearance as counsel of record for Park National Capital Funding, LLC in the above-captioned matter. All correspondence, pleadings and court notices should be served upon Mr. Bennett at the mailing and/or electronic address listed below.

Respectfully Submitted,

*/s/ Daniel J. Bennett*
Daniel J. Bennett (0079932)
Bennett Law Group, LLC
81 Mill Street, Suite 300
Gahanna, OH 43230
Telephone: (614) 416-8147
Fax: (614) 416-8153
Email: dan@danbennettlaw.com
*Counsel for Park National Capital Funding, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                */s/ Daniel J. Bennett*
                                                Daniel J. Bennett