# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | Case No. 1:24-cv-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HATZ ONE LLC, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, Attorney Amanda J. Martinsek hereby moves this Court for leave to withdraw as counsel for Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner (collectively the "Hatz Defendants"). At the time the representation commenced, Ms. Martinsek was a partner with UB Greensfelder LLP ("UBG"). Ms. Martinsek recently left UBG and became an attorney with Miller, Canfield, Paddock and Stone, PLC ("Miller Canfield) and is no longer with UBG.  In addition to the circumstances outlined below, Miller Canfield has a conflict which prevents Ms. Martinsek from continuing the representation of the Hatz Defendants in this matter.

Further, as this Court is aware, Defendant Mendel Steiner passed away on January 9, 2025 and was the sole member of Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, and Cleveland 3 LLC. It is anticipated that Leo Gold will be appointed as representative of Defendant Mendel Steiner's estate. It is Ms. Martinsek's understanding that, at least at this time, Attorney Joyce A. Kuhns of Offit Kurman, P.A. who has been admitted in this matter *pro hac vice* will continue to represent the Hatz Defendants in this matter.

In compliance with Local Rule 83.9, Ms. Martinsek confirms that notice of this motion for leave to withdraw as counsel has been provided to Leo Gold, Ms. Kuhns and will be available to counsel for all other parties via electronic service of this pleading.

Respectfully submitted,

**Miller, Canfield, Paddock & Stone, P.L.C.**

 /s/ Amanda J. Martinsek
Amanda J. Martinsek (0058567)
1100 Superior Ave. E
Suite 1750
Cleveland, OH 44114

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion to Withdraw as Counsel for Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner* was electronically filed on April 11, 2025. Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system.

 /s/ Amanda J. Martinsek
Amanda J. Martinsek (0058567)

*Attorneys for Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner*
