# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | Case No. 1:24-cv-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HATZ ONE LLC, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Having reviewed the Motion for Leave to Withdraw as Counsel filed by Amanda J. Martinsek, and for good cause shown, the Court hereby GRANTS the motion to withdraw. Attorney Amanda J. Martinsek's appearance in this matter as counsel for Defendants, Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, Cleveland 3 LLC, and Mendel Steiner, is hereby withdrawn.

**IT IS SO ORDERED.**

_____
Judge Bridget Meehan Brennan
UNITED STATES DISTRICT JUDGE