# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE, | ) Case No. 1:24-cv-1606 |
| | ) |
| Plaintiff, | ) JUDGE BRIDGET MEEHAN BRENNAN |
| | ) |
| v. | ) **JUDGMENT ENTRY** |
| | ) |
| HATZ ONE LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

This cause came to be considered upon the Receiver's First Report and Application for Approval of Fees filed on April 28, 2025. Upon due consideration and for good cause, the Court grants Receiver's Application for Approval of Fees.

IT IS SO ORDERED.

_____     _____

DATE                                                              JUDGE  BRIDGET MEEHAN BRENNAN


/s/ Mitchell Cohen
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
*Counsel for Receiver, Michael Guggenheim*

1

**CERTIFICATE OF SERVICE**

      The foregoing Judgment Entry approving Receiver's First Report and Application for Fees filed on April 28, 2025 has been served via Electronic Mail to all counsel of record via the Court's electronic filing system.

      */s/ Mitchell Cohen*
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
      Jeff@W-PLLC.com
*Counsel for Receiver, Michael Guggenheim*