# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE, | : |
| | : Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : |
| | : Judge: Hon. Bridget Meehan Brennan |
| -vs- | : |
| | : |
| HATZ ONE LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## MOTION TO SUBSTITUTE "LEIB STEINER, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF MENDEL STEINER" IN PLACE OF DEFENDANT MENDEL STEINER, NOW DECEASED

Plaintiff Fannie Mae ("Fannie Mae"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 25(a)(1), hereby respectfully moves this Court for an Order Substituting the "Leib Steiner, as Temporary Administrator of the Estate of Mendel Steiner" in place of Defendant Mendel Steiner, now deceased.  In support of this motion, Fannie Mae states that: (1) Mr. Steiner's death was suggested upon the record of these proceedings pursuant to Fed. R. Civ. P. 25(a)(1) on February 10, 2025; (2) the instant motion, coming within ninety days of the aforesaid suggestion upon the record of Mr. Steiner's death, is made and served timely pursuant to Fed. R. Civ. P. 25(a)(1); (3) Leib Steiner is the duly appointed Temporary Administrator of the Estate of Mendel Steiner; and (4) the claim against Mr. Steiner is not extinguished by his death.  *See* Order Granting Temporary Letters of Administration, attached hereto as Exhibit A.

For these reasons, Fannie Mae respectfully requests this Court to enter an Order Substituting the "Leib Steiner, as Temporary Administrator of the Estate of Mendel Steiner" in place of Defendant Mendel Steiner, now deceased.

A proposed order is submitted herewith.

20319413v1

Respectfully submitted,

/s/ Justin W. Ristau
Matthew D. Gurbach (0076707)
Brendan Heil (0091991)
BRICKER GRAYDON LLP
1100 Superior Avenue, Suite 1600
Cleveland, OH 44114
Tel: (216) 523-5405
mgurbach@brickergraydon.com
bheil@brickergraydon.com

Justin W. Ristau (0075222)
BRICKER GRAYDON LLP
100 South Third Street
Columbus, Ohio 43215
Tel: (614) 227-2300
Email: jristau@brickergraydon.com

20319413v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically filed on May 2, 2025.  Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system or as indicated below:

<u>Process Server</u>:

Notice will also be sent to the following:

Leib Steiner
1258 54th Street
Brooklyn, NY 11219

                                                                               /s/ Justin W. Ristau
                                                                               Justin W. Ristau (0075222)

**EXHIBIT A**

At a term of the Surrogate's Court of the State of New York held in and for the County of Kings at Brooklyn, New York.

PRESENT: Hon. Rosemarie Montalbano, Surrogate

**Administration Proceeding, Estate of Mendel Steiner**

Deceased.

**ORDER GRANTING TEMPORARY LETTERS OF ADMINISTRATION**
**File No. 2025-208/A**

A verified petition having been filed by Leib Steiner praying for a decree granting Temporary Letters of Administration, and it appearing that it is in the best interest of the estate that Temporary Letters of Administration issue; now it is

ORDERED AND DECREED, that Temporary Letters of Administration issue to Leib Steiner upon proper qualification and the filing of a bond be and hereby is dispensed with pursuant to SCPA § 805; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions:

Temporary Letters of Administration for the sole purpose of collecting and maintaining the personal assets belonging to the decedent and prosecuting or defending any cause of action on behalf of the estate.

And said Temporary Administrator is hereby restrained from compromising any cause of action until further court order pursuant to EPTL 5-4.6.

ORDERED, that said Temporary Letters of Administration are valid for six months from the date of this order and that the jurisdiction over all interested parties shall be obtained within six months from the date of this orderl

DATED:

APR 1 7 2025

Hon. Rosemarie Montalbano
Surrogate