**EXHIBIT A**

At a term of the Surrogate's Court of the State of New York held in and for the County of Kings at Brooklyn, New York.

PRESENT: Hon. Rosemarie Montalbano, Surrogate

---

**Administration Proceeding, Estate of Mendel Steiner**

Deceased.

---

**ORDER GRANTING TEMPORARY LETTERS OF ADMINISTRATION**
**File No. 2025-208/A**

A verified petition having been filed by Leib Steiner praying for a decree granting Temporary Letters of Administration, and it appearing that it is in the best interest of the estate that Temporary Letters of Administration issue; now it is

ORDERED AND DECREED, that Temporary Letters of Administration issue to Leib Steiner upon proper qualification and the filing of a bond be and hereby is dispensed with pursuant to SCPA § 805; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions:

Temporary Letters of Administration for the sole purpose of collecting and maintaining the personal assets belonging to the decedent and prosecuting or defending any cause of action on behalf of the estate.

And said Temporary Administrator is hereby restrained from compromising any cause of action until further court order pursuant to EPTL 5-4.6.

ORDERED, that said Temporary Letters of Administration are valid for six months from the date of this order and that the jurisdiction over all interested parties shall be obtained within six months from the date of this orderl

DATED:

APR 1 7 2025

_____
Hon. Rosemarie Montalbano
Surrogate