**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**FANNIE MAE**

        **Plaintiff,**                                     **Case No.: 1:24-cv-01606**

    vs.

**HATZ ONE LLC, et al.**

        **Defendants.**

**ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER**

For good cause shown, it is ordered by the Court that the State of Ohio, DEPARTMENT OF TAXATION, be granted leave to leave to file its amended answer. It is further ordered that the proposed amended answer be accepted as filed.

                                                                _____
                                                                JUDGE

APPROVED:

/s/ Cory D. Steinmetz
_____
Cory D. Steinmetz (0092319)
Assistant Attorney General
Collections Enforcement Section
30 East Broad Street, 14th Floor
Columbus, OH  43215-3130
(614) 644-9548