UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE, | : |
| | : Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : |
| | : Judge: Hon. Bridget Meehan Brennan |
| -vs- | : |
| | : |
| HATZ ONE LLC, *et al.*, | : |
| | : |
| Defendants. | : |

## MOTION TO DISMISS DEFENDANT STATE OF OHIO, DEPARTMENT OF TAXATION BASED ON AMENDED ANSWER DISCLAIMING AN INTEREST IN THE PROPERTIES

Plaintiff Fannie Mae ("Plaintiff") hereby provides notice to the Court and parties that Defendant State of Ohio, Department of Taxation ("Ohio DOT") has filed a Motion for Leave to File an Amended Answer. The Proposed Amended Answer avers that the liens in favor of Ohio DOT have been satisfied, disclaims an interest, and denies the allegations in the Complaint.

Based on the motion and proposed answer, Plaintiff requests that this Court dismiss, without prejudice, Ohio DOT from this case pursuant to Federal Rule of Civil Procedure 21.

Respectfully submitted,

*/s/ Justin W. Ristau*
Justin W. Ristau (0075222)
BRICKER GRAYDON LLP
100 South Third Street
Columbus, Ohio 43215
(614) 227-2300
jristau@brickergraydon.com

20069829v1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically filed on this 12th day of August, 2025. Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system or by regular U.S. mail as provided below:

Cory D. Steinmetz
Assistant Attorney General
Collections Enforcement Section
30 East Broad St., 14th Floor
Columbus, OH  43215-3130

Mitchell I. Cohen
Weyls, Peters & Chuparkoff – Independence
Suite 105
6505 Rockside Road
Independence, OH  44131

Joyce A. Kuhns
Offit Kurman - Timonium
Suite 605
1954 Greenspring Drive
Timonium, MD  21093

*/s/ Justin W. Ristau*
Justin W. Ristau (0075222)