# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

FANNIE MAE,

        Plaintiff,

vs.

HATZ ONE LLC, et al.,

        Defendants.

DATE: August 26, 2025

CASE NO. 24-CV-01606-JDG

MAGISTRATE JUDGE JONATHAN D. GREENBERG

| Counsel for Defendants: | Counsel for Plaintiff: |
|---|---|
| Joyce Kuhns | Justin Ristau |

PROCEEDINGS: A telephonic case management conference was held on August 26, 2025, with the above participants. Case management deadlines are set forth in a separate Order issued this date.

A telephone status conference is set for **September 4, 2025 at 1:00 p.m.** Counsel shall receive call-in information via email.

   40 mins

Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge