# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-cv-01606-JDG |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| HATZ ONE, LLC, ET AL., | ) | |
| | ) | **CASE MANAGEMENT** |
| Defendants. | **)** | **CONFERENCE ORDER** |
| | ) | |
| | ) | |

A case management conference was conducted with counsel in this matter on August 26, 2025. The following were in attendance:

Justin Ristau for Plaintiff.

Joyce A. Kuhns for Defendants.

The Court encourages the parties and counsel to discuss the possibility of settlement while the case is progressing. If a settlement is reached, the parties shall timely submit a stipulation of settlement and dismissal, or otherwise notify the Court that such a stipulation is in progress by contacting the Court's Courtroom Deputy, Kyle DeVan, at 216-357-7130.

1. **Case Management Dates and Track Assignment**

This case is assigned to the **standard track** pursuant to Local Rule 16.2.

Discovery shall be completed on or before **December 1, 2025.**

Plaintiff's expert reports are due on or before **January 1, 2026**.

Defense expert reports are due on or before **February 1, 2026**.

Expert discovery shall be completed on or before **April 1, 2026**.

The last day to amend pleadings or add parties is **September 1, 2025.**

Dispositive motions must be filed on or before **July 31, 2026.** Responses to dispositive motions must be filed within thirty (30) days of the filing of the dispositive motion. Replies must be filed within fourteen (14) days of the filing of the response. (See Local Rule 7.1). **No sur-reply brief may be filed without leave of Court**. The filing of a dispositive motion before the end of discovery does not relieve the parties of their obligation to meet the discovery deadlines set forth in this order.

 Without leave of Court, no discovery materials shall be filed, except as necessary to support dispositive motions. If a party intends to rely on deposition testimony in support of its position on a motion, the Court prefers the filing of the entire deposition rather than excerpts, unless the party truly believes that excerpts are sufficient, and with the proviso that any other party who believes the excerpts offered are not sufficient is free to file the entire deposition. In any event, discovery and disclosure material submitted in support of any party's position shall be filed at the same time as that party's memorandum setting forth its position. **Factual allegations or arguments relying upon the record that do not cite to the record or are unsupported by the record citation, will not be considered by the Court.**

2. **Discovery**

Initial disclosures shall be exchanged by **September 26, 2025**.

**The parties are reminded of their obligations under Fed. R. Civ. P. 26, as amended. No witness or exhibit will be permitted unless provided to opposing counsel in accordance with Fed. R. Civ. P. 26. The Court directs the parties to comply with Local Rule 30.1 and 37.1 before filing any motions seeking aid from the Court in discovery matters. No motions pertaining to**

**discovery disputes may be filed without prior authorization from the court. Leave to file such motions will not be granted unless the parties have complied with the local rules and have attempted to resolve the dispute with the court's aid by way of a telephone conference.**

### 3.  Electronic Filing & Notifications

This case is subject to mandatory electronic filing pursuant to Local Civil Rule 5.1(c). If it has not already been done, all counsel must complete Attorney Registration Forms and return them to the Clerk of Court as soon as possible so that attorney user accounts can be established. An Attorney Registration Form is in the Policies and Procedures Manual. In addition, counsel can easily register online at:

http://www.ohnd.uscourts.gov/Online_Forms/ECF_Attorney
_Registration/ecf_attorney_registration.html

Only counsel of record will be notified of court proceedings. Counsel shall follow the instructions for updating contact information via the procedures set forth on this Court's public website. *See* Attorney Registration Change of Name/Address instructions set forth at www.ohnd.uscourts.gov.

### 4.  ADR

After discussion with the parties, the Court determined that ADR **would not** be useful at this time.

### 5.  Extensions

Any request for an extension of any deadline must be made *before* the deadline date, but such requests will not be routinely granted.

6. **Status Conference**

A telephonic status conference with counsel will be held on **October 24, 2025, at 10:00 a.m.**

**Parties are reminded to comply with all Local Rules, including, but not limited to, the page limitations for briefs and formatting requirements for briefs**.

IT IS SO ORDERED.

_s/ Jonathan D. Greenberg_
Jonathan D. Greenberg
U.S. MAGISTRATE JUDGE

Date:  August 26, 2025