# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

FANNIE MAE,

        Plaintiff,

vs.

HATZ ONE LLC, et al.,

        Defendants.

DATE: September 4, 2025

CASE NO. 24-CV-01606-JDG

MAGISTRATE JUDGE JONATHAN D. GREENBERG

---

Counsel for Defendants:  
Joyce Kuhns

Counsel for Plaintiff:  
Justin Ristau

---

PROCEEDINGS: A telephonic status conference was held on September 4, 2025, with the above participants.

    A telephone status conference is set for **October 24, 2025 at 10:00 a.m.** Counsel shall receive call-in information via email.

---

   15 mins

Total Time

*s/ Jonathan D. Greenberg*  
Jonathan D. Greenberg  
United States Magistrate Judge