# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | : | |
| | : | Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | Magistrate Judge Greenberg |
| HATZ ONE LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFF FANNIE MAE'S MOTION TO CONTINUE STATUS CONFERENCE

The Court having heard Plaintiff's Motion to Continue Status Conference currently set for October 24, 2025, and the same being well taken, the Court hereby continues the status conference to _____, 2025.

25202495v1