# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE, | : |
| | : Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : |
| | : Judge: Hon. Bridget Meehan Brennan |
| -vs- | : |
| | : |
| HATZ ONE LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER AND DECREE OF FORECLOSURE

This matter is before the Court upon the complaint (the "Complaint"), the motion for partial summary judgment (the "Motion") of Plaintiff Fannie Mae ("Plaintiff") on Counts One and Four of its Complaint against Defendants Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, and Cleveland 3 LLC (collectively, "Borrower").  Upon review of the Motion and good cause shown. this Court finds that Plaintiff is entitled to partial summary judgment on counts 1 and 4 of its Complaint, as more fully set forth below.

**THEREFORE, THE COURT HEREBY FINDS:**

1. This Court has subject matter jurisdiction over this matter and personal jurisdiction over all named parties.

2. Venue in this Court is proper.

3. All defendants have been properly served and filed answers to the Complaint.

4. None of the defendants opposed Plaintiff's motion.

5. Borrower is a collection of Ohio limited liability companies which include Hatz One LLC, Hatz Two LLC, Cleveland 2 LLC, and Cleveland 3 LLC, who maintain a principal place of business at 1044 57th Street, Brooklyn, New York 11219.

6. On or about October 30, 2020, Borrower entered into a multifamily loan (the "Mortgage Loan"), subject to the terms and conditions of that certain Multifamily Loan and Security Agreement (Non-Recourse) dated October 30, 2020 (the "Loan Agreement") with Greystone Servicing Company LLC ("Original Lender"). A true and accurate copy of the Loan Agreement was attached to the Complaint as Exhibit B.

7. To evidence the Mortgage Loan, Borrower executed and delivered to Original Lender a Multifamily Note in the original principal amount of $22,645,000.00 (the "Note"). A true and accurate copy of the Note was attached to the Complaint as Exhibit C.

8. The Note contained an endorsement through which the Original Lender endorsed the Note to Fannie Mae.

9. The Note was endorsed and the Mortgage was assigned to Fannie Mae prior to the filing of the Complaint. A true and accurate copy of the Assignment was attached to the Complaint as Exhibit F.

10. Borrower defaulted on the Note through failure to timely pay the Monthly Debt Service Payment on June 1, 2024 and July 1, 2024.

11. Borrower's failure to timely pay the Monthly Debt Service Payments constitutes an automatic "Event of Default".

12. In addition, during an inspection of the Properties on June 11, 2024, Borrower refused to provide complete and accurate information regarding the Properties and financial records, which is an Event of Default.

13. Under the Loan Agreement, failure to provide complete and accurate information upon request is a violation of the Loan Agreement. *See* Loan Agreement, Section 8.02. The material omission of information provided by Borrower in connection with any financial statement, rent roll, or other information is also a violation of the Loan Agreement.

14. Also, under the Loan Agreement, upon any Event of Default, Fannie Mae may declare the entire unpaid balance of the Mortgage Loan, any Accrued Interest, interest accruing at the Default Rate, the Prepayment Premium, and all other Indebtedness, at the option of Fannie Mae, shall immediately become due and payable.

15. On July 23, 2024, Fannie Mae delivered a Default and Acceleration Letter (the "Notice of Default") to Borrower which provided notice of the payment default and demanded payment in full of all amounts due, owing and payable under the Loan Documents.

16. To date, Borrower has not cured any of the Events of Default, nor has it paid the accelerated balance due under the Note.

17. The Note provides that if an Event of Default has occurred and is continuing, the entire unpaid principal balance of the Mortgage Loan, any Accrued Interest, interest accruing at the Default Rate, the Prepayment Premium (if applicable), and all other Indebtedness, at the option of Lender, shall immediately become due and payable, without any prior written notice to Borrower.

18. As of October 21 2025, the outstanding balance due and owing under the Note was $26,642,944.86, which amount includes $22,645,000.00 in unpaid principal, plus contract interest in the amount of $1,084,947.18, plus default interest in the amount of $1,278,607.37, plus other fees and costs, attorneys' fees, and property protection advances,

and receivership advances. Additional interest, fees, costs, attorneys' fees, property protection advances, and receivership advances will continue to accrue.

19. As security for repayment of the Note, Borrower executed and delivered to Original Lender an Open-End Multifamily Mortgage dated October 30, 2020 (the "Mortgage").

20. The lien of the Mortgage attached to the real property described in Legal Description included on Exhibit A hereto, which parcels are commonly known as 2635 N. Moreland Boulevard, 2621 N. Moreland Boulevard, 2622 N. Moreland Boulevard, 2630 N. Moreland Boulevard, 2636 N. Moreland Boulevard, 2642 N. Moreland Boulevard, 2653 N. Moreland Boulevard, 2805 Ludlow Road, 2822 S. Moreland Boulevard, 2825 S. Moreland Boulevard, 2843 S. Moreland Boulevard, 2851 Hampton Road, 2870 S. Moreland Boulevard, 2880 S. Moreland Boulevard, 14101 S. Woodland Road (the "Property").

21. The Mortgage was delivered to the Recorder of Cuyahoga County, Ohio for recording and was recorded on November 6, 2020 as Instrument No. 202011060167 in the mortgage records of said county. A true and accurate copy of a recorded copy of the Mortgage was attached to the Complaint as Exhibit D.

22. As evidenced by the original Title Commitment filed contemporaneously with the Complaint and the Amended Commitment attached to Plaitniff's partial motion for summary judgment, the Mortgage is a valid and subsisting first priority mortgage on the Property, subject only to the lien of the State of Ohio for unpaid real estate taxes and assessments.

23. The Court finds that the lien of the Mortgage was intended and did in fact attach to the entire fee simple interest in the Property.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.      The above and foregoing findings are hereby made part of this decree and order and incorporated herein by this reference.

2.      Judgment is hereby entered, with respect to Count One, as follows:

    A.    That Plaintiff is entitled to an *in rem* judgment in the amount of $26,642,944.86 as of October 21 2025 (which amount includes $22,645,000.00 in unpaid principal, plus contract interest in the amount of $1,084,947.18, plus default interest in the amount of $1,278,607.37, plus other fees and costs, attorneys' fees, and property protection advances, and receivership advances), plus all additional amounts which continue to accrue and to which Fannie Mae is entitled under the Loan Documents including, but not limited to, additional fees, costs, attorneys' fees, property protection advances, and receivership advances.

3.      Judgment is hereby entered, with respect to Count Four, as follows:

    A.    That the Mortgage is a valid and subsisting first and best lien upon the Property ahead of all other liens, claims, or encumbrances, subject only to real estate taxes, and that said mortgage lien shall be and hereby is foreclosed.

    B.    That, unless any defendant pays or causes to be paid the costs of this action and all amounts due and owing to Fannie Mae, within three (3) days after the entry of this Decree, the equity of redemption of all defendants in this case shall be forever cut off, barred and foreclosed and the Property shall be sold free and clear of any lien, claim or interest of any defendant, of whatever nature or kind.

    C.    That Fannie Mae shall apply for and the Clerk of the United States District Court for the Northern District of Ohio shall issue an Order of Sale.

    D.    That the United States Marshal for the Northern District of Ohio shall thereupon advertise and sell, according to law, the Property.

    E.    That, as upon execution, said United States Marshall shall report his proceedings under this Decree and Order to this Court and shall deposit the proceeds of the sale, if any, into the registry of the Court.

    F.    That, upon confirmation of said sale, said Clerk shall apply the proceeds as follows:

        i.    First, to the payment of the costs of the Plaintiff, and to the Unites States Marshal for service of Summons and Complaint and execution of Order of Sale;

        ii.    Second, to the payment of the amount found due the Plaintiff with interest thereon according to law; and

        iii.    Third, any surplus from said sale to be held by the Clerk pending further order of this Court.

      G.      That if Fannie Mae shall further advance during the pendency of this Decree any sums for the payment of real estate taxes, hazard insurance premiums, or other funds for the protection of the Property, said amount will be added to Plaintiff's claimed lien amount.

      H.      That Fannie Mae shall be entitled to a credit bid on any sale up to the amount of its *in rem* judgment and, further, may assign its bid to a third-party prior to confirmation of sale.

      I.      All undetermined lien amounts in favor of any other potentially interested defendants are transferred to the proceeds of sale.

5.      Upon confirmation by this Court of the sale of the Property, the United States Marshal shall execute a deed to the purchaser(s); and the parties of this Decree and Order, the court-appointed receiver, and all persons claiming under them are ordered to deliver possession of said real estate to such purchaser(s).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Civil Rule 54(b), this Court expressly determines that there is no just cause for delay. As such, this Court hereby enters final judgment as set forth herein.

**IT IS SO ORDERED.**


Date:_____                          _____
                                                                  Judge

**EXHIBIT "A"**
Legal Description

PPN:  144-13-012
Property Address: 2635 N. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 5:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 14 and 15 of Re-Subdivision of the Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot No. 430, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning on the Easterly line of North Moreland Boulevard, at a point distant 30.72 feet Southerly measured along said Easterly line from the Southwesterly corner of Sublot No. 13, as appears by the plat recorded in Volume 49, Page 19 of Cuyahoga County Records;

Thence South 74 deg. 29' 30" East 218.94 feet to the Easterly line of said Sublot No. 14;

Thence Southerly 02 deg. 01' 50" West along the Easterly line of Sublots Nos. 14 and 15, a distance of 74.03 feet to the Northerly line of land conveyed to Moreland Corner Apartments, Inc. by deed dated July 7, 1932 and recorded in Volume 4210, Page 338 of Cuyahoga County Records;

Thence Westerly along the Northerly line of land so conveyed, about 232 feet to the Easterly line of North Moreland Boulevard;

Thence along the arc of a curve deflecting to the right, 103.50 feet to the place of beginning, said curved line having a radius of 1634.11 feet and a chord which bears North 11 deg. 56' 03" East, 103.48 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-014
Property Address: 2653 N.Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 6:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being part of Sublots Nos. 5 and 6 in a Resubdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lots Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows:

Beginning on the Westerly line of North Moreland Boulevard, at the Northeast corner of said Sublot No. 5;

Thence North 75 deg. 43' 20" West, 222.81 feet to a stake;

Thence North 0 deg. 12' 24" East, along the Westerly line of said Sublots Nos. 5 and 6, a distance of 54.16 feet to a stone monument marking the Southwest corner of said Original Lot No. 422;

Thence North 0 deg. 4' 25" West 12.84 feet to a stake;

**EXHIBIT "A"**
Legal Description

Thence South 74 deg. 32' East 240.72 feet to a stake set in the Westerly line of North Moreland Boulevard;

Thence Southerly along the Westerly line of said North Moreland Boulevard on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 15 deg. 42' 31" West, 60 feet to the place of beginning, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-006
Property Address:  2642 N. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 7:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 6 and 7 in a Resubdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows:

Beginning on the Westerly line of North Moreland Boulevard, S.E. at a stake which is 40 feet Southerly, measured along said Westerly line of North Moreland Boulevard, S.E., from the Northeast corner of said Sublot No. 6;

Thence North 74 deg. 32' West, 240.72 feet to a stake set in the Westerly line of said Sublot No. 6;

Thence North 0 deg. 4' 25" West, along the Westerly lines of said Sublots Nos. 6 and 7, a distance of 69.63 feet to a stake;

Thence South 72 deg. 58' 30" East 261.75 feet to a stake set in the Westerly line of North Moreland Boulevard S.E.;

Thence Southerly along the Westerly line of said North Moreland Boulevard, S.E. on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 17 deg. 38' 47" West, 60 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-007
Property Address:  2636 N.Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 8:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being further described as follows:

Known as being Sublot Nos. 295, 296, and 297 in a re-subdivision of part of the Van Sweringen Company's Subdivision No.11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, page 19 of Cuyahoga County Records, and together forming a parcel of land having a frontage of 180.60 feet on the Westerly side of South Moreland Boulevard, SE, a frontage of 42.91 feet on the curved turnout between said westerly line and the Northerly line of Buckeye Road, SE, and

**EXHIBIT "A"**
Legal Description

extending back 139.95 feet deep on the Northerly line, 112.51 feet deep on the Southerly line, which is also the Northerly line of Buckeye Road SE, and having a rear line of 189 feet, as appears by said plat, together with all the right, title and interest of the Grantor in and to the street adjoining the above described premises; and together with all the right, title and interest of the Grantor in and to any and all strips and gores of land adjacent to the above  described premises.

For Informational Purposes Only:
PPNs:  144-10-001, 002, and 003
Property Address:  2880 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 9:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being further described as follows:

Known as being Sublot Nos. 292, 293 and 294 in a re-subdivision of part of the Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 180 feet front on the Westerly side of Moreland Boulevard, SE (formerly East 132nd Street), and extending back of equal width 139.95 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-004
Property Address:  2870 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 10:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 286 and a part of Sublot No. 287 in a resubdivision of the Van Sweringen Company's Subdivision No. 11 of part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records and a part of Sublots Nos. 96, 97 and 98 in Kuster Estates Subdivision of part of Original 100 Acre Lots Nos. 429 and 430, as shown by the recorded plat in Volume 47 of Maps, Page 25 of Cuyahoga County Records and together forming a parcel of land bounded and described as follows:

Beginning in the Westerly line of South Moreland Boulevard, formerly East 132nd Street, at the Southeasterly corner of said Sublot No. 286;

Thence Northerly along said Westerly line of South Moreland Boulevard, 60 feet to the Northeasterly corner of said Sublot No. 286;

Thence Westerly along the Northerly line of said Sublot No. 286, a distance of 139.95 feet to the Northwesterly corner of said Sublot No. 286;

Thence Southerly along the Westerly line of said Sublot No. 286.14 feet to the Northerly face of the Northerly wall of a brick building;

Thence Westerly along the Northerly face of the Northerly wall of said brick building, 0.13 feet to the Northwesterly corner of said building;

**EXHIBIT "A"**
Legal Description

Thence Southerly along the Westerly face of the Westerly wall of said brick building, 60 feet to the Southwesterly corner of said building;

Thence Easterly along the Southerly face of the Southerly wall of said brick building, 38.14 feet to a corner of said brick building;

Thence Northerly along the Easterly face of an Easterly wall of said brick building, 0.12 feet to the Southerly line of said Sublot No. 286;

Thence Easterly along the Southerly line of said Sublot No. 286, a distance of 101.94 feet to the place of beginning, according to a survey for P. Garbo, dated January 1931, made by F. E. Pease Engineering Company, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-008
Property Address:  2822 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 11:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 251 in a re-subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430 of a part of Original Warrensville Township Lot Nos. 11, 21 and 31 as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning in the Southwesterly line of Ludlow Road. S.E. at the most Easterly corner of said Sublot No. 251;

Thence Northwesterly along the Southwesterly line of Ludlow Road, S.E., 221.30 feet to the Easterly end of a turnout between said Southwesterly line of Ludlow Road, S.E., and the Easterly line of East 132nd Street (now known as Moreland Boulevard, S.E.);

Thence Westerly along said turnout on an arc of a circle deflecting to the left, 36.46 feet to a point in the Easterly line of East 132nd Street;

Thence Southerly along said Easterly line 186.58 feet to a point of curve at the intersection of said Easterly line of East 132nd Street and the Easterly curved line of Hampton Road, S.E. (formerly South Hampton Boulevard);

Thence Southerly along said Easterly curved line of Hampton Road, S.E., 57.92 feet to the Southwesterly corner of said Sublot No. 251;

Thence Easterly along the Southerly line of said Sublot, 104.55 feet to an angle;

Thence Northeasterly along the Southeasterly line of said Sublot, 90 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-011
Property Address:  2825 S. Moreland Boulevard, Cleveland, Ohio 44120

**EXHIBIT "A"**
Legal Description

**Parcel 12:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 278 in a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11, of part of Original 100 Acre Lot No. 422 and 430 and Warrensville Township Lot Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and being 80.00 feet front on the Easterly side of Hampton Road, and extending back 104.55 feet on the Northerly line, 130.74 feet on the Southerly line, and having a rear line of 75.00 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-012
Property Address:  2843 S. Moreland Boulevard,Cleveland, Ohio 44120

**Parcel 13:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot Nos. 276 and 277 in a re-subdivision of the Van Sweringen Company Subdivision No. 11 of part of Original One Hundred Acre Lot Nos. 422 and 430 and part of Original Warrensville Township Lot Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 150 feet front on the Easterly side of South Hampton Boulevard, 130.74 feet on the Northwesterly line, 161.94 feet on the Southeasterly line, and 138 feet in the rear, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-013
Property Address:  2851 Hampton Road, Cleveland, Ohio 44120

**Parcel 14A:**

Situated in the City of Shaker Heights, County of Cuyahoga, and State Of Ohio:

And known as being Sublot No. 186 in a Re-Allotment of a Re-Subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records, and being 94.06 feet front on the Northerly line of South Woodland Road (formerly Buckeye Road); 75.80 feet on the Northerly side of a curved turnout between the Northerly line of South Woodland Road and the Northeasterly line of South Moreland Boulevard, 65.64 feet on the Easterly line, 163.97 feet on the irregular Northwesterly line, 150 feet in the rear, as appears by said plat, be the same more or less.

For Informational Purposes Only:
part of PPN: 731-14-012
Property Address:  14101 S. Woodland Road,  Shaker Heights, Ohio 44120

**Parcel 14B:**

Situated in the City of Shaker Heights, County of Cuyahoga and State of Ohio:

**EXHIBIT "A"**
Legal Description

And known as being a part of Sublot No. 187 in a re-allotment of a re-subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lot Nos. 21 and 31 as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records and bounded and described as follows:

Beginning at a point in the curved turnout joining the Northeasterly side of South Moreland Boulevard (170 feet wide) with the Northerly side line of South Woodland Road (Buckeye Road) (60 feet wide), all as shown in plat entitled "a Reallotment of sub lots 100-125; 141, 186-204, 205-226 of a Resubdivision of the van Swerigen Company's Subdivision No. 11." said point is 18 feet Northwesterly (measured along said curved turnout) from the most Southerly corner of sub Lot No. 187 in said Reallotment recorded in volume 50 of maps, Page 8;

Thence Southeasterly (measured along said curved turnout) 18 feet to the said most Southerly corner of Sublot No. 187;

Thence North 19 deg. 17' 20" East along a common line between said Sublot No. 187 and between sub Lot No. 186 of said Reallotment 113.97 feet to an angle point in said common line;

Thence Southwesterly, in a straight line, about 105 feet but to the place of beginning, be the same more or less.

For Informational Purposes Only:
part of PPN: 731-14-012
Property address: 14101 S. Woodland Road, Shaker Heights, Ohio 44120

**Parcel 15:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 248 and 249, and all of Sublot No. 247 in a Re- Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 18 and 19 of Cuyahoga County Records, and part of Sublots Nos. 208 and 209 in Re-Allotment of part of a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 acre Lot No. 430 and part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 6 of Cuyahoga County Records, together forming a parcel of land bounded and described as follows:

Beginning on the Northeasterly line of Ludlow Road, S.E., at the most Southerly corner of said Sublot No, 247;

Thence North 40 deg. 55' 10" West, along said Northeasterly line of Ludlow Road, S.E., 177.99 feet to a point of a curve;

Thence continuing Northwesterly along the said Northeasterly line on a curved line deflecting to the right, 12.08 feet to the Southerly end of the turnout between said Northeasterly line of Ludlow Road, S.E., and the Southerly line of Drexmore Road, S.E., as dedicated in Volume 113 of Maps, Page 24 of Cuyahoga County Records, said curved line having a radius of 150 feet and a chord which bears North 38 deg. 26' 40" West, 12.08 feet;

Thence Northeasterly along said turnout on a curved line deflecting to the right 45.59 feet to a point of tangency in the Southerly line of Drexmore Road, S.E., said curved line having a radius of 20 feet and a chord which bears North 29 deg. 00' 20" East, 36.34 feet;

Thence South 85 deg. 41' 09" East, along the Southerly line of Drexmore Road, S.E., 210.89 feet;

Thence South 4 deg. 18' 51" West, 74.84 feet to the most Easterly corner of said Sublot No. 247;

Thence Southerly 49 deg. 04' 50" West along the Southeasterly line of said Sublot No. 247, a distance of 130 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN: 144-09-013
Property Address: 2805 Ludlow Road, Cleveland, Ohio 44120