# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FANNIE MAE, : | |
| : | Case No. 1:24-cv-01606-BMB |
| Plaintiff, : | |
| : | |
| -vs- : | |
| : | Magistrate Judge Greenberg |
| HATZ ONE LLC, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

### PLAINTIFF FANNIE MAE'S MOTION TO CONTINUE DISCOVERY DEADLINE

Now comes Plaintiff Fannie Mae ("Fannie Mae"), by and through counsel, and requests that this Honorable Court enter an Order continuing the non-expert discovery deadline set forth in this Court's August 26, 2025 Case Management Conference Plan/Order (Doc. 55).

Specifically, Fannie Mae requests that the non-expert discovery deadline be extended from December 1, 2025 to April 1, 2026. The requested extension is not for delay, but to allow the parties additional time to complete the agreed upon foreclosure sale of the subject property before incurring the litigation expenses associated with discovery. Fannie Mae remains hopeful that an agreed resolution of the matter is possible but represents that additional time is needed to liquidate the collateral before such discussions can be productive.

Therefore, Fannie Mae respectfully requests that this Court continue non-expert discovery deadline from December 1, 2025 to April 1, 2026.

25353276v1

Respectfully submitted,


*/s/ Justin W. Ristau*
Justin W. Ristau, Esq.   (0075222)
Bricker Graydon LLP
100 South Third Street
Columbus, Ohio  43215-4291
614-227-2300  Phone
614-227-2390  Fax
jristau@brickergraydon.com
*Attorney for Plaintiff Fannie Mae*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically filed on December 1, 2025.  Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system.


/s/ Justin W. Ristau
Justin W. Ristau (0075222)

25353276v1