## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | : | |
| | : | Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | Magistrate Judge Greenberg |
| HATZ ONE LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER GRANTING PLAINTIFF FANNIE MAE'S MOTION TO CONTINUE DISCOVERY DEADLINE

This matter is before the Court on Plaintiff's Motion to Continue the non-expert discovery deadline, currently set for December 1, 2025.  Upon review of the motion and for good cause shown, this Court finds that the motion shall be, and hereby is, GRANTED.

It is therefore ordered that the non-expert discovery deadline, originally scheduled for December 1, 2025, is hereby continued to April 1, 2026.

SO ORDERED.

Date: _____

_____
Magistrate Judge Greenberg

25353273v1