UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | : | |
| | : | Case No. 1:24-cv-01606-BMB |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | Magistrate Judge Greenberg |
| HATZ ONE LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF FANNIE MAE'S MOTION FOR ORDER OF SALE**

Now comes Plaintiff Fannie Mae ("Fannie Mae"), by and through counsel, and requests that this Honorable Court enter an order appointing and directing a master commissioner to proceed with the foreclosure sale of the real property described in Legal Description included on Exhibit A hereto, which parcels are commonly known as 2635 N. Moreland Boulevard, 2621 N. Moreland Boulevard, 2622 N. Moreland Boulevard, 2630 N. Moreland Boulevard, 2636 N. Moreland Boulevard, 2642 N. Moreland Boulevard, 2653 N. Moreland Boulevard, 2805 Ludlow Road, 2822 S. Moreland Boulevard, 2825 S. Moreland Boulevard, 2843 S. Moreland Boulevard, 2851 Hampton Road, 2870 S. Moreland Boulevard, 2880 S. Moreland Boulevard, 14101 S. Woodland Road (the "Property").

Plaintiff requests that the sale be conducted in accordance with this Courts' December 8, 2025 Memorandum Opinion and Order Granting Plaintiff's Motion for Partial Summary Judgment (the "Foreclosure Order"). The Foreclosure Order provided that, unless the sums found due to Fannie Mae are fully paid within ten (10) days from the date of the entry, the equity of redemption of Defendants in the property shall be foreclosed and the property shall be sold free of the interests of all parties to this action subject to redemption by defendants pursuant to R.C. 2329.33.

Defendants have failed to pay the sums due pursuant to the Foreclosure Order and Fannie Mae is, therefore, entitled to an order directing that the Property be sold.

In accordance with General Order 2006-16-6, the legal description, parcel number, and street address for each of the parcels contained within the Property are set forth in the attached Exhibit A.

Therefore, Fannie Mae respectfully requests that this Court enter an Order appointing and directing a master commissioner to proceed with a foreclosure sale of the Property at public sale in accordance with the procedures set forth in General Order 2006-16-6.

Respectfully submitted,

 */s/ Justin W. Ristau*
Justin W. Ristau, Esq.   (0075222)
Bricker Graydon LLP
100 South Third Street
Columbus, Ohio  43215-4291
614-227-2300  Phone
614-227-2390  Fax
jristau@brickergraydon.com
*Attorney for Plaintiff Fannie Mae*

25390052v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing was electronically filed on December 23rd, 2025.  Notice of this filing will be sent to all registered parties by operation of the Court's ECF filing system.

/s/ Justin W. Ristau
Justin W. Ristau (0075222)

25390052v1

## EXHIBIT "A"
Legal Description

**Parcel 1:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublot No. 23 in a Resubdivision of the Van Sweringen Company's Subdivision No. 11 and 12 of part of Original One Hundred Acre Lots Nos. 422 and 430 as shown by the recorded plat in Volume 49, Page 19 of Cuyahoga County Map Records further bounded and described as follows:

Beginning at a 5/8-inch iron pin found (0.00 feet North, 0.27 feet East) on the Southwesterly line of Kemper Road (60.00 feet wide) at said Southwesterly line with the Northeasterly corner of land conveyed to Howard G. Gottesman by deed recorded Volume 91-2082, Page 52 of Cuyahoga County Records;

Thence North 34 deg. 38' 15" West along the Southwesterly line of Kemper Road, 65.00 feet to a 3/4-inch iron pin found (0.17 feet North, 0.00 feet East) and the principal place of beginning;

Thence South 55 deg. 23' 08" West along the Southeasterly line of land, 107.99 feet to a 5/8-inch by 30-inch iron pin set;

Thence South 02 deg. 03' 34" West along the Easterly line of land 33.02 feet to a 5/8-inch by 30-inch iron pin set at the Northeast corner of land conveyed to Greenberg-Fuchs Association by deed recorded in Volume 87-5802, Page 6 of Cuyahoga County Records;

Thence North 69 deg. 45' 34" West along the Northerly line of land so conveyed, 175.55 feet to a drill hole set as the Easterly line of North Moreland Boulevard (140 feet wide);

Thence along the said Easterly line along the arc curve deflecting to the right 187.38 feet, said curve having a radius of 1634.11 feet and a chord of 187.28 feet which bears North 23 deg. 21' 31" East to a 5/8-inch iron pin set at the point of tangency;

Thence North 26 deg. 37' 25" East along the Easterly line of North Moreland Boulevard, 31.80 feet to 5/8-inch iron pin set at the point of curvature;

Thence along the curved turnout between the Easterly line of North Moreland Boulevard and the Southwesterly line of Kemper Road, along the arc of a curve deflecting to the right 58.79 feet said curve having a radius of 28.38 feet and a chord of 48.83 feet which bears North 85 deg. 59' 40" East to a 1/2-inch iron pin found (0.20 North, 0.14 feet West) to a point of tangency;

Thence South 34 deg. 38' 15" East along the Southwesterly line of Kemper Road, 206.82 feet to the principal place of beginning.

Containing 0.8825 acres of land, as described and surveyed by E.B. Dudley, PLS 6747 of the Riverstone Company in July 2002 be the same more or less.

Note all 5/8-inch by 30-inch iron pins set and capped EB Dudley, PLS 6747.

Note: The above Parcel is also known as Parcel A as set forth on the Plat of Lot Split of PPN 144-13-011, filed for record September 4, 2002 in Volume 319 of Maps, page 94, of the Cuyahoga County Records.

For Informational Purposes Only:
PPN: 144-13-011

25390052v1

**EXHIBIT "A"**
Legal Description

Property Address: 2621 N.Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 2:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being part of Sublot No. 7, in a Re-Subdivision of the Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lots Nos. 422 and 430, and a part of Original Warrensville Township Lots Nos. 11, 21, and 31 as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning on the Westerly line of North Moreland Boulevard, S.E., at a point which is 20 feet Northerly, from the Southeasterly corner of said Sublot No. 7;

Thence North 72 deg. 38' 32" West, 261.75 feet to the Westerly line of said Sublot No. 7;

Thence North 0 deg. 4' 25" West, 67 feet to a stake;

Thence South 81 deg. 51' 25" East, 70.68 feet;

Thence South 68 deg. 58' East, 214.82 feet to a stake set in the Westerly line of North Moreland Boulevard, S.E.;

Thence Southerly, along the Westerly line of said North Moreland Boulevard, S.E., on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 19 deg. 35' 03" West, 60 feet to the place of beginning, be the same more or less.

For Informational Purposes Only:
PPN: 144-13-008
Property Address: 2630 N. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 3:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being parts of Sublots Nos. 9 and 10 in a re-subdivision of the Van Sweringen Co's Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430 and a part of Original Warrensville Township Lot Nos. 11, 21 and 31 as shown by the recorded plat in Volume 49 of Maps, Pages 19 and 20 of Cuyahoga County Records, together forming a parcel of land, bounded and described as follows:

Beginning at the Westerly line of North Moreland Boulevard, at a stake which is 40 feet Northerly, measured along the Westerly line of said North Moreland Boulevard, from the Southeasterly corner of said Sublot 10;

Thence North 68 deg. 29' 20" West 229.51 feet to a stake set in the Westerly line of said Sublot 9;

Thence North 8 deg. 8' 35" East 63.52 feet to a stake;

Thence South 68 deg. 03' 40" East 246.25 feet to a stake set in the Westerly line of said North Moreland Boulevard;

Thence Southerly along the Westerly line of said North Moreland Boulevard on a curved line deflecting to the left 60 feet,

25390052v1

## EXHIBIT "A"
### Legal Description

said curved line having a radius of 1774.11 feet and the chord whose arc bears South 23 deg. 27' 35" West 60 feet to the place of beginning, being further known as Sublot 7-A in the proposed re-subdivision of part of The Van Sweringen Company's Subdivision No. 11, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-010
Property Address:  2622 N. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 4:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being part of Sublots Nos. 12 and 13 of a resubdivision of the Van Sweringen Company's Subdivision No. 11 of part of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lot 430, as recorded in Volume 49, Page 19, Cuyahoga County Map Records, and further described as follows:

Beginning at an iron pin found in the centerline of North Moreland Boulevard, 140 feet wide, at its intersection with the centerline of Kemper Road, 60 feet wide;

Thence South 34 deg. 38' 15" East along the centerline of Kemper Road, 79.83 feet to a nail set;

Thence South 26 deg. 37' 35" West, 113.93 feet to a point of curvature, in the easterly line of North Moreland Boulevard;

Thence Southerly along the curve easterly line of North Moreland Boulevard, being the arc of a curve deflecting to the left, 187.29 feet to its intersection with the Southerly line of Parcel 1 of land conveyed to Larchmere Apartments by deed recorded in Volume 15641, page 753 of Cuyahoga County Records, said arc having a radius of 1634.11 feet and a chord which bears South 23 deg. 20' 35" West, 187.19 feet, and from which point a drill hole found bears North 69 deg. 44' 20" West, 0.33 feet, and North 20 deg. 15' 40" West, 0.02 feet; and the principal place of beginning of the parcel herein described;

Thence South 69 deg. 44' 20" East along the Southerly line of said Parcel 1 of land conveyed to Larchmere Apartments, 175.55 feet to its intersection with the Westerly line of Parcel 3 of said land so conveyed, from which point an iron pin found bears South 20 deg. 15' 40" West, 0.20 feet, and North 69 deg. 44' 20" West, 0.12 feet;

Thence South 2 deg. 01' 50" West along the Westerly line of said Parcel 3 of land conveyed to Larchmere Apartments, and along the Westerly line of a parcel of land conveyed to Ronald R. Jones and Brenda K. Jones by deed recorded in Volume 91-2082, Page 51 of the Official Records of Cuyahoga County, 85.00 feet to its intersection with the Northerly line of a parcel of land conveyed to Marvin Elrad by deed recorded in Volume 13320, Page 291 of Cuyahoga County Records, from which point an iron pin found bears South 72 deg. 23' 10" East, 0.12 feet and South 17 deg. 36' 50", 0.15 feet;

Thence North 72 deg. 23' 10" West along the Northerly line of said land conveyed to Marvin Elrad, 199.56 feet to a drill hole set at its intersection with the easterly line of North Moreland Boulevard;

Thence Northerly along the curved easterly line of North Moreland Boulevard being the arc of a curve deflecting to the right, 90.00 feet to the principal place of beginning, said arc having a radius of 1634.11 feet and a chord which bears North 18 deg. 28' 54" East, 89.99 feet, and containing 16,108 square feet or 0.3698 acres of land, more or less, according to the survey by Donald G. Bohning & Associates, Inc., dated February, 1992.

For Informational Purposes Only:

25390052v1

# EXHIBIT "A"
## Legal Description

PPN: 144-13-012
Property Address: 2635 N. Moreland Boulevard, Cleveland, Ohio 44120

### Parcel 5:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 14 and 15 of Re-Subdivision of the Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lot No. 430, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning on the Easterly line of North Moreland Boulevard, at a point distant 30.72 feet Southerly measured along said Easterly line from the Southwesterly corner of Sublot No. 13, as appears by the plat recorded in Volume 49, Page 19 of Cuyahoga County Records;

Thence South 74 deg. 29' 30" East 218.94 feet to the Easterly line of said Sublot No. 14;

Thence Southerly 02 deg. 01' 50" West along the Easterly line of Sublots Nos. 14 and 15, a distance of 74.03 feet to the Northerly line of land conveyed to Moreland Corner Apartments, Inc. by deed dated July 7, 1932 and recorded in Volume 4210, Page 338 of Cuyahoga County Records;

Thence Westerly along the Northerly line of land so conveyed, about 232 feet to the Easterly line of North Moreland Boulevard;

Thence along the arc of a curve deflecting to the right, 103.50 feet to the place of beginning, said curved line having a radius of 1634.11 feet and a chord which bears North 11 deg. 56' 03" East, 103.48 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN: 144-13-014
Property Address: 2653 N.Moreland Boulevard, Cleveland, Ohio 44120

### Parcel 6:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being part of Sublots Nos. 5 and 6 in a Resubdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lots Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows:

Beginning on the Westerly line of North Moreland Boulevard, at the Northeast corner of said Sublot No. 5;

Thence North 75 deg. 43' 20" West, 222.81 feet to a stake;

Thence North 0 deg. 12' 24" East, along the Westerly line of said Sublots Nos. 5 and 6, a distance of 54.16 feet to a stone monument marking the Southwest corner of said Original Lot No. 422;

Thence North 0 deg. 4' 25" West 12.84 feet to a stake;

25390052v1

# EXHIBIT "A"
Legal Description

Thence South 74 deg. 32' East 240.72 feet to a stake set in the Westerly line of North Moreland Boulevard;

Thence Southerly along the Westerly line of said North Moreland Boulevard on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 15 deg. 42' 31" West, 60 feet to the place of beginning, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-006
Property Address:  2642 N. Moreland Boulevard, Cleveland, Ohio 44120

### Parcel 7:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 6 and 7 in a Resubdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land, bounded and described as follows:

Beginning on the Westerly line of North Moreland Boulevard, S.E. at a stake which is 40 feet Southerly, measured along said Westerly line of North Moreland Boulevard, S.E., from the Northeast corner of said Sublot No. 6;

Thence North 74 deg. 32' West, 240.72 feet to a stake set in the Westerly line of said Sublot No. 6;

Thence North 0 deg. 4' 25" West, along the Westerly lines of said Sublots Nos. 6 and 7, a distance of 69.63 feet to a stake;

Thence South 72 deg. 58' 30" East 261.75 feet to a stake set in the Westerly line of North Moreland Boulevard S.E.;

Thence Southerly along the Westerly line of said North Moreland Boulevard, S.E. on a curved line deflecting to the left, 60 feet, said curved line having a radius of 1774.11 feet and the chord of whose arc bears South 17 deg. 38' 47" West, 60 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-13-007
Property Address:  2636 N.Moreland Boulevard, Cleveland, Ohio 44120

### Parcel 8:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being further described as follows:

Known as being Sublot Nos. 295, 296, and 297 in a re-subdivision of part of the Van Sweringen Company's Subdivision No.11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, page 19 of Cuyahoga County Records, and together forming a parcel of land having a frontage of 180.60 feet on the Westerly side of South Moreland Boulevard, SE, a frontage of 42.91 feet on the curved turnout between said westerly line and the Northerly line of Buckeye Road, SE, and

25390052v1

# EXHIBIT "A"
## Legal Description

extending back 139.95 feet deep on the Northerly line, 112.51 feet deep on the Southerly line, which is also the Northerly line of Buckeye Road SE, and having a rear line of 189 feet, as appears by said plat, together with all the right, title and interest of the Grantor in and to the street adjoining the above described premises; and together with all the right, title and interest of the Grantor in and to any and all strips and gores of land adjacent to the above described premises.

For Informational Purposes Only:
PPNs:  144-10-001, 002, and 003
Property Address:  2880 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 9:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being further described as follows:

Known as being Sublot Nos. 292, 293 and 294 in a re-subdivision of part of the Van Sweringen Company's Subdivision No. 11 of part of Original One Hundred Acre Lots Nos. 422 and 430 and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 180 feet front on the Westerly side of Moreland Boulevard, SE (formerly East 132nd Street), and extending back of equal width 139.95 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-004
Property Address:  2870 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 10:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 286 and a part of Sublot No. 287 in a resubdivision of the Van Sweringen Company's Subdivision No. 11 of part of Original Warrensville Township Lots Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records and a part of Sublots Nos. 96, 97 and 98 in Kuster Estates Subdivision of part of Original 100 Acre Lots Nos. 429 and 430, as shown by the recorded plat in Volume 47 of Maps, Page 25 of Cuyahoga County Records and together forming a parcel of land bounded and described as follows:

Beginning in the Westerly line of South Moreland Boulevard, formerly East 132nd Street, at the Southeasterly corner of said Sublot No. 286;

Thence Northerly along said Westerly line of South Moreland Boulevard, 60 feet to the Northeasterly corner of said Sublot No. 286;

Thence Westerly along the Northerly line of said Sublot No. 286, a distance of 139.95 feet to the Northwesterly corner of said Sublot No. 286;

Thence Southerly along the Westerly line of said Sublot No. 286.14 feet to the Northerly face of the Northerly wall of a brick building;

Thence Westerly along the Northerly face of the Northerly wall of said brick building, 0.13 feet to the Northwesterly corner of said building;

25390052v1

## EXHIBIT "A"
### Legal Description

Thence Southerly along the Westerly face of the Westerly wall of said brick building, 60 feet to the Southwesterly corner of said building;

Thence Easterly along the Southerly face of the Southerly wall of said brick building, 38.14 feet to a corner of said brick building;

Thence Northerly along the Easterly face of an Easterly wall of said brick building, 0.12 feet to the Southerly line of said Sublot No. 286;

Thence Easterly along the Southerly line of said Sublot No. 286, a distance of 101.94 feet to the place of beginning, according to a survey for P. Garbo, dated January 1931, made by F. E. Pease Engineering Company, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-008
Property Address:  2822 S. Moreland Boulevard, Cleveland, Ohio 44120

**Parcel 11:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 251 in a re-subdivision of The Van Sweringen Company's Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430 of a part of Original Warrensville Township Lot Nos. 11, 21 and 31 as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and bounded and described as follows:

Beginning in the Southwesterly line of Ludlow Road. S.E. at the most Easterly corner of said Sublot No. 251;

Thence Northwesterly along the Southwesterly line of Ludlow Road, S.E., 221.30 feet to the Easterly end of a turnout between said Southwesterly line of Ludlow Road, S.E., and the Easterly line of East 132nd Street (now known as Moreland Boulevard, S.E.);

Thence Westerly along said turnout on an arc of a circle deflecting to the left, 36.46 feet to a point in the Easterly line of East 132nd Street;

Thence Southerly along said Easterly line 186.58 feet to a point of curve at the intersection of said Easterly line of East 132nd Street and the Easterly curved line of Hampton Road, S.E. (formerly South Hampton Boulevard);

Thence Southerly along said Easterly curved line of Hampton Road, S.E., 57.92 feet to the Southwesterly corner of said Sublot No. 251;

Thence Easterly along the Southerly line of said Sublot, 104.55 feet to an angle;

Thence Northeasterly along the Southeasterly line of said Sublot, 90 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-011
Property Address:  2825 S. Moreland Boulevard, Cleveland, Ohio 44120

25390052v1

# EXHIBIT "A"
Legal Description

**Parcel 12:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 278 in a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11, of part of Original 100 Acre Lot No. 422 and 430 and Warrensville Township Lot Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and being 80.00 feet front on the Easterly side of Hampton Road, and extending back 104.55 feet on the Northerly line, 130.74 feet on the Southerly line, and having a rear line of 75.00 feet, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-012
Property Address:  2843 S. Moreland Boulevard,Cleveland, Ohio 44120

**Parcel 13:**

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being Sublot Nos. 276 and 277 in a re-subdivision of the Van Sweringen Company Subdivision No. 11 of part of Original One Hundred Acre Lot Nos. 422 and 430 and part of Original Warrensville Township Lot Nos. 11, 21, and 31, as shown by the recorded plat in Volume 49 of Maps, Page 19 of Cuyahoga County Records, and together forming a parcel of land 150 feet front on the Easterly side of South Hampton Boulevard, 130.74 feet on the Northwesterly line, 161.94 feet on the Southeasterly line, and 138 feet in the rear, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN:  144-10-013
Property Address:  2851 Hampton Road, Cleveland, Ohio 44120

**Parcel 14A:**

Situated in the City of Shaker Heights, County of Cuyahoga, and State Of Ohio:

And known as being Sublot No. 186 in a Re-Allotment of a Re-Subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records, and being 94.06 feet front on the Northerly line of South Woodland Road (formerly Buckeye Road); 75.80 feet on the Northerly side of a curved turnout between the Northerly line of South Woodland Road and the Northeasterly line of South Moreland Boulevard, 65.64 feet on the Easterly line, 163.97 feet on the irregular Northwesterly line, 150 feet in the rear, as appears by said plat, be the same more or less.

For Informational Purposes Only:
part of PPN: 731-14-012
Property Address:  14101 S. Woodland Road,  Shaker Heights, Ohio 44120

**Parcel 14B:**

Situated in the City of Shaker Heights, County of Cuyahoga and State of Ohio:

25390052v1

# EXHIBIT "A"
## Legal Description

And known as being a part of Sublot No. 187 in a re-allotment of a re-subdivision of the Van Swerigen Company's Subdivision No. 11 of part of original one hundred acre Lot No. 430 of part of Original Warrensville Township Lot Nos. 21 and 31 as shown by the recorded plat in Volume 50 of Maps, Page 8 of Cuyahoga County Records and bounded and described as follows:

Beginning at a point in the curved turnout joining the Northeasterly side of South Moreland Boulevard (170 feet wide) with the Northerly side line of South Woodland Road (Buckeye Road) (60 feet wide), all as shown in plat entitled "a Reallotment of sub lots 100-125; 141, 186-204, 205-226 of a Resubdivision of the van Swerigen Company's Subdivision No. 11." said point is 18 feet Northwesterly (measured along said curved turnout) from the most Southerly corner of sub Lot No. 187 in said Reallotment recorded in volume 50 of maps, Page 8;

Thence Southeasterly (measured along said curved turnout) 18 feet to the said most Southerly corner of Sublot No. 187;

Thence North 19 deg. 17' 20" East along a common line between said Sublot No. 187 and between sub Lot No. 186 of said Reallotment 113.97 feet to an angle point in said common line;

Thence Southwesterly, in a straight line, about 105 feet but to the place of beginning, be the same more or less.

For Informational Purposes Only:
part of PPN: 731-14-012
Property address:  14101 S. Woodland Road, Shaker Heights, Ohio 44120

### Parcel 15:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

And known as being a part of Sublots Nos. 248 and 249, and all of Sublot No. 247 in a Re- Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 Acre Lot Nos. 422 and 430, and part of Original Warrensville Township Lots Nos. 11, 21 and 31, as shown by the recorded plat in Volume 49 of Maps, Page 18 and 19 of Cuyahoga County Records, and part of Sublots Nos. 208 and 209 in Re-Allotment of part of a Re-Subdivision of the Van Sweringen Co.'s Subdivision No. 11 of part of Original 100 acre Lot No. 430 and part of Original Warrensville Township Lots Nos. 21 and 31, as shown by the recorded plat in Volume 50 of Maps, Page 6 of Cuyahoga County Records, together forming a parcel of land bounded and described as follows:

Beginning on the Northeasterly line of Ludlow Road, S.E., at the most Southerly corner of said Sublot No, 247;

Thence North 40 deg. 55' 10" West, along said Northeasterly line of Ludlow Road, S.E., 177.99 feet to a point of a curve;

Thence continuing Northwesterly along the said Northeasterly line on a curved line deflecting to the right, 12.08 feet to the Southerly end of the turnout between said Northeasterly line of Ludlow Road, S.E., and the Southerly line of Drexmore Road, S.E., as dedicated in Volume 113 of Maps, Page 24 of Cuyahoga County Records, said curved line having a radius of 150 feet and a chord which bears North 38 deg. 26' 40" West, 12.08 feet;

Thence Northeasterly along said turnout on a curved line deflecting to the right 45.59 feet to a point of tangency in the Southerly line of Drexmore Road, S.E., said curved line having a radius of 20 feet and a chord which bears North 29 deg. 00' 20" East, 36.34 feet;

Thence South 85 deg. 41' 09" East, along the Southerly line of Drexmore Road, S.E., 210.89 feet;

Thence South 4 deg. 18' 51" West, 74.84 feet to the most Easterly corner of said Sublot No. 247;

Thence Southerly 49 deg. 04' 50" West along the Southeasterly line of said Sublot No. 247, a distance of 130 feet to the place of beginning, as appears by said plat, be the same more or less.

For Informational Purposes Only:
PPN: 144-09-013
Property Address:  2805 Ludlow Road, Cleveland, Ohio 44120

25390052v1