25-38758-0

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-CV-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN |
| | ) | BRENNAN |
| vs. | ) | |
| | ) | Magistrate Judge: Johnathan |
| | ) | Greenburg |
| | ) | |
| HATZ ONE, LLC, ET AL., | ) | **NOTICE OF APPEARANCE** |
| | ) | **AND REQUEST FOR** |
| Defendants. | ) | **SERVICE OF NOTICES** |

*PLEASE TAKE NOTICE THAT* **Zachariah S. Germaniuk, Esq. and David M. Douglass, Esq.** represent the City of Cleveland, a party in interest in this case.  The undersigned attorneys enter their appearance and request copies of all notices served in this case.  All such notices should be addressed as follows:

**David M. Douglass, Esq.**
**Zachariah S. Germaniuk, Esq.**
**Douglass & Associates Co., L.P.A.**
**4725 Grayton Road**
**Cleveland, OH  44135**

*PLEASE TAKE FURTHER NOTICE* that the undersigned requests not only the notices referred to above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

*/s/ Zachariah S. Germaniuk*
**Zachariah S. Germaniuk (0090109)**
**David M. Douglass (0015312)**
**DOUGLASS & ASSOCIATES CO., L.P.A.**
4725 Grayton Road
Cleveland, OH  44135
Phone: (216) 362-7777
Fax No. (216) 362-4160
z.germaniuk@douglasslaw.com
*Attorneys for City of Cleveland*

### CERTIFICATE OF SERVICE

  I, undersigned, hereby certify that on January 8, 2026 a true and accurate copy of the foregoing was filed with the Clerk of the United States Northern District and served on all parties and counsel of record for parties using the Court's CM/ECF system.

Brendan L. Heil, Esq.
Matthew D. Gurbach, Esq.
Justin W. Ristau, Esq.
BRICKER GRAYDON WYATT, LLP
1100 Superior Avenue, Suite 1600
Cleveland, Ohio 44114
Ph: (216) 523-5405
Fax: (216) 523-7072
Bheil@brickergraydon.com
Mgurbach@brickergraydon.com
Jristau@bricker.com
*Attorneys for Plaintiff FANNIE MAE*

Joyce Kuhns, Esq.
OFFIT KURMAN
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Ph: (410) 209-6463
Fax: (410) 209-6463
jkuhns@offitkurman.com
*Attorney for Defendants HATZ ONE, LLC;*
*HATZ TWO, LLC; CLEVELAND 2, LLC;*
*CLEVELAND 3, LLC; & LEIB STEINER;*

Mitchell I. Cohen, Esq.
WEYLS, PETERS & CHUPARKOFF, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Ph: (216) 503-9560
Fax: (216) 503-4667
mc@w-pllc.com
*Attorneys for Receiver,*
*MICHAEL GUGGENHEIM*

            */s/ Zachariah S. Germaniuk*
            **Zachariah S. Germaniuk (0090109)**
            **David M. Douglass (0015312)**
            *Attorneys for City of Cleveland*