IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-CV-1606 |
| | ) | |
| *Plaintiff,* | ) | JUDGE: BRIDGET MEEHAN BRENNAN |
| | ) | Magistrate Judge: Johnathan Greenburg |
| v. | ) | |
| | ) | **THIRD-PARTY COMPLAINT** |
| HATZ ONE, LLC, *et. al.* | ) | **FOR INJUNCTIVE RELIEF** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| & | ) | |
| | ) | |
| CITY OF CLEVELAND, OHIO | ) | |
| | ) | |
| *Third-Party Defendant.* | ) | |

**INTRODUCTION AND NATURE OF THE ACTION**

1. The City of Cleveland, Ohio ("City"), by and through counsel undersigned and acting in its capacity as a political subdivision and body politic of the State of Ohio, brings this civil action pursuant to Fed. R. Civ. Pro. 65(A)-(B) and in the public interest to obtain equitable and injunctive relief in order to enforce State law and local ordinances related to building, housing, health, safety, fire, and zoning codes ("Applicable Law") and involving residential real properties within the City's jurisdiction which are subject to the above – captioned action ("Federal Action").

1

2. The City, on December 4th, 2025 filed a concurrent action in the Cuyahoga County Court of Common Pleas styled <u>City of Cleveland, Ohio v. Hatz One, LLC, et. al.</u>, bearing case number CV-25-129203 ("State Action") and now seeks to timely intervene in the Federal Action under Fed. R. Civ. Pro 24(A) to assert its lawful interests in enforcing Applicable Law.

### PARTIES, JURISDICTION, & VENUE

3. The City is a municipal corporation and subdivision of the State of Ohio, organized through its Charter and pursuant to authority granted by Ohio Constitution, Article XVIII, Section 3 to exercise all lawful powers of self-government, including those enumerated in Ohio Revised Code sections 715.26 - 715.30 and such Applicable Law as contained in the City's codified ordinances, Titles IX and XIII.

4. Plaintiff, Fannie Mae ("Plaintiff") is a corporation chartered under the laws of the United States of America with its principal place of business located at Midtown Center, 1100 15th Street, NW, Washington, DC, 20005 who claims a legally cognizable interest in certain residential real estate within the City's jurisdiction and prior identified in these proceedings, including in the caption to the City's Motion to Intervene to which this Complaint is attached. ("Properties")

5. Defendants Hatz One, LLC; Hatz Two, LLC; Cleveland 2, LLC; Cleveland 3, LLC, and Leib Steiner ("Defendants") are "owner(s)" and/or "operator(s)" of the Properties located within the jurisdiction of the City of Cleveland, Ohio and as such are subject to all regulations affecting the conditions, operations, and uses of residential real estate within the City's jurisdiction under Applicable Law.

6.     Jurisdiction and Venue in this Court is proper pursuant to Fed. R. Civ. Pro. 24(A) as this Complaint is filed concurrently with the City's Motion to Intervene as required by Rule.

## COUNT ONE: INJUNCTIVE RELIEF

7.     Plaintiff re-asserts each and every paragraph above as if fully re-written herein.

8.     The Properties referenced above are required to be maintained in compliance with Applicable Law pursuant to this Court's Receivership Order, issued February 28th, 2025 referenced as Document #31 in the record of these proceedings ("Order"). *See* Exhibit "A", attached.

9.     Defendants are currently maintaining the Properties in violation of Applicable Law as there currently exists 346 uncorrected violations of the same over 47 separate notices ("Violations"). *See* Exhibit "B" attached [concurrently identified as "Exhibits 3.1-3.15" in the City's State Action].

10.    The Properties' conditions and Defendants' lack of corrective action constitute an ongoing danger to the public health, safety, and welfare, of neighboring residents, nearby lands and roads, and the citizens of the City of Cleveland, presenting irreparable harm to Plaintiff and for which Plaintiff has no adequate remedy at law. *See* Exhibit "C", attached [concurrently identified as "Exhibit 4" in the City's State Action].

11.     The City is empowered and authorized by Applicable Law to institute suit for injunction in addition to any other rights and remedies available to it in order to prevent or terminate actions and conditions at any real property within the City's jurisdiction which constitutes a public nuisance.

12.     The Properties identified in Plaintiffs Complaint collectively constitute a public nuisance and require an Order from this Court directing the Defendants to abate the same in order to terminate this immediate and on-going hazard to public health, safety, and welfare.

*WHEREFORE*, Plaintiff prays this Honorable Court for relief as follows:

    a.  That the Properties described above be collectively declared a public nuisance and that Defendants be preliminarily and permanently enjoined from maintaining the same;

    b.  That a hearing be set at this Court's earliest opportunity to assess whether the Properties are currently maintained in compliance with this Court's Order;

    c.  That Defendants shall immediately repair the Properties such that they fully comply with Applicable Law, and if such repairs are determined to be impractical or impossible, to demolish the Properties with all necessary permits;

    d.  That any third party be enjoined from taking title to or operation over the Properties without first submitting a comprehensive plan for public nuisance abatement to this Court and this Court approving the same prior to any transfer of title or operation thereof;

    e.      That Plaintiff be granted any and all further legal or equitable relief to which Plaintiff is otherwise entitled.

>*/s/ Zachariah S. Germaniuk*
>**Zachariah S. Germaniuk (0090109)**
>**David M. Douglass (0015312)**
>***DOUGLASS & ASSOCIATES CO., L.P.A.***
>4725 Grayton Road
>Cleveland, OH 44135
>(216) 362-7777 or 216 362-4148
>Fax No.: (216) 362-4160
>E-Mail: z.germaniuk@douglasslaw.com
>*Attorneys for Plaintiff City of Cleveland*

## CERTIFICATE OF SERVICE

I, undersigned, hereby certify that on January 12, 2026 a true and accurate copy of the foregoing was filed with the Clerk of the United States Northern District and served on all parties and counsel of record for parties using the Court's CM/ECF system.

| | |
|---|---|
| Brendan L. Heil, Esq. | Joyce Kuhns, Esq. |
| Matthew D. Gurbach, Esq. | OFFIT KURMAN |
| Justin W. Ristau, Esq. | 1954 Greenspring Drive, Suite 605 |
| BRICKER GRAYDON WYATT, LLP | Timonium, Maryland 21093 |
| 1100 Superior Avenue, Suite 1600 | Ph: (410) 209-6463 |
| Cleveland, Ohio 44114 | Fax: (410) 209-6463 |
| Ph: (216) 523-5405 | jkuhns@offitkurman.com |
| Fax: (216) 523-7072 | *Attorney for Defendants HATZ ONE, LLC;* |
| Bheil@brickergraydon.com | |
| Mgurbach@brickergraydon.com | |
| Jristau@bricker.com | |
| *Attorneys for Plaintiff FANNIE MAE* | |

Mitchell I. Cohen, Esq.

WEYLS, PETERS & CHUPARKOFF, LLC

6505 Rockside Road, Suite 105

Independence, Ohio 44131

Ph: (216) 503-9560

Fax: (216) 503-4667

mc@w-pllc.com

*Attorneys for Receiver,*

MICHAEL GUGGENHEIM

                Respectfully Submitted,

                */s/ Zachariah S. Germaniuk*
                **DAVID M. DOUGLASS (0015312)**
                **ZACHARIAH S. GERMANIUK (0090109)**
                **DOUGLASS & ASSOCIATES CO., L.P.A.**
                *Attorneys for Intervenor, City of Cleveland*