IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-CV-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge: Johnathan Greenburg |
| | ) | |
| HATZ ONE, LLC, ET AL., | ) | **_NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES_** |
| | ) | |
| Defendants. | ) | |

*PLEASE TAKE NOTICE THAT* **Zachariah S. Germaniuk, Esq. and David M. Douglass, Esq.** represent the City of Cleveland, a party in interest in this case. The undersigned attorneys enter their appearance and request copies of all notices served in this case. All such notices should be addressed as follows:

**David M. Douglass, Esq.**

**Zachariah S. Germaniuk, Esq.**

**Douglass & Associates Co., L.P.A.**

**4725 Grayton Road**

**Cleveland, OH  44135**

*PLEASE TAKE FURTHER NOTICE* that the undersigned requests not only the notices referred to above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

        */s/ Zachariah S. Germaniuk*
**Zachariah S. Germaniuk (0090109)**
**David M. Douglass (0015312)**
**DOUGLASS & ASSOCIATES CO., L.P.A.**
4725 Grayton Road, Cleveland, OH  44135
Phone: (216) 362-7777
Fax No. (216) 362-4160
z.germaniuk@douglasslaw.com
*Attorneys for City of Cleveland*

## **CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that on January 12, 2026 a true and accurate copy of the foregoing was filed with the Clerk of the United States Northern District and served on all parties and counsel of record for parties using the Court's CM/ECF system.

Brendan L. Heil, Esq.

Matthew D. Gurbach, Esq.

Justin W. Ristau, Esq.

BRICKER GRAYDON WYATT, LLP

1100 Superior Avenue, Suite 1600

Cleveland, Ohio 44114

Ph: (216) 523-5405

Fax: (216) 523-7072

Bheil@brickergraydon.com

Mgurbach@brickergraydon.com

Jristau@bricker.com

*Attorneys for Plaintiff FANNIE MAE*

Joyce Kuhns, Esq.

OFFIT KURMAN

1954 Greenspring Drive, Suite 605

Timonium, Maryland 21093

Ph: (410) 209-6463

Fax: (410) 209-6463

jkuhns@offitkurman.com

*Attorney for Defendants HATZ ONE, LLC;*

*HATZ TWO, LLC; CLEVELAND 2, LLC;*

*CLEVELAND 3, LLC; & LEIB STEINER;*

Mitchell I. Cohen, Esq.

WEYLS, PETERS & CHUPARKOFF, LLC

6505 Rockside Road, Suite 105

Independence, Ohio 44131

Ph: (216) 503-9560

Fax: (216) 503-4667

mc@w-pllc.com

*Attorneys for Receiver,*

*MICHAEL GUGGENHEIM*

    */s/ Zachariah S. Germaniuk*
    **Zachariah S. Germaniuk (0090109)**
    **David M. Douglass (0015312)**
    *Attorneys for City of Cleveland*