**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FANNIE MAE, | ) | Case No. 1:24-cv-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | **RECEIVER'S FOURTH REPORT AND** |
| | ) | **APPLICATION FOR APPROVAL OF FEES** |
| HATZ ONE LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Now comes the Receiver, Michael Guggenheim in his capacity as the court-appointed receiver (the "**Receiver**"), by and through the undersigned counsel and pursuant to this Court's Order dated February 28, 2025, hereby files this Receivers' Fourth Report regarding the properties which are the subject of the within proceedings located in Shaker Heights and Cleveland, Ohio (the "Properties"). A copy of the Receivers Report ("Report") is attached hereto as **Exhibit A**. The Receiver further requests the Court's approval as to the fees and costs of the Receiver and its counsel incurred in this case for the period ending January 30, 2026.

Respectfully Submitted,

/s/ Mitchell Cohen
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
*Counsel for Receiver*

1

## MEMORANDUM IN SUPPORT

### I.    OVERVIEW OF RECEIVERSHIP.

Since the filing of the last Receivers Report, the Receiver has continued to address priority matters affecting the Properties which are the subject of the Receivership including (i) all life-safety conditions, building security, property repairs focusing on winterizing all occupied units and other ongoing maintenance; (ii) tenant leasing including modifying and/or terminating existing leases in order to stabilize property income and occupancy, and (iii) legal proceedings to enforce non-performing leases, collect unpaid rent, appeal of the real estate taxes, and address pleadings filed in the instant action and related state court proceedings affecting the Properties.

Plaintiff has retained the services of Marcus & Millichap to conduct a private auction for the sale of Plaintiff's note and security on the Properties which sale is currently scheduled for March, 2026. The Receiver's Report for the period ending December, 2025 is attached hereto as Exhibit A and includes financial updates of current income and operating expenses for the Receivership, current summary of tenant leases and enforcement proceedings.  For the current reporting period, and pursuant to the terms of the Order Appointing Receiver, Receiver has incurred Receiver's Fees of $32,000 as set forth in the Receiver's Invoice attached hereto as Exhibit B and Receiver Counsel, Weyls Peters & Chuparkoff, LLC has incurred $19,165 in attorney fees per the Invoice attached hereto as Exhibit B. Counsel for the Receiver has participated in pleadings and motions filed in the within proceedings including those filed by the City of Cleveland seeking to intervene in the within action and in state court proceedings seeking an injunction to enforce housing code violations.  Counsel has conducted numerous conferences with Plaintiff, the City of Cleveland and their counsel and advised the Receiver regarding such various pending matters affecting the Properties.  The Receiver states that the fees and all time incurred as

2

set forth herein have been reasonable and necessary to the administration of the Receivership.

## II.    CONCLUSION

For these reasons, Receiver respectfully requests that the Court approve this Fourth Receivers Report and approve the Receivers' Fees and counsel fees set forth herein.

Respectfully Submitted,

/s/ Mitchell Cohen
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
*Counsel for Receiver*

## CERTIFICATE OF SERVICE

The foregoing *Receiver's Third Report and Application for approval of fee*s was served via

Electronic Mail on February 5, 2026 to all parties and counsel of record in the within matter.

/s/ Mitchell Cohen
MITCHELL COHEN (0063046)
*Attorney for Receiver*

# Exhibit A
# RECEIVERS REPORT

RECEIVERSHIP REPORT

STEINER SHAKER PORTFOLIO

FEBRUARY 2026

**RECEIVERSHIP REPORT**

**Estate:** Steiner Shaker Portfolio
**Reporting Period:** October 2025-December 2025
**Prepared by:** Michael Guggenheim, **Court Appointed Receiver**
**Case/Court Reference:** 1:24-CV-01606-BMB Fannie Mae (Plaintiff) vs. Hatz One, LLC et al (Defendant)

---

**II. Financial Performance (Oct – December 2025)**

**Income Received:**

- **$104,382 ($33,254- October, $31,083- November, $40,045- December)**

**Operating Expenses:**

- **$644,197 ($201,673- October, $164,292- November, $278,232-December)**

**Occupancy:**

- **As of December 1st 2025- 32 units are occupied. All remaining 275 units are vacant (89.57%).**

---

**III. Operations Summary**

- **Belfor Restoration** completed cleanouts of buildings and individual units. As of December 31st 2025 $820,760.89 has been expensed in cleaning, securing and repairing the properties.

- **Property Security:** Locks changed and all vacant properties are secured.

- **Life-Safety Repairs:** A new boiler was installed at the Larchmere in December 2025.

---

**IV. Tenant Management and Leasing Activities**

- **Leases:**
  - 32 leases signed.
- **Legal/Compliance Efforts:**
  - Legal counsel is actively engaged to address:
    - Evictions
    - Lease enforcement
- **Housing Assistance:**
  - Verification continues for all tenants receiving housing support.

**V. Marketing:**

> The plaintiff has retained Marcus & Millichap to market the note for private sale.  The note will be sold at auction on March 25th 2026.
> Marketing efforts are ongoing with a variety of interested parties.

---

**VI. Summary & Recommendations**

All of the buildings have been cleaned out (interior & exterior) and 13 of the 15 buildings have been vacated and secured. Two buildings remain occupied, The Larchmere and Woodlands. Efforts have focused on addressing life safety issues, building security and lease administration. Financial outlook remains strained due to high vacancy rate and elevated operating costs, particularly real estate taxes. Receivership activities in the coming months will prioritize:

- Safety repairs and property security
- Stabilizing income streams and enforcing rent collection

# **EXHIBIT B**
## INVOICE OF RECEIVER AND RECEIVERS COUNSEL

.

6

**Michael Guggenheim- Receiver**

# INVOICE

30775 Bainbridge Road, Suite 210
Solon, Ohio 44139
Phone (216) 765-8000   Fax (216) 765-1719

**DATE:** February 4, 2026
**INVOICE #** 1300-C
**FOR:** Case # 1:24-CV-1606

**Bill To:**
Fannie Mae
c/o Hayman Companies
29100 Northwestern Hwy., Suite 410
Southfield, MI 48034

| DESCRIPTION | AMOUNT |
|---|---|
| Case # 1:24- CV 1606 | |
| Fannie Mae (Plantiff) vs. Hatz One, LLC et al (Defendant) | |
| October Receivership Fee | $8,000.00 |
| November  Receivership Fee | $8,000.00 |
| December Receivership Fee | $8,000.00 |
| January Receivership Fee | $8,000.00 |
| **TOTAL** | **$32,000.00** |

Make all checks payable to **Guggenheim Inc.**
If you have any questions concerning this invoice, contact Michael Guggenheim, (216) 765-8000

Mike@guggenheiminc.com

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**Weyls Peters + Chuparkoff, LLC**
6505 Rockside Rd. #105
Independence, OH – Ohio 44131

| | |
|---|---|
| Invoice #: | 2722 |
| Date: | 02-04-2026 |

Mike Guggenheim
Receivership
30775 Bainbridge Rd, #210
Solon, OH 44139

Matter Name: Shaker Heights Receivership

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10-20-25 | MIC | Status call with Receiver to discuss pending open items at the property including ongoing repairs, conditions stabilizing and landlord/tenant matters. | 0.40 | 365.00 | $146.00 |
| 10-23-25 | MIC | Review pleadings filed in Receivership Case and updates on Court Hearing. Email updates with Receiver. | 0.30 | 365.00 | $109.50 |
| 11-14-25 | MIC | Review updated Title Commitment and Plaintiff's Motion for Summary Judgment seeking foreclosure. | 0.70 | 365.00 | $255.50 |
| 11-18-25 | MIC | Review Plaintiff's Draft proposed Order and Amended Order for Judgment on Foreclosure subject to any remaining guaranty claims. Call with Receiver to discuss proposed Sale Order, Broker engagement, timing and terms for sale. | 0.50 | 365.00 | $182.50 |
| 11-20-25 | MIC | Call with Mr. Ristau discuss federal foreclosure sale requirements, timing and pending motion for sale. Call with Receiver to discuss private note sale with broker auction following sheriff sale approval in foreclosure with purchaser credit bid.  Research applicable law on same. | 0.80 | 365.00 | $292.00 |
| 12-01-25 | MIC | Review Plaintiff's Motion to Extend discovery cutoff dates with order approving same. | 0.20 | 365.00 | $73.00 |
| 12-05-25 | MIC | Conference with Receiver discuss foreclosure status and Plaintiff's requests for documents obtained at turnover from defendants. | 0.40 | 365.00 | $146.00 |
| 12-08-25 | MIC | Review pleadings filed by City of Cleveland. Calls with Receiver discuss new lawsuit for injunction to enforce code violations and possible delayed sale. Review Notice of Lis Pendens filed by City . Discuss with Mr. Ristau Plaintiffs response to City filing in opposition to seek dismissal of same.  Review correspondence from Mayor Bibb regarding attempts to find acceptable purchaser and news articles regarding same. Review City of Cleveland pleadings filed in State Court seeking injunctive relief to abate public nuisance. Additional calls with Mr. Ristau regarding same. | 2.80 | 365.00 | $1,022.00 |

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 12-09-25 | MIC | Additional calls and emails with Mr. Ristau regarding Federal Court Order approving foreclosure and discuss strategy in opposition to City of Cleveland injunction filings. Additional calls with Receiver to discuss litigation updates and possible resolutions to same in lieu of formal opposition and briefing. | 2.20 | 365.00 | $803.00 |
| 12-10-25 | MIC | Attention to numerous communications with City of Cleveland representatives and Receiver regarding maintenance and property condition updates. | 0.60 | 365.00 | $219.00 |
| 12-15-25 | MIC | Calls and emails with Mr. Ristau regarding City of Cleveland Injunction filings and discuss opposition and motion for intervening by Receiver. Call with Receiver to discuss Motion to Intervene and strategy in opposition to City Injunction filings. Review Court docket | 0.50 | 365.00 | $182.50 |
| 12-16-25 | MIC | Calls with Receiver discuss recent news coverage City of Cleveland lawsuit. Discuss current occupancy and City housing violations. | 0.30 | 365.00 | $109.50 |
| 12-22-25 | MIC | Emails with Receiver on rent roll and current status of City of Cleveland violations. | 0.20 | 365.00 | $73.00 |
| 12-23-25 | MIC | Review Motion by Fannie Mae for Foreclosure Sale by Master Commissioner. Emails with Receiver regarding same. | 0.40 | 365.00 | $146.00 |
| 12-29-25 | MIC | Calls and emails with Receiver discuss updated financials, updates on housing violations, tenant leasing matters etc. Review and discuss financials and response to City's complaint for Injunction and Lis Pendens with possible slander of title claims and/or show cause for damages. | 1.00 | 365.00 | $365.00 |
| 01-04-26 | TJW | Review City of Cleveland Complaint, Notice of Lis Pendens, and efforts for a directed sale of the Property to a private party identified by the City.  Legal Research procedural issues caused by the City of Cleveland's efforts to prevent private note sale.  Call with Receiver to discuss legal and practical consideration responding to City filings. | 4.70 | 400.00 | $1,880.00 |
| 01-05-26 | MIC | Office conference with Mr. Weyls on litigation strategy for responses to City of Cleveland Injunction lawsuit and Lis Pendens filings. Discuss litigation strategy and Motion to Enforce Receivership Order as well as possible motion to show cause for possible violations of Receivership Order.  Calls and emails with Receiver regarding same. | 1.70 | 365.00 | $620.50 |
| 01-05-26 | TJW | Calls with Mr. Cohen.  Interoffice conference with Mr. Peters. Continued research and preparation of memo.  Call with counsel for Plaintiff.  Draft detailed correspondence to Mr. Cohen and proposed response letter to City with proposed motion to include with response letter. | 7.60 | 400.00 | $3,040.00 |
| 01-06-26 | MIC | Emails with J. Ristau regarding access to properties for due diligence and City claims of restricted access. Calls and emails with Receiver regarding same. | 0.50 | 365.00 | $182.50 |
| 01-07-26 | MIC | Conference with Mr. Ristau with notice to Counsel for City on procedural enforcement actions, discuss pending motions and recent court order regarding communications with the Court . Discuss City alleged claims of potential investors being denied access to the Property with follow up calls to Receiver regarding alleged facts and discuss sale process timing and access being provided to all potential investors through Marcus Millichap.  Office conference Mr. Weyls with updates and litigation strategy.  Review Comments from J. Ristau recommended revisions to notice and motion. | 1.70 | 365.00 | $620.50 |

| 01-07-26 | TJW | Conference with Mr. Cohen on procedural steps.  Additional discussions/review of proposed changes to response to City. Correspondence with Mr. Ristau. | 1.20 | 400.00 | $480.00 |
|---|---|---|---|---|---|
| 01-08-26 | MIC | Review City of Cleveland pleadings filed in Federal Court including Motion to Intervene. Miscellaneous correspondence with Receiver and counsel regarding same. | 1.70 | 365.00 | $620.50 |
| 01-09-26 | MIC | Calls with Mr. Ristau strategy in opposition to City of Cleveland and review draft pleadings in response to Federal Court filings. Review notice of dismissal improper filing. Emails from CW Capital extension of auction note sale closing date. Call with Receiver regarding pleadings and strategy. | 2.80 | 365.00 | $1,022.00 |
| 01-10-26 | MIC | Additional Calls with Receiver discuss strategy and claims responding to City of Cleveland Federal Court Complaint For Injunction, Motion to INtervene by City of Cleveland. Calls with J. Ristau regarding filing opposition to same. | 0.50 | 365.00 | $182.50 |
| 01-12-26 | MIC | Review newly filed 3rd Party Complaint for Injunction, Motion to Intervene and notice of appearance by City of Cleveland. Calls with Receiver to discuss pleadings, claims regarding Receiver duties per Receivership Order and discuss filings in opposition to same. Discuss timing in line with Court order for continued status hearing and pending Motion for Order of Foreclosure sale.  Additional calls with Mr. Ristau strategy and opposition to latest filings. | 2.00 | 365.00 | $730.00 |
| 01-13-26 | MIC | Attention to email correspondence CW Capital following City of Cleveland filings with updates on discussions with City representatives and agreement to delay auction sale until March 2026. Review Marcus and Millichap auction sale materials. Legal research on pending litigation including housing enforcement and lis pendens filing impact on future sale and strategy for filing opposition to City's Complaint for Injunction. Review and discuss with counsel correspondence with City of Cleveland's counsel. | 2.60 | 365.00 | $949.00 |
| 01-15-26 | MIC | Conference with Receiver. Discuss emails from Fannie Mae to City of Cleveland regarding auction sale date scheduling for March and demand for dismissal of injunction and lis pendens filings. Emails with Mr. Ristau regarding same. | 0.50 | 365.00 | $182.50 |
| 01-20-26 | MIC | Call with Receiver discuss City of Cleveland Federal Court complaint for injunction and lis pendens filing impact on pending auction sale and foreclosure.  Discuss auction sale terms, timing and due diligence provided including information on prospective buyers inspections and communications with the City. | 0.70 | 365.00 | $255.50 |
| 01-22-26 | MIC | Attention to Federal Court pleadings filed City of Cleveland including updates per Court Order with briefing schedule. Conference call with Mr. Ristau and Mr. Weyls discuss response to Injunction claims including  jurisdictional issues and alternatives for possible settlement. Calls with Receiver regarding project status relevant to injunction claims including tenant occupancy, life/safety measures and housing violations.  Legal research on injunction claims, defenses, City enforcement remedies for housing violations. | 3.40 | 365.00 | $1,241.00 |
| 01-23-26 | MIC | Conference with Fannie Mae's and counsel discuss litigation strategy in response to City's complaint for injunction and claims for relief. Call with Receiver discuss pending litigation updates in both federal and state court and negotiations for resolutions. | 1.30 | 365.00 | $474.50 |
| 01-23-26 | TJW | Conference with Mr. Cohen and Mr. Ristau subsequent calls with counsel for City of Cleveland on possible resolutions. | 1.70 | 400.00 | $680.00 |

| 01-26-26 | TJW | Call with Mr. Germaniuk.  Call and message to Mr. Ristau. | 0.20 | 400.00 | $80.00 |
| 01-28-26 | TJW | Calls and correspondence with Mr. Cohen and Mr. Ristau on response strategy and upcoming court call. Correspondence with Mr. Germaniuk and follow up calls with Mr. Ristau, Mr. Cohen and Mr. Guggenheim. | 0.70 | 400.00 | $280.00 |
| 01-29-26 | TJW | Numerous calls and emails with Mr. Ristau, Mr. Germanick and Mr. Cohen on pending State and Federal lawsuits, possible resolution and jurisdictional issue. | 2.20 | 400.00 | $880.00 |
| 01-30-26 | TJW | Correspondence with counsel for parties, conference call with Fannie Mae and City of Cleveland. Call with Mr. Guggenheim. | 1.60 | 400.00 | $640.00 |

Services Subtotal: $19,165.50

| | |
|---|---|
| Subtotal | $19,165.50 |
| Tax | $0.00 |
| Total | $19,165.50 |
| Payment | $0.00 |
| Balance Owing | $19,165.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $5,511.50 | + | $19,165.50 | - | $5,511.50 | = | **$19,165.50** |

Detailed Statement Account Summary

| | | |
|---|---|---|
| Previous Balance: | $5,511.50 | |
| New Charges: | $19,165.50 | |
| Payments Applied: | $5,511.50 | |
| Payment Date | Invoice No | Amount |
| 11-12-25 | 2594 | $5,511.50 |
| **Total Amount Outstanding:** | **$19,165.50** | |

Detailed Operating Retainer Summary

| | |
|---|---|
| Previous Retainer Balance: | $0.00 |
| Retainer Deposits Since Last Invoice: | $0.00 |
| Remaining Retainer Balance: | $0.00 |