UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | Case No. 1:24-cv-1606 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| HATZ ONE LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

This cause came to be considered upon the Receiver's Fourth Report and Application for Approval of Fees filed on February 5, 2026.  Upon due consideration and for good cause, the Court grants Receiver's Application for Approval of Fees.

IT IS SO ORDERED.

_____        _____

DATE                                                                    JUDGE  BRIDGET MEEHAN BRENNAN

/s/ Mitchell Cohen
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
*Counsel for Receiver, Michael Guggenheim*

1

## CERTIFICATE OF SERVICE

      The foregoing Judgment Entry approving Receiver's First Report and Application for Fees filed on February 5, 2026 has been served via Electronic Mail to all counsel of record via the Court's electronic filing system.

      */s/ Mitchell Cohen*
MITCHELL COHEN (0063046)
Weyls Peters + Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
Tele. (216) 264-4822
Email: MC@W-PLLC.COM
      Jeff@W-PLLC.com
*Counsel for Receiver, Michael Guggenheim*