# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

FANNIE MAE,

       Plaintiff,

vs.

HATZ ONE LLC, et al.,

       Defendants.

DATE: February 10, 2026

CASE NO. 24-CV-01606-JDG

MAGISTRATE JUDGE JONATHAN D. GREENBERG

Counsel for Defendants:
Joyce Kuhns

Counsel for Plaintiff:
Justin Ristau

Counsel for Receiver:
Mitchell Cohen
Timothy Weyls

Counsel for Proposed Intervenor:
David Douglass
Zachariah Germaniuk

PROCEEDINGS: A telephonic status conference was held on February 10, 2026, with the above participants.

   10 mins

Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge