**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

**MINUTES OF PROCEEDINGS--CIVIL**

---

FANNIE MAE,

DATE: April 15, 2026

CASE NO. 24-CV-01606-JDG

Plaintiff,

MAGISTRATE JUDGE JONATHAN D. GREENBERG

vs.

HATZ ONE LLC, et al.,

Defendants.

---

Counsel for Plaintiff:
Justin Ristau

Counsel for Receiver:
Mitchell Cohen
Timothy Weyls

Counsel for Proposed Intervenor:
David Douglass
Zachariah Germaniuk

Receiver:
Michael Guggenheim

Special Master:
Kevin M. Hinkel
Andrew Hanna

---

PROCEEDINGS: An in-person status conference was held on April 15, 2026, with the above participants. Proposed Intervenor, City of Cleveland, agreed to cancel the April 17, 2026 evidentiary hearing referenced in the Amended Emergency Motion (Doc. No. 88). The parties continue to negotiate. The status conference is continued to April 16, 2026 at 9:15 a.m. before Special Master Kevin Hinkel in Chambers 10B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113.

---

  3 hours

Total Time

*s/ Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge