**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FANNIE MAE, | ) | CASE NO. 1:24-CV-01606-JDG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| HATZ ONE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SPECIAL MASTER'S STIPULATED REPORT AND RECOMMENDATION**
**RE: DKTS. 67, 71, 72, 86, 87, and 88**

Before the Special Master, and pursuant to Federal Rule of Civil Procedure 53, are Plaintiff Fannie Mae's Motion for Order of Sale (Dkt. 67), the City of Cleveland ("City")'s Motion to Intervene (Dkt. 72), the City's Third-Party Complaint for Injunctive Relief (Dkt. 71), Plaintiff Fannie Mae's and Receiver's Amended Emergency Joint Motion to Enforce Order Appointing Receiver (Dkt. 88), and City of Cleveland's Motion for Leave to File Third-Party Complaint *Instanter* (Dkt. 87). Following review, and for the reasons stated herein, this Special Master recommends that the District Court orders as follows:

1. **Motion for Order of Sale (Dkt. 67):** GRANTED.

2. **Motion to Intervene (Dkt. 72):** GRANTED IN PART to permit the City of Cleveland to intervene for the limited purpose of protecting and presenting its interests regarding municipal code enforcement and public safety, but only insofar as those interests are pursued in a manner consistent with this Court's orders, the Court appointed receiver's authority, and federal law.

3. The City of Cleveland shall not schedule, notice, initiate, or conduct any nuisance abatement hearing, or issue a Notice of Violation, or issue any order to repair or demolish the Property on or before the date of the actual closing of the sale of the mortgage, note,

and guarantee to the successful bidder at the note auction ("Purchaser")  from or upon the auction process ("Closing"), including any adjourned or continued dates falling on or before such Closing date.

4. The City of Cleveland, after the Closing, shall be permitted to conduct and/or perform a Property Condition Assessment ("PCA") upon the Property for the limited purposes of discussion, consideration and negotiation with the Purchaser regarding a plan to address pending code violations at the Properties.  The City shall hold in abeyance any enforcement of the City of Cleveland's Codified Ordinances with respect to the Properties which are the subject of this case until after the foreclosure sale is completed.

5. **Amended Emergency Joint Motion to Enforce Order Appointing Receiver** (**Dkt. 88**): DENIED.

6. **Motion for Leave to File Third-Party Complaint *Instanter* (Dkt. 87):** DISMISS WITHOUT PREJUDICE. The City of Cleveland is instructed to revise its Complaint to comply with this Report and Recommendation, and any surviving claim should be narrowly confined to code-enforcement interests that do not interfere with receivership administration or sale.

Respectfully submitted,

*/s/ Kevin M. Hinkel*
Kevin M. Hinkel (0031821)
khinkel@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Ph: 216-515-1071

*Special Master*

2

## *WAIVER OF OBJECTIONS*

THE PARTIES JOINTLY STIPULATE TO THE ABOVE REPORT AND RECOMMENDATION AND HEREBY WAIVE THEIR RESPECTIVE RIGHTS TO FILE ANY OBJECTIONS IN ACCORDANCE WITH *RULE 53(F)(2).*

Stipulated by:

| **Plaintiff Fannie Mae**: | **Receiver Michael Guggenheim** |
|---|---|
| */s/ Justin W. Ristau*<br>Justin W. Ristau (0075222)<br>BRICKER GRAYDON LLP<br>100 South Third Street<br>Columbus, Ohio 43215<br>(614) 227-2300<br>jristau@brickergraydon.com<br><br>*Attorney for Fannie Mae* | */s/ Mitchell Cohen*<br>TIMOTHY J. WEYLS, JR. (0069734)<br>JEFFREY PETERS (0071181)<br>MITCHELL COHEN (0063046)<br>Weyls Peters + Chuparkoff, LLC<br>6505 Rockside Road, Suite 105<br>Independence, Ohio 44131<br>Tele. (216) 264-4822<br>Email: TJ@W-PLLC.COM<br>JEFF@W-PLLC.COM<br>MC@W-PLLC.COM<br><br>*Attorneys for Receiver Michael Guggenheim* |

4899-7477-2643, v. 1

**Third-Party Plaintiff City of Cleveland:**

**/s/ David M. Douglass**
Zachariah S. Germaniuk (0090109)
David M. Douglass (0015312)
*DOUGLASS & ASSOCIATES CO., L.P.A.*
4725 Grayton Road
Cleveland, OH 44135
(216) 362-7777 or 216 362-4148
Fax No.: (216) 362-4160
E-Mail: z.germaniuk@douglasslaw.com

*Attorneys for Third-Party Plaintiff,*
*City of Cleveland, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kevin M. Hinkel
Kevin M. Hinkel (0031821)

*Special Master*

4

4899-7477-2643, v. 1