IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELEVATE SHAKER SQUARE LLC, | ) | CASE NO. 1:24-CV-01606-JDG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| HATZ ONE, LLC, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**SPECIAL MASTER'S SUPPLEMENTAL REPORT AND RECOMMENDATION RE: APPOINTMENT OF MASTER COMMISSIONER**

**INTRODUCTION.**

This matter is before the undersigned Special Master pursuant to the Court's prior order of appointment and the Special Master's continuing supervisory role in this commercial foreclosure action. On August 4, 2026, the Special Master filed a Report and Recommendation (Dkt. 102) recommending that Plaintiff Fannie Mae's Motion for Appointment of Master Commissioner (Dkt. 100) be granted. On October 23, 2026, the parties participated in a conference with the Special Master, during which all parties consented to the appointment of attorney Tim L. Collins of Thrasher, Dinsmore & Dolan, 1282 W. 58th Street, Cleveland, OH 44102, as Master Commissioner. In light of that unanimous consent, the Special Master respectfully submits this Supplemental Report and Recommendation and recommends that the Court appoint Tim L. Collins as Master Commissioner to conduct the sale pursuant to Amended General Order No. 2006-16-6 (the "General Order").

Having supervised the process leading to the Court's approval of the Motion for Order of Sale, reviewed the Motion and the record, and conferred with the parties, the Special Master

finds that appointment of Tim L. Collins as Master Commissioner is warranted for the following reasons:

1. **The Motion for Order of Sale has been approved.** The Special Master recommended, and the Court ordered, that the Motion for Order of Sale be GRANTED on April 21, 2026. The condition precedent to appointment of a master commissioner under Section 3.2 of the General Order is therefore satisfied.
2. **Appointment of a master commissioner is mandatory.** The plain language of Section 3.2 of the General Order requires the Court to appoint a master commissioner upon approval of the motion for sale. No further findings or discretionary determinations are required or contemplated by the General Order.
3. **The parties unanimously consent to the appointment.** During the October 23, 2026 conference, all parties consented to the appointment of Tim L. Collins as Master Commissioner. His appointment therefore will not prejudice any party and will allow the sale process contemplated by the General Order, including the procurement of independent appraisals, publication of notice, and conduct of the sale, to proceed in the ordinary course.
4. **Judicial economy and the General Order's mandatory terms favor prompt appointment.** Further delay would serve no purpose because the parties have agreed upon a qualified appointee and the General Order contemplates that appointment follow promptly upon approval of the motion for sale.

**RECOMMENDATION**

Upon review of the Motion and the record, and in light of the parties' unanimous consent, this Special Master respectfully RECOMMENDS that the Court GRANT Plaintiff Fannie Mae's Motion for Appointment of Master Commissioner (Dkt. 100), appoint Tim L. Collins as Master Commissioner, and enter an order:

1. Appointing attorney Tim L. Collins, Thrasher, Dinsmore & Dolan, 1282 W. 58th Street, Cleveland, OH 44102 as Master Commissioner to conduct the sale pursuant to the requirements and terms of Amended General Order No. 2006-16-6;
2. Directing the master commissioner to obtain appraisals of the property by three State of Ohio licensed or certified appraisers;
3. Directing the master commissioner to file the appraisals with the Court;
4. Directing the master commissioner to schedule and publish notice of the sale in accordance with the General Order;
5. Directing the master commissioner to conduct the sale; and
6. Directing the master commissioner to report the outcome of the sale to the Court.

Respectfully submitted,

/s/ *Kevin M. Hinkel*

Kevin M. Hinkel (0031821)
khinkel@frantzward.com
Andrew M. Hanna (0095870)
ahanna@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Ph: 216-515-1071

*Special Master*

**NOTICE OF RIGHT TO OBJECT**

THE PARTIES ARE ADVISED THAT, IN ACCORDANCE WITH THE COURT'S ORDER OF APPOINTMENT AND APPLICABLE PROCEDURE, ANY PARTY MAY FILE SPECIFIC WRITTEN OBJECTIONS TO THIS REPORT AND RECOMMENDATION WITHIN THE TIME PERIOD SET BY THE COURT'S ORDER OF REFERENCE OR APPLICABLE LOCAL RULE. FAILURE TO TIMELY OBJECT MAY CONSTITUTE A WAIVER OF THE RIGHT TO APPEAL THE MATTERS ADDRESSED HEREIN.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Kevin M. Hinkel*
Kevin M. Hinkel (0031821)

*Special Master*